No. _____, Original

# In the Supreme Court of the United States

_____

Janis Kaighn, Gregory R. Kaighn,

Plaintiffs,

Barack H. Obama II, Joseph R. Biden Jr, Loretta Lynch,
Hillary Clinton,  John Kerry,

Real Parties In Interest,

v.

United States of America, State of Israel, Benjamin
Netanyahu, Federal Republic of Germany, State of Arizona,
State of California, Republican Party, Arizona Republican
Party, California Republican Party,

Defendants.

_____

PLAINTIFFS MOTION FOR LEAVE TO FILE
ORIGINAL ACTION

PLAINTIFFS EMERGENCY APPLICATION

NOTICE OF CONSTITUTIONAL CHALLENGE TO
FEDERAL LAW AND STATE LAW

NOTICE NOT GIVEN FOR GOOD CAUSE

VERIFIED COMPLAINT

_____

Gregory R. Kaighn
Janis Kaighn
861 Crystal View Dr.
Prescott, AZ 86301
(213) 675-0776
greg.kaighn@gmail.com

# TABLE OF CONTENTS

Plaintiffs Motion for Leave to File Original Action

Plaintiffs Emergency Application For Declaratory
    Judgment or Injunctive Relief

Notice of Constitutional Challenge to Federal Law
    and State Law

Notice Not Given for Good Cause

Jury Trial Demanded and Reserved

Verified Complaint for Declaratory Judgment,
    Injunctive Relief and Damages

## NOTICE OF CONSTITUTIONAL
## CHALLENGE TO STATUTE

Pursuant to Rule 5.1(a) of the Federal Rules of Civil Procedure, Plaintiffs file this Notice of Constitutional Challenge to Statute with the Court. This action raises constitutional challenges to Federal statute, Arizona state statutes, and California state statutes.  The individual statutes challeneged are set forth with specificity in Plaintiffs Emergency Application For Declaratory Judgment Or Injunctive Relief but generally fall into three categories

The Federal statutes challenged relate to the continuing conspiracy to overthrow the duly elected government of the United States by the 911 Conspiracy.  The National Emergencies Act and the post 911 legislative package, including the Patriot Act, are unconstitutional as a matter of law.  The National Emergencies Act is the legal authority used to justify Presidential Directive 51.  Presidential Directive 51 formalized the 'coup' that occurred on September 11, 2001.

The California statutes challenged are the statutory basis for the California Emergency Plan. The California statute is unconstitutional for the same reasons as the federal statute.  No one person can unilaterally declare a state of emergency and usurp the Constitution.

The Arizona statutes challenged relate to Election Law, recent amendments to the Arizona Constitution, and certain other Supremacy Clause

issues.  The voter identification and proof of
citizenship laws are unconstitutional.  The
remaining piece of the 'papers please' law is
unconstitutional.  The Arizona Constitution cannot
claim sovereignty over the federal government.
Respectfully submitted,

      Dated: February 1, 2016

      By

Gregory R. Kaighn
Janis Kaighn

## NOTICE NOT GIVEN FOR GOOD CAUSE
## REQUEST FOR FILE UNDER SEAL

GOOD CAUSE EXISTS to not give notice to any defendant in this case.  No summons should be issued at this time.  This is the 911 Conspiracy case; notice to any defendant is notice to the 911 Conspiracy.  The 911 Conspiracy includes the ongoing conspiracy to overthrow the duly elected government of the United States, the fixing of the 2004 Presidential Election, ISIS, and more.  The September 11, 2001 terrorist attacks on the United States were a combined inside job of Israel and the United States.  Former U.S. Vice President Richard Cheney and Israeli Prime Minister Benjamin Netanyahu are the two political leaders of the 911 Conspiracy.

GOOD CAUSE EXISTS to order that documents be filed under seal and remain under seal pending further order of the Court.  A public filing of this case would provide notice to the 911 Conspiracy before the 'coup' is removed.  The President of the United States and others would be at risk of harm under those circumstances.  The President must be able to restore the sovereignty of the country immediately.  It is in the interests of the United States that President Obama not be under public scrutiny while sovereignty is being restored. Issuing a summons is not mandatory in a civil case. Delaying the issuance of a summons gives President Obama, the Supreme Court, and plaintiffs the time and political freedom to 'assess the unknown' before proceeding further.  Issuing a civil summons 'starts the clock running and creates additional rights and

procedural remedies for the defendants.

This civil action seeks both legal and equitable remedies. The United States is the only defendant in this action that has a legal interest in the constitutionality of the federal statutes. Similarly Arizona and California are the two entities with an interest in the constitutional issues arising under state statute. These defendants are presently 'disabled' and prevented by the 'coup' from participating in a legal process. The legitimate and duly elected federal and state governments must be restored first. The three governmental entities cannot 'speak for themselves' until the 'coup' is broken. President Obama is the real party in interest for the people of the United States. Respectfully submitted,

Dated: February 1, 2016

Gregory R. Kaighn
Janis Kaighn

## JURY TRIAL DEMANDED AND RESERVED

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, plaintiffs hereby demand trial by jury in this action.  Plaintiffs further reserve the right to trial by jury under the unique circumstances of this case.

The Supreme Court will have discretion and options as to the method and mode of trial.   The same is true with respect to procedures that might be 'borrowed' from the Federal Rules of Civil Procedure or common law.

The Supreme Court may or may not prefer a Jury Trial for all or part of this case.  Plaintiffs do not know and therefore file the required notice and reserve their rights.  Respectfully submitted,

Dated February 1, 2016

By

Gregory R. Kaighn
Janis Kaighn

No. _____, Original

# In the Supreme Court of the United States

---

Janis Kaighn, Gregory R. Kaighn,

Plaintiffs,

Barack H. Obama II, Joseph R. Biden Jr, Loretta
Lynch,  Hillary Clinton,  John Kerry,

Real Parties In Interest,

v.

United States of America, State of Israel, Benjamin
Netanyahu, Federal Republic of Germany, State of
Arizona, State of California, Republican Party, Arizona
Republican Party, California Republican Party,

Defendants.

---

PLAINTIFFS MOTION FOR LEAVE TO FILE
ORIGINAL ACTION

NOTICE OF CONSTITUTIONAL CHALLENGE TO
FEDERAL LAW AND STATE LAW

NOTICE NOT GIVEN FOR GOOD CAUSE

Gregory R. Kaighn
Janis Kaighn
861 Crystal View Dr.
Prescott, AZ 86301
(213) 675-0776
greg.kaighn@gmail.com

1

Plaintiffs Janis Kaighn and Gregory R. Kaighn seek leave of the Supreme Court to file an original action in the most compelling of cases. Applicant, Gregory R. Kaighn, is an attorney at law duly admitted to practice by the highest court in the State of California and is a member in good standing. This application is made under penalty of perjury under the laws of the United States

Good cause exists to grant this motion to file a complaint immediately.  Original jurisdiction exists pursuant to 28 U.S.C. § 1251(b)(1).  Benjamin Netanyahu, the Prime Minister of Israel is a named defendant.

In solving the 911 conspiracy plaintiffs found the on going coup and conspiracy to overthrow the duly elected government of the United States.  On May 4, 2007,  Presidential Directive 51 created a formal state of martial law in the United States. President Obama has been held hostage since January 20, 2009 when he took office.

Good cause exists to file this action under seal pending further order of the Court.  Notice to adverse parties is not required under these circumstances.  The Court should also not issue a summons at this time. The case should remain sealed until the Court, real party in interest plaintiffs, and plaintiffs can assess personal safety and pubic safety.   No defendant has a legal interest in the statutes subject challenge under the United States Constitution.

2

Plaintiffs have named President Obama and certain other members of the President's Cabinet as real party in interest plaintiffs.  The President of the United States is the only person that can speak for the legitimate government duly elected by the people.

A public filing or service of summons on  any party gives immediate notice to the 911 Conspiracy.  The legal authority supporting the coup must be declared unconstitutional without notice, and the Constitution restored before the 911 Conspiracy learns about this case.

The most serious possible international issues are raised by the facts.  A coup is in progress.  World War II is not legally over.  Israel was always a continuation of Nazi Germany.  Israel double dealt the United States for 75 years knowing that Adolph Hitler was alive after World War II.

In *Martin v Hunter's Lessee 14 U.S. 304, 330 (1816)* the Supreme Court observed that the original jurisdiction of the Supreme Court in matters of great international significance includes both civil and criminal cases.  The framers of the Constitution knew that the country needed this exact jurisdictional basis in an international crisis.

The clear purpose in granting original but not exclusive jurisdiction in cases involving ambassadors, foreign ministers, and consuls, is to guarantee that the Supreme Court hears the most

3

compelling cases that implicate foreign relations without having to hear the trivial matters.

This unprecedented legal action is the first opportunity in over 50 years to break the on going conspiracy to overthrow the duly elected government of the United States.  There is only Court, the United States Supreme Court, that can enter final judgment ending the coup with no legal recourse or appeal.  President John F. Kennedy sounded the alarm in a famous speech in 1961.  Two private citizens finally heard President Kennedy's call to save the Republic.

Respectfully submitted,

Dated February 1, 2016

By

Gregory R. Kaighn
Janis Kaighn

4

No. _____, Original

# In the Supreme Court of the United States

_____

Janis Kaighn, Gregory R. Kaighn,

Plaintiffs,

Barack H. Obama II, Joseph R. Biden Jr,
Lorett Lynch,  Hillary Clinton,  John Kerry,

Real Parties In Interest,

v.

United States of America, State of Israel, Benjamin
Netanyahu,  Federal Republic of Germany, State of
Arizona, State of California, Republican Party, Arizona
Republican Party, California Republican Party,

Defendants.

## PLAINTIFFS EMERGENCY APPLICATION FOR DECLARATORY JUDGMENT OR INJUNCTIVE RELIEF

## NOTICE OF CONSTITUTIONAL CHALLENGE TO FEDERAL LAW AND STATE LAW

## NOTICE NOT GIVEN FOR GOOD CAUSE

Gregory R. Kaighn
Janis Kaighn
861 Crystal View Dr.
Prescott, AZ 86301
(213) 675-0776
greg.kaighn@gmail.com

1

## EMERGENCY APPLICATION FOR DECLARATORY JUDGEMENT OR INJUNCTIVE RELIEF

1.  This Emergency Application is made under penalty of perjury under the laws of the United States.  Applicant, Gregory R. Kaighn, is an attorney at law admitted to practice by the highest Court in the State of California, and a member in good standing.  Applicant is not (yet) a member of the Supreme Court Bar.  This matter is urgent and the action is filed pro se.  The pleadings are executed by both plaintiffs.

2.  The basic facts about the 911 Conspiracy to overthrow the duly elected government of the people of United States is not in dispute.  Presidential Directive 51 signed May 4, 2007 formalized the seizure of power that occurred on September 11, 2001.  The September 11, 2001 attacks are part of the larger 911 conspiracy that is responsible for the seizure of the American government.

3.  This emergency application protects the interests of the United States, the President, the American people, and ourselves based on the undisputed facts and the applicable law.  The President of the United States other real party in interest plaintiffs are the duly elected legitimate government of the United States.

4. The United States, California, and Arizona are legally disabled because of the coup. A public

2

filing or serving any party gives immediate notice to the 911 Conspiracy. The legal authority supporting the coup must be declared unconstitutional without notice, and the Constitution . No other named defendant has a legal interest in the United States Constitution.

5. Notice to adverse parties is not required under these circumstances. The Court should not issue a summons at this time. The case should remain sealed until the Court, real party in interest plaintiffs, and plaintiffs can assess personal safety and pubic safety.

6. The Constitution granted original jurisdiction to the Supreme Court under the ambassadors clause specifically for legal matters involving serious foreign affairs. Israeli Prime Minister Benjamin Netanyahu is a party. No other Court can enter final judgement as a matter of law. The immediate entry of Judgement as matter of law is legally proper and necessary given the sovereignty issues at stake.

7. The following Federal Statues and State Statutes are unconstitutional and are challenged on their face and as applied. Plaintiffs request temporary injunctions as to any statutes that the Court does not declare unconstitutional. Plainitffs have also met the requirements of Federal Rules of Criminal Procedure 3 and 4; and therefore seek arrest warrants.

3

## A.  Federal Constitutional Challenges

1. Presidential Directive 51 and any other Continuity of Government orders.
2. The National Emergencies Act (50 U.S.C. 1601-1651)
3. The Patriot Act (50 U.S.C. 18011-1885c)
4. The Homeland Security Act (6 U.S.C. 101-1405)
5. The Federal Reserve Act (12 U.S.C. 221-522)

## B.  Declaratory and Injunctive Relief

6. Preventing further violations of the Voting Rights Act by the State of Arizona with respect to Voter identification, proof of citizenship, and the other matters raised in the above Constitutional challenges.   52 U.S.C. 10101.

7. Barring the participation of the Republican Party as a political party, from any partipation in any further elections for any state or federal office, and from receiving any of the rights, privileges and immunities of the laws of the United States.  50 U.S.C. § 841-843; 18. U.S.C. § 1964, 1961 et. seq.

8. Arizona Revised Statute 16-166F (proof of citizenship for voter registration)

> The county recorder shall reject any application for registration that is not accompanied by satisfactory evidence of

4

United States citizenship. Satisfactory evidence of citizenship shall include any of the following:

1. The number of the applicant's driver license or nonoperating identification license issued after October 1, 1996 by the department of transportation or the equivalent governmental agency of another state within the United States if the agency indicates on the applicant's driver license or nonoperating identification license that the person has provided satisfactory proof of United States citizenship.

2. A legible photocopy of the applicant's birth certificate that verifies citizenship to the satisfaction of the county recorder.

3. A legible photocopy of pertinent pages of the applicant's United States passport identifying the applicant and the appli passport number or presentation to the county recorder of the applicant's United States passport.

4. A presentation to the county recorder of the applicant's United States naturalization documents or the number of the certificate of naturalization. If only the number of

5

the certificate of naturalization is
provided, the applicant shall not be
included in the registration rolls until
the number of the certificate of
naturalization is verified with the
United States immigration and
naturalization service by the county
recorder.

5. Other documents or methods of proof
that are established pursuant to the
immigration reform and control act of
1986.

6. The applicant's bureau of Indian
affairs card number, tribal treaty card
number or tribal enrollment number.

9.  Arizona Revised Statute 16-452B (rule
making authority of Secretary of State)

Such rules shall be prescribed in an
official instructions and procedures
manual to be issued not later than
thirty days prior to each election. Prior
to its issuance, the manual shall be
approved by the governor and the
attorney general. The secretary of state
shall submit the manual to the
governor and the attorney general not
fewer than ninety days before each
election.

6

10. Arizona Revised Statutes 11-1051(B), 'papers please.'

> For any lawful stop, detention or arrest made by a law enforcement official or a law enforcement agency of this state or a law enforcement official or a law enforcement agency of a county, city, town or other political subdivision of this state in the enforcement of any other law or ordinance of a county, city or town or this state where reasonable suspicion exists that the person is an alien and is unlawfully present in the United States, a reasonable attempt shall be made, when practicable, to determine the immigration status of the person, except if the determination may hinder or obstruct an investigation. Any person who is arrested shall have the person's immigration status determined before the person is released. The person's immigration status shall be verified with the federal government pursuant to 8 United States Code section 1373(c). A law enforcement official or agency of this state or a county, city, town or other political subdivision of this state may not consider race, color or national origin in implementing the requirements of this subsection except to the extent permitted by the United States or

7

Arizona Constitution. A person is
presumed to not be an alien who is
unlawfully present in the United States
if the person provides to the law
enforcement officer or agency any of the
following:

1. A valid Arizona driver license.
2. A valid Arizona nonoperating
identification license.
3. A valid tribal enrollment card or
other form of tribal identification.
4. If the entity requires proof of legal
presence in the United States before
issuance, any valid United States
federal, state or local government
issued identification.

11.  Arizona Constitution, Article 30

Only a union of one man and one woman shall be
valid or recognized as a marriage in this state.

Contrary to U.S. Supreme Court opinion in
*Obergefell v. Hodges, 576 U.S. ___ ,*
*135 S. Ct. 2584 (2015)*

12.  Arizona Constitution Article 2, Section 3.

A. The Constitution of the United
States is the supreme law of the land to
which all government, state and

8

federal, is subject.

B. To protect the people's freedom and to preserve the checks and balances of the United States Constitution, this state may exercise its sovereign authority to restrict the actions of its personnel and the use of its financial resources to purposes that are consistent with the constitution by doing any of the following:

1. Passing an initiative or referendum pursuant to article IV, part 1, section 1
2. Passing a bill pursuant to article IV, part 2 and article V, section 7.
3. Pursuing any other available legal remedy.

C. If the people or their representatives exercise their authority pursuant to this section, this state and all political subdivisions of this state are prohibited from using any personnel or financial resources to enforce, administer or cooperate with the designated federal action or program.

(Violates the  Supremacy clause of the U.S. Constitution, and the due process, equal protection, and privileges and immunities clauses of the 14th Amendment to the U.S. Constitution.)

    12.  California Government Code § 8550-8668

9

(California Emergency Services Act) is the foundational statute supporting the California Emergency Plan and any Continuity of Government Orders.)

13. Plaintiffs Request that Arrest Warrants Issue pursuant to Federal Rules of Criminal Procedures Rules 3 and 4. Rule 4 requires that warrants issue on this showing.

## C. National Emergencies Act and Presidential Directive 51

14. There is no provision of federal law that authorizes or allows suspension of the Constitution under any circumstances. It is analytically impossible for the federal government to suspend the same laws (the Constitution) that are the foundational legal authority by which the federal government exists. The states must ratify amendments to the Constitution.

15. The takeover of State government in Arizona and the complete paralysis of a Democratic Administration in California makes the already clear political involvement of some people from the Republican Party all the more obvious. Starting with the 2000 Republican Convention there has been a repeated pattern of GOP enabling to say the least. Israel would not even think about a take over of the United States if the Republican Party wasn't in on it or enabling it.

10

16.  The United States has been in a state of martial law or the equivalent since President Bush signed Executive Orders 51 and 20 or Presidential Directive 51 on May 4, 2007.  The pertinent language is as follows:

(e) "Enduring Constitutional Government," or "ECG," means a cooperative effort among the executive, legislative, and judicial branches of the Federal Government, coordinated by the President, as a matter of comity with respect to the legislative and judicial branches and with proper respect for the constitutional separation of powers among the branches, to preserve the constitutional framework under which the Nation is governed and the capability of all three branches of government to execute constitutional responsibilities and provide for orderly succession, appropriate transition of leadership, and interoperability and support of the National Essential Functions during a catastrophic emergency

17.  The statutory authority for Presidential Directive 51 is the National Emergencies Act, 50 U.S. C §1601-1651.  50 U.S.C.§1621  gives the President the unilateral authority to declare any national emergency by Executive Order.   The statute purports to grant a President the unilateral

11

right to declare a state of emergency, impose martial law, and avoid judicial review.  The 'dictators at will act' is unconstitutional.  Presidential Directive 51, must also be declared unconstitutional.

18.  Article I, Section 8 of the United States Constitution does not grant Congress the power to grant the President the right unilateral right to declare a National Emergency.

19.  The National Emergencies Act is the legal authority for Presidential Directive 51, and any other Continuity of Government orders. Both Presidential Directive 51 fails as a matter law with a declaration that the National Emergencies Act is unconstitutional. Presidential Directive 51 is unconstitutional on its face and as applied. The Continuity of Government Plan itself contains no facts only boilerplate statements of general mission. The COG plan is also hopelessly vague.

20.  The law requires public disclosure of the facts.  50 U.S.C. § 1631 states as follows:

> When the President declares a national emergency, no powers or authorities made available by statute for use in the event of an emergency shall be exercised unless and until the President specifies the provisions of law under which he proposes that he, or other officers will act. Such specification may be made either in the declaration of a

12

national emergency, or by one or more
contemporaneous or subsequent
Executive orders published in the
Federal Register and transmitted to the
Congress.

21.  On September 14, 2001, President Bush
issued Proc. No. 7463, Declaration of National
Emergency by Reason of Certain Terrorist Attacs, 66
F.R. 48199.  These are the only changes to the law
that have ever been authorized since September 11,
2001.  All are related to military personnel, military
pay, and other military matters.  The full text of
Proc. 7463 appears at then end of this Application.

22.  50 U.S.C.§ 1622 makes it much more
difficult to end a National Emergency declaration
than to start one.  Ending a National Emergency
declaration without the consent of the President
requires a joint resolution of Congress.  It is
politically impossible to end a National Emergency
inherited from a prior President.  This is exactly the
current situation and plaintiffs are also personally
damaged as a direct result of the same laws.

## D.  The Patriot Act and Homeland Security Act

23.  There is no possible use of the Patriot Act
(or its surveillance techniques) against  private
American citizens that could be legal.  Janis and I
and everyone else that is facing the crackdown are
the Patriot Act's worst case scenario.  America was
told that this worst case scenario would never

13

happen and that these tactics of war would never be improperly used against private citizens. The availability of these surveillance techniques comes from the Patriot Act. The use of these 'toys' whether through procedure or not is unconstitutional as a matter of law and therefore the statutes themselves are also  unconstitutional as a matter of law.

24. If plaintiffs had been given Notice and an Opportunity to Be Heard on the Merits of the affidavit(s) used by the FBI, there would have been no use of the Patriot Act and plaintiffs would not have incurred damages as alleged herein.

25. The Patriot Act and the Homeland Security Act (6 U.S.C. 101-1445) work together and are designed to create the exact information flow between government agencies that was used to infiltrate every issue in plaintiffs lives.

26. The Homeland Security Act is designed to consolidate power. The Homeland Security Act has the intent and effect of eliminating Constitutional rights through illegal domestic surveillance. Hitler's Nazi Germany had a nearly identical legislative package.

27. The Patriot Act and the Homeland Security Act (6 U.S.C. 101-1445) work together and create the exact information flow between government agencies that was used to infiltrate every issue in our lives.  All four of the surveillance techniques of the Patriot Act were used.  There have

14

been many 'sneak and peaks.'  We know because they like move a few things around.  They have a key to our car.  We have had the computer hacked and/or monitored constantly and have "email spoofs" that prove it.  Major corporations have special customer service provisions for us.  If a formal National Security letter was not used, they used the exact same law and achieved the exact same result.

28.  The Real Purpose of the Patriot Act is to crackdown on and eliminate all political dissent.  These statutes are the only foundational basis for any of these  actions occurring inside the United States.  The legislative package from the terrorists is spread out over time so that no one notices how they work together until well into the crackdown.  The entire post 911 legislative packages is identical to Nazi Germany and  unconstitutional as a matter of law.

29.  The four general Acts of Congress, the statues within those Acts, and the Executive Orders are unconstitutional as a matter of law. The post 911 package of legislation is now clearly a consolidation of power after an 'inside job' terrorist attack on the United States.  The statutes and orders are facially unconstitutional and unconstitutional as applied to the facts of the case.

30.  The entire post 911 legislative package is intended to interfere with Constitutional rights in general and has in fact eliminated plaintiffs Constitutional rights.  Plaintiffs seek a declaration

15

of judgement of unconstitutionality as a matter of law.

**E.  The Federal Reserve**

31.  The two greatest causes of this long term disaster are the Media Moguls and private ownership the Federal Reserve.  100 years of the Federal Reserve financing the subversion of the United States Constitution is enough.  It is clear that Federal Reserve walks hand in hand with the 911 Conspiracy.

32.  The Federal Reserve is owned the International Bankers who are historically Jewish and known to be Nazi or Nazi sympathizers.  The Fed was created in 1913 and then financed both sides of World War I.

33.  The Federal Reserve gets the lions share of  blame for the disasters of World War II and 911. The Federal Reserve has a one hundred history of economic disruption that parallels the last 100 years of terrorism.  The bankers will never act in the best interests of the country.  The banking system of bloated credit on more bloated  credit  creates economic shocks in order to make money after the shock.  Wars create artificial economic cycles which makes for more "booms and bust" cycles that concentrate wealth.

34.  The  Federal Reserve Act of 1913 is the fundamental source of all of the economic imbalance

16

and political upheaval that occurred since 1913. Economic imbalance causes problems in the political arena. The 1913 supporters of the Federal Reserve spent decades lobbying for some a form a Central Bank and then passed a Federal Reserve that is privatized.

35. Article I, Section 8 of the Constitution does not grant Congress the authority to create the Federal Reserve. The Federal Reserve has caused nothing but problems and legal headaches throughout it's 100 year history. There is an obvious parallel. 100 years of Zionist terrorism and the same 100 years of Jewish bankers owning interests in the Federal Reserve proves the point.

36. The issue is the privatization of the Federal Reserve. In *Lewis v. United States 680 F. 2d 1239 (1982)*, the Ninth Circuit Court of Appeals articulated the same factual argument. Lewis is a civil tort case but the factual analysis should not change. Article I, Section 8 of the Constitution does not give Congress the authority to create a private central bank and give it away.

37. The Federal Reserve Act of 1913 set the chain of events that lead a volatile boom and bust cycle throughout the 1920's and 1930's. The Federal Reserve finances the phoney wars of the exact same conspiracy that is in our personal lives. The Federal Reserve created the economic conditions that lead to World War II. The Federal Reserve has always played "both sides of the game" and that is the Nazi

17

problem.  The structure of the Federal Reserve has always been disguised private ownership.

38.  The Federal Reserve has killed many American politicians who dare challenge their authority. The Federal Reserve was a player in Arizona in 2004.  The Federal Reserve finances the political murders and always has.   Since this terrorist War will continue, it is in the interests of the people of the United States to stop the flow of money to these terrorists that used a nuclear device. Nationalization of the Federal Reserve and expropriation of all assets is how we stop the terrorists for good.  18 U.S.C. 2339A and 18 U.S.C. 2339C, providing  material support or financial support for terrorism, as well as 18 U.S.C. 2332(b) and for international terrorism.   The civil forfeiture provisions of 18 U.S.C. § 981 apply.

**F. The Terrorist Attack On The 2004 Presidential Election**

39.  The entire political disaster that we now have in the United States,  Arizona, California, occurred because the time lines of many different events converged in 2004 and in Arizona. The Israeli's were on the ground in an American election, Cheney was consolidating power after 911, the clock is ticking on Israel over the holocaust fraud,  Arizona was a battleground State, and Arizona voters were very engaged.  President Obama's keynote speech at the Democratic Convention defined Arizona as it was in 2004.  Arizona was already a purple state and

18

preferred to stay that way.

40.  The terrorists primary goal was to turn Arizona into exactly what it has become.  Hiding a fixed election for  Prop. 200 during a Presidential election is classic terrorism.  If Proposition 200 was a close race to begin with, election fraud would be much more difficult to detect.  Fixing the 2004 election required 200,000 votes or more just to get Proposition 200 passed and then the Presidential race became "impossible to reconcile."

41  The terrorist attack "hid" the fixing of the Proposition 200 election inside the Presidential election.  Secretary of State John Kerry actually won Arizona in 2004.   A close win for Voter I.D. and proof of citizenship would not create the anti immigration climate.  The 911 Conspiracy needed a landslide, and they needed to sell "discrimination" big enough to radicalize the State.  This is exactly what the Zionist Nazi's did with the holocaust when they needed a large holocaust number for political reasons.

42.  The "Official Story" on Arizona in 2004 has President Bush winning by 10%.   There is no chance of that being true.  This is what a fixed election looks like. The fixed election is Proposition 200,  the Presidential Election is a bonus and diversion.

| 2004 Presidential Election State of Arizona | Bush 1,104,294 | 54.7% |
| --- | --- | --- |
| | Kerry 893,524 | 44.32% |

19

Total Votes: 2,012,585

Proposition 200
Voter I.D.; Proof of
Citizenship

| 2,038,069 | Total Ballots |
| 2,012,585 | President |
| 1,961,677 | U.S. Senate |

| Yes on 200 | 1,041,741 |
|  | 55.64 |

Other State Wide Ballot
Propositions
(In Thousands)

| No on 200 | 830,467 |
|  | 44.36 |

| Total Votes | 1,872,208 |

| Prop 105 | 1,681 |
| Prop 104 | 1,683 |
| Prop 103 | 1,666 |
|  |  |
| Prop 102 | 1,645 |
| Prop 101 | 1,621 |
| Prop 100 | 1,710 |
| Prop 300 | 1,775 |

43.  Plaintiffs are not on assassination lists over a ten point loss.  The "terrorist attack" on the 2004 Presidential election occurred because John Kerry was going to win Arizona and the election handily.

44.  A  2004 voter approved ballot initiative, Proposition 200 contained two highly controversial

20

laws related to elections.  Proof of citizenship was requireed in order to register to vote and identification was required to vote at the polls.   The proposal had no mainstream political support whatsoever.  The Arizona Democratic Party and the Arizona Republican Party were both opposed. Democratic Governor Janet Napolitano, Republican Senator John McCain, and Republican Senator John Kyl were all opposed to Proposition 200.

45.   Politicians seldom agree this uniformly across party lines anymore.  Proposition 200 was "hate legislation" that was intended to inflame and cause false and planted anti immigration sentiment throughout Arizona.   Arizona's political leaders from both Parties saw the truth in 2004 and said "NO."

46.   The purpose of the terrorist attack on Arizona was to cause Proposition 200 to pass and become law.  The intended purpose of the criminal conspiracy to pass Proposition 200 was to create the exact political disaster that Arizona has suffered. Arizona politics was poisoned and radicalized solely to prevent the state from inevitably voting for Democrats due to population changes.

47.  Arizona's ten electoral votes are critical to any Presidential election. An Arizona that votes for Democrats would "close the red-blue map" era of politics and force the Republicans to stop obstructing government.

21

## G. Arizona Constitution and Statutes

48.  Arizona Revised Statute 11-1051B is the last remaining piece of the 'papers please' law as it has been described by some.  There were more than 20 attempts to falsely arrest plaintiffs in 2015 alone. There have been multiple attempt to assassinate plaintiffs from within government.  Plaintiffs have every reason to object to and be concerned. This statute give the 911 Conspiracy another legal weapon to use against plaintiffs.

49.  Article 2, Section 3 of the Arizona Constitution violates the Constitution of the United States.  The Arizona Constitution claims state sovereignty and over the federal government by "protecting people's freedom" as follows:

> Section 3. A. The Constitution of the United States is the supreme law of the land to which all government, state and federal, is subject.
>
> B. To protect the people's freedom and to preserve the checks and balances of the United States Constitution, this state may exercise its sovereign authority to restrict the actions of its personnel and the use of its financial resources to purposes that are consistent with the constitution by doing any of the following:

22

1. Passing an initiative or referendum
pursuant to article IV, part 1,section1.
2. Passing a bill pursuant to article IV,
part 2 and article V, section 7.
3. Pursuing any other available legal
remedy.

C. If the people or their representatives
exercise their authority pursuant to
this section, this state and all political
subdivisions of this state are prohibited
from using any personnel or financial
resources to enforce, administer or
cooperate with the designated federal
action or program.

50.  The recent "sovereignty amendment"
Arizona Constitution Article 2, Section 3, is a power
grab that misunderstands the nature of sovereignty
The State of Arizona derived it's constitutional
authority in a "three way deal" in 1912 when
Arizona became a state.  The 'papers please' law and
the sovereign amendment are fatally flawed for the
same reason.  The Arizona Constitution cannot be
amended to give Arizona any authority over the
Federal Government.

51.  The people of the State of Arizona already
decided the fundamental issue of sovereignty
between the state and federal governments in 1912
when the contract was made at statehood.
Separation of powers has already been decided and
is not up for negotiation or legislation. The voters of

23

Arizona cannot go back on the underlying deal that created statehood. This not a proper subject of legislation, state constitutional amendments, or ballot initiatives.

52. The individual states never owned the full sovereignty. A proper distinction between the people of the state of Arizona and the legal entity the "State of Arizona" is necessary for a proper analysis. The ultimate sovereignty rests with the people of the United that simultaneously agreed to join the Union and create a State. The State of Arizona is not free to take the "sovereignty" and join another country.

53. The people of the newly forming State convey their collective sovereignty pursuant to the terms of the contract, the United States Constitution. The people convey to both the newly formed State and the United States. Thereafter sovereignty issues are determined by the United States Constitution. The three party agreement specifies the Constitutional "pecking order" or priorities. The Supremacy of the U.S. Constitution prevails over the State Constitutions.

## H.  Proof of Citizenship and Voter Identification

54. Arizona Revised Statute § 16-166F is the proof of citizenship statute and there is no statutory authority for the Voter Identification law passed by Arizona voter. Instead, the procedural rule making authority of Arizona Revised Statutes § 16-452 is

24

used to 'hide' the voter identification law from
Arizona voters.  Both statutes are unconstitutional
on their face and as applied.

55. The requirement of proof of citizenship in
order to register to vote is unconstitutional for every
person in the United States.  The Supreme Court
has already ruled that proof of citizenship
requirements in Arizona law cannot be applied to
the Federal Voter Registration forms.  The same
issue is now raised for state of Arizona forms on the
same issues of Federal preemption and violation of
the Supremacy Clause.

56.  Arizona's attempt to 'split the ballot' and
limit the voting rights of people that register using
the Federal Voter Registration form to federal
elections only is the typical of the radicalized effort
to destroy American institutions. Arizona has been
hijacked and state government stolen.  The Right to
Vote is the cornerstone of democracy and the
Arizona Cabal is difficult to even take seriously.  The
very act of splitting the ballot justifies Federal
Observers under the Voting Rights Act and a take
over by the Federal Government of Arizona's election
process.  The privileges and immunities clause, the
equal protection clause, and even the due process
clause are all violated instantly because of splitting
the ballot.  The Arizona Cabal's terrorist taunt of the
United States Supreme Court is over.

57.  The State of Arizona does not seem to
respect the Supreme Courts decision in *Arizona et.*

25

*al. v. The Inter Tribal Council of Arizona, Inc. et. al.*
133 S. Ct. 2247 (2013)  The newest twist is to allow
the Federal Voter Registration Form to be used in
federal elections but not state elections.   The latest
effort also shows a complete lack of good faith.  The
splitting of the ballot is a unique approach.   52
U.S.C. 10101(a)(1) is the federal statute defining
voting rights.  Simply stated "all citizens of the
United States qualified to vote shall be entitled to
vote without distinct of race, . . . .any constitution,
law, custom, usage, or regulation of any State."
Qualified to vote means eligible to register.

58.   Voter's who have an old printed address
on the drivers license have "extra hoops" to satisfy.
The requirements to actually vote are far more
restrictive than the voter registration requirements.
The right to vote at the polls is based on the
registration, anything beyond that is
unconstitutional.   In Inter Tribal Council of
Arizona, the Arizona's extra rules on registration
imposed an undue burden and were found to be
unconstitutional.  This case presents the very same
issue.

59.  Arizona's silly season two months before
the Presidential Preference Election is the last
straw.  52 U.S.C. 10101C permits injunctive and
preventative relief. 52 U.S.C.10302 authorizes a civil
action by aggrieved person to enforce the voting
rights guaranteed under the 14th Amendment to the
United States Constitution. Arizona's flagrant
conduct violates our voting rights and therefore we

26

have legal standing.  We also seek the appointment of observers and further request that the Court take jurisdiction over this rogue State election process.

60.  With respect to both identification at polls, alternative identification, and proof of citizenship for voter registration, Arizona's conduct violates the Equal Protection Clause of the 14th Amendment to the Constitution, the Privileges and Immunities Clause of the 14 the Amendment to the Constitution, and the Voting Rights Act as noted above.

61.  Arizona's voter identification "law" is not even the same as law that isin Proposition 200. Proposition 200's requirement to cast a ballot is either a photo I.D. or two pieces of 'anything' that contains a pre printed name and address and is legitimate.

62.   The actual law used in real life includes a confusing and illegal limitation on the kinds of alternative identification that is accepted at the polls.  On election day, the problem arises when the addresses do not match the voting rolls.  The list of alternative identifications and the process that allows the law to be different in everyone of Arizona's 15 counties is contained in an Election Procedures Manual.

63.  The procedures manual is clearly illegal and is the singular source of major problems in Arizona elections, but the elections manual also

27

reflects the historical mistrust that the 14 Arizona
Counties that are not Phoenix have for state
government.  The 14 other Arizona Counties want to
be able to stop state government from acting as  the
alter ego of the Maricopa County Board of
Supervisors, i.e. Phoenix.  The Arizona Cabal has
stolen state government from Counties that expect
the original statehood deal to be honored

64.  The comparison between the ballot
initiative and it's implementation proves how
corrupt the Arizona elections system has become.
Proposition 200 states in pertinent part:
16-579. Procedure for obtaining ballot by elector

> A. Every qualified elector, before
> receiving his ballot, shall announce his
> name and place of residence in a clear,
> audible tone of voice to the election
> official in charge of the sig- nature
> roster or present his name and
> residence in writing and Shall Present
> One Form of Identification That Bears
> the Name, Address and Photo- Graph of
> the Elector or Two Different Forms of
> Identification That Bear the Name and
> Address of the Elector

(Note: that there is no further list of alternative
identification specified.)

65. The 2014 version from the Elections
Manual states:

28

The elector shall present acceptable identification that:

1. bears the name, address, and photograph of the elector (see List 1 below) or
2. two different forms of identification that bear the name and address of the elector (see List 2 below) or
3. one form of acceptable photo identification with one form of non-photo identification that bears the name and address of the elector (see List 3 below)

An elector who does not provide acceptable proof of identification shall not be issued a regular ballot, but shall receive a conditional provisional ballot. If the elector identifies himself or herself as a Native American, the elector shall be processed under the section of this procedure titled "Identification Requirements for Native American Electors." All others shall be processed under the section of this procedure titled "Conditional Provisional Ballot for No Identification."

Acceptable proof of identification includes but is not limited to the sources listed below. Other forms of identification not on this list

29

must be deemed acceptable by the county
election official in charge of elections and
must establish the identity of the elector in
accordance with the requirements of

List 1 - Acceptable Forms of Identification
with Photograph, Name, and Address
of the Elector

Valid Arizona driver license
Valid Arizona nonoperating identification
license
Tribal enrollment card or other form of tribal
identification
Valid United States federal, state, or local
government issued identification
An identification is "valid" unless it can be
determined on its face that it has expired.

List 2 - Acceptable Forms of
Identification Without a Photograph
that Bear the Name and Address of the
Elector (Two Different Forms Required;
May Be Presented in Paper and/or
Electronic Format)
Utility bill of the elector that is dated
within 90 days of the date of the
election. A utility bill may be for
electric, gas, water, solid waste, sewer,
telephone, cellular phone, or cable
television
Bank or credit union statement that is
dated within 90 days of the date of the

30

election
Valid Arizona Vehicle Registration
Indian census card
Property tax statement of the elector's
residence
Tribal enrollment card or other form of
tribal identification

Arizona vehicle insurance card
Recorder's Certificate
Valid United States federal, state, or
local government issued identification,
including a voter registration card
issued by the County Recorder

Any mailing to the elector marked
"Official Election Material"
An identification is "valid" unless it can
be determined on its face that it has
expired. All items from List 2 may be
presented to the poll workers in
electronic format, including on a smart
phone or tablet.

List 3 - Acceptable Forms of
Identification, One Identification with
Name and Photo of the Elector
Accompanied By One Non-Photo
Identification with Name and Address

Any valid photo identification from List
1 in which the address does not
reasonably match the precinct register

31

accompanied by a non-photo
identification from List 2 in which the
address does reasonably match the
precinct register

U.S. Passport without address and one
valid item from List 2
U.S. Military identification without
address and one valid item from List 2
Arizona vehicle insurance card
Recorder's Certificate

Valid United States federal, state, or local
government issued identification,
including a voter registration card
issued by the County Recorder

Any mailing to the elector marked "Official
Election Material"

An identification is "valid" unless it can be
determined on its face that it has expired. All
items from List 2 may be presented to the poll
workers in electronic format, including on a
smart phone or tablet.

List 3 - Acceptable Forms of
Identification, One Identification with
Name and Photo of the Elector
Accompanied By One Non-Photo
Identification with Name and Address

Any valid photo identification from List

32

1 in which the address does not reasonably match the precinct register accompanied by a non-photo identification from List 2 in which the address does reasonably match the precinct register

U.S. Passport without address and one valid item from List 2.  U.S. Military identification without address and one valid item from List 2  An identification is "valid" unless it can be determined on its face that it has expired.

66.  And Arizona Revised States 16-579 says this:
(Caution: 1998 Prop. 105 applies)

A. Every qualified elector, before receiving a ballot, shall announce the elector's name and place of residence in a clear, audible tone of voice to the election official in charge of the signature roster or present the elector's name and residence in writing. The election official in charge of the signature roster shall comply with the following and the qualified elector shall be allowed within the voting area:
1. The elector shall present any of the following:

33

(a) A valid form of identification that bears the photograph, name and address of the elector that reasonably appear to be the same as the name and address in the precinct register, including an Arizona driver license, an Arizona nonoperating identification license, a tribal enrollment card or other form of tribal identification or a United States federal, state or local government issued identification. Identification is deemed valid unless it can be determined on its face that it has expired.

(b) Two different items that contain the name and address of the elector that reasonably appear to be the same as the name and address in the precinct register, including a utility bill, a bank or credit union statement that is dated within ninety days of the date of the election, a valid Arizona vehicle registration, an Arizona vehicle insurance card, an Indian census card, tribal enrollment card or other form of tribal identification, a property tax statement, a recorder's certificate, a voter registration card, a valid United States federal, state or local government issued identification or any mailing that is labeled as "official election material". Identification is

34

deemed valid unless it can be determined on its face that it has expired.

(c) A valid form of identification that bears the photograph, name and address of the elector except that if the address on the identification does not reasonably appear to be the same as the address in the precinct register or the identification is a valid United States military identification card or a valid United States passport and does not bear an address, the identification must be accompanied by one of the items listed in subdivision (b) of this paragraph.

2. If the elector does not present identification that complies with paragraph 1 of this subsection, the elector is only eligible to vote a provisional ballot as prescribed by section 16-584 or a conditional provisional ballot as provided for in the secretary of state's instruction and procedures manual adopted pursuant to section 16-452.

67. The law that is actually applied is different from one passed and there is no excuse for that level of deception. The ballot initiative was much clearer than any version of the law enacted.

35

68. There is no ambiguity about the result. The Arizona Cabal has sent a signal throughout the country that the entire issue of illegal voting has been another false flag operation. The false politics of voter identification are exposed. The legal right to vote at the polls  exists because of the individual voter's  registration, anything beyond that is unconstitutional.

## I. The California Emergency Services Act

69. It has been clear for some time that major domestic surveillance activity is occurring throughout California. It turns out that the 911 conspiracy calls California 'home.'

70. The California Emergency Plan is derived from the California Emergency Services Act, Government Code section 8550-8668 and The California Emergency Managing Agency, Government Code section 8585-8589.7.

71. California has seen a major domestic surveillance program throughout the state. The 911 conspiracy calls California 'home.' The surveillance from those that hijacked California government is protecting the 911 conspiracy. The statutory scheme enacted in California is being used to create and hide a coup in which the 911 conspiracy controls California government through means of some force. The statutes and each of them are used to deprive persons such as plaintiffs of the rights guaranteed by the United States Constitution and violate the

36

privileges and immunities, equal protection, and due
process clauses of the 14th Amendment to the U.S.
Constitution, and the Supremacy Clause of the U.S.
Constitution.

Dated February 1, 2016

By:

Gregory R. .Kaighn
Janis Kaighn

**Proc. No. 7463. Declaration of National Emergency by Reason of Certain Terrorist Attacks**

(Sept. 14, 2001, 66 F.R. 48199 )

A national emergency exists by reason of the terrorist attacks at the World Trade Center, New York, New York, and the Pentagon, and the continuing and immediate threat of further attacks on the United States.

NOW, THEREFORE, I, GEORGE W. BUSH, President of the United States of America, by virtue of the authority vested in me as President by the Constitution and the laws of the United States, I hereby declare that the national emergency has existed since September 11, 2001, and, pursuant to the National Emergencies Act (50 U.S.C. 1601 et seq.), I intend to utilize the following statutes: sections 123, 123a, 527, 2201(c), 12006, and 12302 of title 10, United States Code, and sections 331, 359, and 367 of title 14, United States Code. This proclamation immediately shall be published in the Federal Register or disseminated through the Emergency Federal Register, and transmitted to the Congress.

This proclamation is not intended to create any right or benefit, substantive or procedural, enforceable at law by a party against the United States, its agencies, its officers, or any person.

38

IN WITNESS WHEREOF, I have hereunto set my hand this fourteenth day of September, in the year of our Lord two thousand one, and of the Independence of the United States of America the two hundred and twenty-sixth.

George W. Bush

39