No. _____, Original

# In the Supreme Court of the United States

---

Janis Kaighn, Gregory R. Kaighn,

Plaintiffs,

Barack H. Obama II, Joseph R. Biden Jr, Hillary
Clinton, Loretta Lynch, John Kerry,

Real Parties In Interest,

v.

United States of America, State of Israel, Benjamin
Netanyahu, Federal Republic of Germany, State of
Arizona, State of California, Republican Party, Arizona
Republican Party, California Republican Party,

Defendants.

VERIFIED COMPLAINT FOR DECLARATORY
JUDGEMENT, INJUNCTIVE RELIEF, AND
DAMAGES
(ORIGINAL JURISDICTION)

NOTICE OF CONSTITUTIONAL CHALLENGE TO
FEDERAL STATUTES AND STATE STATUTES

Gregory R. Kaighn
Janis Kaighn
861 Crystal View Dr.
Prescott, AZ 86301
(213) 675-0776
greg.kaighn@gmail.com

1

**VERIFIED COMPLAINT
FOR DECLARATORY JUDGMENT AND
DAMAGES**

## I. INTRODUCTION

1.  This is a Constitutional Crisis and a National Emergency.  In solving the 911 conspiracy, we found a shadow government.  When we tested the American legal system, we found a second shadow government, but it is not American.  The shadow government is Israeli.  President Obama and the Supreme Court are hostages in an ongoing conspiracy to overthrow the United States.  The Republican Party and the State of Israel are the terrorists.

2.  ISIS is a Bob Dylan song recorded July 31, 1975 and likely near the date of Adolph Hitler's death.  The coup started May 4, 2007.  These are relevant song lyrics.

I married Isis on the fifth day of May
I came to a high place of darkness and light
Dividing line ran through the center of town
I hitched up my pony to a post on the right
I said, where are we goin', he said we'd be back by the fourth
I said, that's the best news that I've ever heard
I was thinkin' about Isis, how she thought I was so reckless
When he died I was hopin' that it wasn't contagious
But I made up my mind that I had to go on

2

How she told me that one day we would meet up
again
And things would be different the next time we wed
I still can remember the way that you smiledOn the
fifth day of May in the drizzlin' rain

Bob Dylan
recorded July 31 1975

3. The song references tie 911, the coup, and
ISIS with long term Nazi infiltration. Dick Cheney
infiltrated Washington in 1975 with Hitler's last
plan. ISIS is terrorist code for Hitler's return.

4. The 911 Conspiracy includes the
conspiracy to overthrow the United States 'the coup,'
the stolen 2004 Presidential election in Arizona, the
seizure of power in Arizona and California by
Republican entities and Israel; and the attempted
assassinations and other acts committed against the
plaintiffs.

5. Israel and the Republicans seized power on
September 11, 2001 and formalized the coup on May
4, 2007 by issuing Presidential Directive 51. The
pertinent language is as follows:

"Enduring Constitutional Government," or "ECG,"
means a cooperative effort among the executive,
legislative, and judicial branches of the Federal
Government, coordinated by the President, as a
matter of comity with respect to the legislative and
judicial branches and with proper respect for the

3

constitutional separation of powers among the branches, to preserve the constitutional framework under which the Nation is governed and the capability of all three branches of government to execute constitutional responsibilities and provide for orderly succession, appropriate transition of leadership, and interoperability and support of the National Essential Functions during a catastrophic emergency.

This is the "legal technicality" upon which the conspiracy to overthrow the United States is based.

6.  There is no provision of federal law that authorizes or allows suspension of the Constitution under any circumstances. The federal government cannot suspend the same laws (the Constitution) that are the foundational  legal authority by which the federal government exists.  The Congress and the Executive only have the powers conveyed by the Constitution.  No branch of government is granted the authority or power to suspend the Constitution by the Constitution.  The states must ratify amendments to the Constitution.

7.  President Obama was taken hostage as soon he took office. President Bush was undoubtedly happy to be released.  It is customary for the outgoing President to leave a note for the new President and none of us ever find what is in the note.  This note might be evidence though.

8.  The 2000 GOP Convention implicates

4

everyone in the Republican Party except President
Bush 43.  The 1991 decision by President Bush 41 to
not invade Baghdad separates President Bush 41
and President Bush 43 from these terrorists. .

9.  50 U.S.C.§ 842 bars the Communist Party and its
members from all of the privileges and immunities
that exists in United States law.  50 U.S.C. § 841
makes legislative findings that describe the
Republican Party accurately.   The Republican Party
in the United States, the Arizona Republican Party
and the California Republican Party are all in
violation of the Communists Control Act of 1954.

10.  The master plan of Adolph Hitler included
control of the media and the banks. The Federal
Reserve has financed both sides of every war since
it's inception.  The bankers and media moguls are
part of the 911 Conspiracy to overthrow the United
States.  The two major private industries that can
effect the national interests have been corrupted by
the Nazi's since World War II.

11.  The media always knew that the
holocaust was a set up asked for by the Jews. The
war was pre negotiated  The media billionaires knew
that Hitler was alive after WWII.  The media lied
about the "red scare" to cover up the Nazi infiltration
of the United States that Hitler promised.   The 911
Conspiracy passed the Communist Control Act of
1954 to point the finger away from the Nazi's.
Communist was always code for Nazi.  The
Republican Party violated its own statute.

12.  The September 11, 2001 terrorist attacks brought a new paradigm and a new way of thinking. Through the prism of terrorism, we finally get the answers. Understanding terrorism is how everyone can beat these terrorists.  When Zionist Nazi behavior is seen at the grocery store or at the bank, the public will recognize it.  The Nazi infiltration will be eradicated through public embarrassment.

## II. JURISDICTION OF THE SUPREME COURT

13.  28 U.S.C. § 125128 U.S.C. § 1251 grants original jurisdiction to the Supreme Court for all actions or proceedings to which ambassadors, other public ministers, consuls, or vice consuls of foreign states are parties.

14..  28 U.S.C. § 1330 grants original jurisdiction to the District Court without regard to amount in controversy of any non jury civil action in which the foreign state is not entitled to immunity. The Supreme Court has original jurisdiction when 28 U.S.C. §1251 applies.

15.  28 U.S.C. § 1331 grants jurisdiction to the District Court in all cases arising under the Constitution, law, or treaties of the United States. The Supreme Court has original jurisdiction when 28 U.S.C. §1251 applies.

16.  28 U.S.C. § 1343 grants jurisdiction to the District Court in all cases involving a civil rights violation in 42 U.S.C. § 1983 or 1985.  The Supreme

6

Court has original jurisdiction when 28 U.S.C. §1251 applies.

17. 28 U.S.C. § 1605(3)  provides an exception to the jurisdictional immunity of a foreign state in actions in which rights in property taken in violation of international law are in issue.

18.  28 U.S.C. 1605 (5) provides an exception to the jurisdictional immunity of a foreign state for actions for money damages for personal injury, death, or damage or loss of property caused by the tortious act or omission of that foreign state, and occurring in the United States.

19.  28 U.S.C. §§ 2201 grants the District Court jurisdiction, in cases where an actual controversy exists, to declare the rights and other legal relationships of any interested party whether or not further relief is or could be sought. The Supreme Court has original jurisdiction when 28 U.S.C. §1251 applies.

20.  28 U.S.C. § 1367 provides grants the District Court supplemental jurisdiction over all other claims that are part of the same case or controversy, including the joinder or intervention of additional parties.  The Supreme Court has original jurisdiction when 28 U.S.C. §1251 applies.

### III. THE PARTIES

21.  Plaintiff Janis Kaighn is a resident of the

State of Arizona and at all times relevant was a resident of the State of California.

22. Plaintiff Gregory R. Kaighn is a resident of the State of Arizona, and was at all times relevant a resident of the State of California.

23. Real Party In Interest  Barack H. Obama, II is the duly elected President of the United States and has an interest in this matter.

24. Real Party In Interest Joseph R. Biden, Jr. is the duly elected Vice President of the United States and has an interest in this matter.

25. Real Party In Interest  John Kerry is the Secretary of State of the United States and has an interest in this matter.  The Secretary of State has legal authority with respect to identifying a "State Sponsor of Terror."

26. Real Party In Interest Loretta Lynch is the Attorney General of the United States and has an interest in this matter.  The Attorney General has the legal authority to prosecute violations of the laws of the United States.

27. Real Party In Interest Hillary Clinton is a Presidential Candidate and has an interest in this matter.

28. Defendant, The United States of America, is a sovereign country and is a primary participant

8

and planner of the 911 conspiracy and the damages caused to plaintiffs.

29.  Defendant, the State of Israel is a sovereign country, and is the successor in interest to Deutsch Reich and the Greater German Reich. Israel is a primary participant and planner of the 911 conspiracy and is responsible for the damages caused to plaintiffs.

30.  Defendant, the Federal Republic of Germany is a sovereign country and is named as the successor in interest to Deutsch Reich, the Greater German Reich, West Germany, and East Germany.

31.  Defendant, State of California is one of the fifty states of the United States and is responsible for the damages caused to plaintiffs. Defendant State of Arizona is one of the fifty states of the United States and is responsible for the damages caused to plaintiffs

32.  Defendant "Republican Party" of the United, States is an unincorporated association in fact, comprised of other unincorporated political organizations and individual members. The Arizona Republican Party and California Republican Party are also associations in fact comprised of other unincorporated political organizations, and individual members.  The voters are not the criminals. Republican Party entities are criminal enterprises.

9

33. Defendant Benjamin Netanyahu is the Prime Minister of the State of Israel.

## IV. THE 911 CONSPIRACY

34. RICHARD CHENEY and BENJAMIN NETANYAHU are the two political leaders of 911 Conspiracy and it's world wide operation. Israel could not over throw the United States or anyone else without Richard Bruce Cheney. Mr. Cheney is the former Vice President of the United States and Donald Rumsfeld is the former Secretary of Defense of the United States. Mr. Rumsfeld is also a primary political leader and planner of the 911 conspiracy. Mr. Rumsfeld is a long term participant in the 911 conspiracy.

35 JERROLD SCOTT PETROFSKY is the 911 mastermind.  He is a resident of the County of San Bernardino, State of California.  In the early, 1980's Petrofsky became famous for the now debunked public experiments in which high doses of high voltage electricity to used to try to electrically stimulate paralyzed people into walking again.  In 1982,  Nan Davis supposedly walked at her college graduation because of the fraudulent work of Jerrold Petrofsky.  In 1985 the still on going Janni Smith hoax started.  Many people still remember Jerrold Petrofsky as 'Dr. Freakenstein.'

36. Jerrold Petrofsky and his brother Steven Petrofsky were original spinal cord researchers at Wright State University where many of the

10

technologies were patented. When the spinal cord treatment industry started, Steven Petrofsky became a known leader in the industry and Jerrold Petrofsky became 'the wild wing nut that generated massive publicity' and became a terrorist. The two brothers always went together though.

37. Steven Petrofsky is a resident of the State of Florida and he is a primary planner of 911. He is an aviation and aerospace expert. He is from Venice Florida and is a long time NASA employee.  He was a lead robotics and software engineer for the Hubbell space program, and over the last 40 years has been regarded as the "sane"  Petrofsky brother.  The Petrofsky brothers have always been together in all their 'business ventures.'  Steven Petrofsky plays the 'behind the scenes' role.  He is the 'missing link' in the post September 11, 2001 investigations of the Florida flight schools that trained the 911 hi jacker pilots.  Steven Petrofsky is the expert on large aircraft that the aviation experts investigating 911 had no way to specifically identify.

38. Afsaneh Kazemi Petrofsky is a resident of the County of San Bernardino, State of California. She is a principal participant in the 911 conspiracy. Mrs. Petrofsky has been the leader in pushing the personal vendetta's against both plaintiffs beginning in 2011.  She created a false legal theory that is based on false facts.  A false loan was invented to support a false legal argument that "end runs" domestic violence restraining orders.  Mrs. Petrofsky is the origin of the threats of false arrest. She is the

11

origin of attacks by the California State Bar against
Plaintiffs license to practice law.  She and Jerrold
Petrofsky are the major 'hands on' protagonists and
perpetrators of crimes of violence against the
plaintiffs.

39.  Jamal Kazemi is a resident of the State of
California.  Mr. Kazemi is the 'three strikes felon'
that should have been in prison when plaintiff Janis
Kaighn was assaulted and became the "strike four"
crime victim.  Mr. Kazemi is a principal participant
in the 911 conspiracy.  He is the original source of
anti semitism in the case. Mr. Kazemi and Mrs.
Petrofsky are brother and sister and claim to be
Iranian nationals.   History confirms the long term
Jewish role in Persian society.  Mr. Kazemi pushed
the narrative that Janis hates Jews and made
religion an issue.  Greg self identifies as Jewish
because of ancestry.  Janis self identifies as Muslim
but with Jewish roots. She believes that Islam is the
most peaceful of the three religions with common
origin, but only when Islam is not manipulated by
false interpretations of the Quran.

40.  Thomas Lucido is a resident of the State
of California and is a principal participant in the 911
conspiracy  Mr. Lucido is Janis Kaighn's ex husband
and is subject to restraining orders.  Mr. Lucido has
had direct access to the 911 conspiracy to overthrow
the United States of America since the early 1990's.

41. Warren Buffett is a resident of the State of
Nebraska and is a primary political, business, and

12

media leader, and planner of the 911 conspiracy.
Mr. Buffett is a primary planner of the November
17, 2014 attempted assassinations of plaintiffs.
Buffett represents the interests of business and
banking in the 911 Conspiracy.  Buffett uses the
coup to control 2016  Presidential candidate Hillary
Clinton.  Buffett provides a false but re assuring
narrative that the Media conspirators use to calm
the American people.  Buffett has major ownership
interests in American media companies that are
known to be long term players in the 911 conspiracy.

42.  Charles Munger is a resident of the State
of California. He is the vice chairman of Berkshire
Hathaway and is a  founding partner of the Munger
Tolles & Olsen law firm.  He is a primary planner of
the 911 conspiracy and the November 17, 2014.
attempted assassinations of plaintiffs. Charles
Munger is the person most responsible for the
corruption of the legal profession.  He is the senior
lawyer in this conspiracy and his status transcends
Wall Street and the legal profession.

43.  Ronald Olsen is a resident of the State of
California and is a primary planner of the 911
conspiracy and the November 17, 2014 attempted
assassinations of plaintiffs. He is on the Board of
Directors of Berkshire Hathaway and is a founding
partner of the Munger Tolles & Olsen law firm.  He
is primary  planner of the 911 conspiracy.  Olsen and
a Pasadena Republican Party operative and donor
orchestrated the burglary that occurred in late
October 2015.

13

44. Munger, Tolles, & Olsen, MTO, is a law firm with it's principle place of business in California.  The Munger, Tolles law firm is a primary planner of the 911 conspiracy and the November 17, 2014 attempted assassinations of plaintiffs.  MTO controls the legal profession and the Courts.  MTO is a criminal enterprise that was nearly unknown as a law firm before the 1990"s.  The rise of MTO is also the rise of the 911 conspiracy to overthrow the United States Government.  MTO uses it's inside relationship with Berkshire Hathway and the attorney client privilege that it has with every other major corporation to control the corporate litigation throughout the United States.

45. Berkshire Hathaway, Inc. is a Delaware corporation with it's principal place of business in Omaha, Nebraska.  Berkshire Hathaway is a primary planner of the 911 conspiracy and the November 17, 2014 attempted assassinations of plaintiffs.  Berkshire Hathaway is a holding company that is the alter ego of Warren Buffett, Charles Munger, and Ronald Olsen.  Berkshire Hathaway is a criminal enterprise engaging in acts of international terrorism.  Berkshire Hathaway provides material financial support for, and is a primary planner of a terrorist overthrow of the United States of America. Berkshire Hathaway, Ronald Olsen, Charles Munger, and Warren Buffett personally ordered the assassination attempts of November 17, 2014 and used a wholly owned subsidiary of Berkshire Hathaway in the conspiracy.

14

46. Geico Insurance Co, is wholly owned by Berkshire Hathaway. Defendant Geico is a primary planner of the 911 conspiracy and the November 17, 2014 attempt assassinations of plaintiffs. Geico is a critical link to Warren Buffett. Geico is the insurance company for the "cell phone driver that never slowed down.

47. Kaiser Permanente, Inc. was Plaintiffs medical provider as of November 17, 2014. Kaiser Permanente is a primary planner of the 911 conspiracy and the November 17, 2014 attempt assassinations of plaintiffs. Kaiser willingly falsified medical records and is a direct participant in this conspiracy. Kaiser used Plaintiff Janis Kaighn's former last name on the MRI taken after the11/17/2014 assassination attempt. Three separate Kaiser doctors lied about the nature and extent of the injuries.

48. Guy Kornblum is a resident of the State of California and is a primary planner of the 911 conspiracy and the November 17, 2014 attempt assassinations of plaintiffs. Mr. Kornblum provided detailed personal information about Plaintiff's medical conditional and legal skills. The profile includes the fine details of how plaintiff uses hand gestures and oral debating skills in Court.

49. Saleah Hewitt is a resident of the State of California and is a primary planner of the 911 conspiracy and the November 17, 2014 attempt assassinations of plaintiffs. She is the cell phone

15

driver in the November 17, 2014 set up car crash. Hewitt displayed a level of legal knowledge about a an esoteric point of law that instantly implicated herself in the 911 conspiracy.

50.  Hewitt claimed to be going to "midtown for an event" but was not on any legitimate driving route to downtown Sacramento.  Instead, Hewitt was one mile from Plaintiffs residence in Carmichael, California.  No one gets to  Midtown Sacramento from I-80 or the intersection Manzanita Avenue and Madison Avenue via Fair Oaks Boulevard through Carmichael.  The route that Hewitt claims she traveled is impossible.  The terrorism model is clear.  That kind of inconsistency identifies the terrorists.

51.  Defendant Frank Hewitt is a resident of the State of California and is a primary planner of the 911 conspiracy and the November 17, 2014 attempt assassinations of plaintiffs.  Frank Hewitt is married to Saleah Hewitt, the cell phone driver. Frank Hewitt also worked as a Morgan Stanley broker in San Diego in 2012 when the 911 conspiracy decided to kill both plaintiffs.  Frank Hewitt breached the Morgan Stanley computers as part of the 911 conspiracy.

52. Jonathan Hendricks is a resident of the State of California and is a participant in the 911 conspiracy and a primary planner of the conspiracy to assassinate plaintiffs on October 27, 2014 at the Social Security offices.  Mr. Hendricks was Janis

16

Kaighn's second social security lawyer.  Mr.
Hendricks is clearly part of the 911 Conspiracy.

53.  Lawrence J. Duran is a resident of the
State of California and is a participant in the 911
conspiracy and a primary planner of the conspiracy
to assassinate plaintiffs on October 27, 2014 at the
Social Security offices.  Mr. Duran is the
Administrative Law Judge in the social security
matter.  Mr. Duran was a Deputy City Attorney for
the City of Sacramento in 2011 while the plaintiffs
were being stalked, threatened, and attacked while
attempting to report crimes to the City of
Sacramento.

54.  Joanne Coyle a resident of the State of
Massachusetts and.is a participant in the 911
conspiracy and a primary planner of the conspiracy
to assassinate plaintiffs on October 27, 2014 at the
Social Security offices.   Joanne Coyle ran the entire
Social Security claim.  Joanne Coyle is a top level
multi million dollar outside contractor for the US
Army and Social Security.

55.  Dana Baker is a resident of the State of
California is a participant in the 911 conspiracy and
a primary planner of the conspiracy to assassinate
plaintiffs on October 27, 2014 at the Social Security
offices Ms. Baker was the State of California
disability analyst and social security claims
representative.  Baker implemented the step by step
meticulously detailed plan that was a diversion that
created a wild goose chase immediately prior to the

17

January 29, 2013 kidnaping by Joanne Coyle, the imposter doctor. Baker was abusive, authoritarian, and timed everything to coincide with the unavailability of plaintiff's social security lawyer.

56. There are many dozens of other identical events involving false reality fact patterns and constant interference with our lives. The 911 Conspiracy has inundated us with lawyers. 911 is a home town operation in Sacramento, San Francisco, and Phoenix, all three of which we call home. Our entire adult lives been surrounded by the conspiracy to overthrow the duly elected government of the United States.

## V. UNDERLYING FACTS

57. Jamal Kazemi was convicted of multiple strike offenses in 1990 in the State of Florida for the violent assault and battery of two Orlando, Florida police officers. Mr. Kazemi was sentenced to four years in State prison. The assault was violent, bloody, and received press attention. The California 'Three Strikes' laws counts offenses that occur out of state as long the matching California offense is a strike offense. These violent  assaults on law enforcement officers are strikes.

58. On or about June 19, 2002, the Sacramento County District Attorney filed three felony charges in People v. Kazemi; Sacramento County Superior Court Case No. 02F04980 including another strike offense for first-degree burglary.

18

Kazemi was found in his ex-wife's apartment, in violation of restraining orders, at 3:00 a.m., naked, with a can of mace, and demanding sex

59. Every District Attorney in California is required by law to charge all prior strikes and has no discretion whatsoever to do otherwise. A statutory procedure to "strike a strike" if deemed appropriate is available and is set forth in the California Penal Code. The Court file reflects that this statutory procedure was not utilized either by any party and there was no such motion by the Court.

60. The Court's minutes from Day One of Jury Trial held on May 15, 2003  state in pertinent part as follows:

> The People's motion to impeach the defendant, if he chose to testify, with a 1990 prior battery on a police officer was granted with the condition that only a felony conviction for battery may be mentioned and no mention of the police officer.

61. The Court minutes above are a true "smoking gun" that proves corruption, and the absence of any sort of mistake or legal explanation.

62. It is not possible for a prosecutor to file a People's motion regarding the admissibility of a piece of evidence at trial, yet fail to charge the prior strike allegations that are based on the identical

19

prior convictions.

63.  The Court file reflects that a "plea agreement" was reached in February 2004 and a sentence of probation entered the following month. The Deputy District Attorney in charge of the file and present in Court at sentencing according to the file was too young at the time to have undertaken a crime like this on his own.

64.  The sentence of probation for a third strike in Sacramento in  People v. Kazemi Sacramento County Superior Court 02F04980 was was illegal, contrary to the three strikes mandatory sentencing framework and is therefore void as a matter of law.  A void sentence can be attacked at any time by anyone with a sufficient "interest" in the matter.  There is no time limit on and Mr. Kazemi is subject to immediate re-sentencing forever.

65.  In August of 2011, Janis Kaighn was violently assaulted by Mr. Kazemi and became the strike four victim who would not have been harmed had a lawful strike three sentence been imposed.

## VI. TERRORISM  IN THE NEW CENTURY: THE 911 CONSPIRACY

### A.  The Terrorist Attack on the 2004 Presidential Election Occurred in Arizona

66  The "Official Story" on Arizona in the 2004

Presidential election has President Bush winning by 10%.   John Kerry lost by 111,000 votes.  Prop 200 passed by 210,000,  the percentages are "party line" in a state that wouldn't vote that way.  No Republican or Democrat of any significance supported the ballot initiative.  Prop. 200 got approximately 200,000 more total votes than other ballot initiatives.  We are looking at a fixed election. The election that was fixed was Prop. 200, and John Kerry's vote total had to match because adding 200,000 votes to the Presidential race would have been noticed.

| 2004 Presidential Election State of Arizona | | Proposition 200 Voter I.D.; Proof of Citizenship | |
|---|---|---|---|
| Bush | 1,104,294   54.7% | | |
| Kerry | 893,524   44.32% | Yes on 200 | 1,041,741 55.64 |
| Total Votes: 2,012,585 | | | |
| 2,038,069 | Total Ballots | No on 200 | 830,467 44.36 |
| 2,012,585 | President | | |
| 1,961,677 | U.S. Senate | | |
| | | Total Votes | 1,872,208 |

Other State Wide Ballot Propositions
 (In Thousands)

| Prop 105 | 1,681 | Prop 300 | 1,775 |
|---|---|---|---|
| Prop 104 | 1,683 | Prop 102 | 1,645 |
| Prop 103 | 1,666 | | |
| Prop 101 | 1,621 | | |
| Prop 100 | 1,710 | | |

21

67. Arizona's ten electoral votes have becomes the 'holy grail' of Presidential politics with the current "red/blue" map. If Arizona 'goes blue' then all of the 911 Coup planning would have already been defeated at the ballot box. Secretary of State John Kerry won the State of Arizona in 2004 and was therefore elected President of the United States at the ballot box.

68. The 2004 election changed the Democratic Party forever. After the 2004 election, the Arizona Democratic Party formed an Election Integrity Committee. The issue of the day is computer voting systems. The Arizona Legislature that used to be "more Libertarian" passed an automatic "hand count" ballot test of the computerized voting systems. In 2006 we worked with the Yavapai County Elections Department in Prescott Arizona on the first hand count. The hand count matched the computer in our test. Verification is the key to election integrity.

69. Proposition 200 contained two highly controversial laws related to elections. An anti immigrant fringe group sponsored a ballot measure that required proof of citizenship to register to vote, as well as voter identification at the polls. Neither concept had any political support or traction in Arizona. The Arizona Democratic Party and the Arizona Republican Party were both opposed. Democratic Governor Janet Napolitano, Republican Senator John McCain, and Republican Senator John Kyl were all opposed to Proposition 200.

22

70. Politicians seldom agree this uniformly across party lines anymore.  Proposition 200 was "hate legislation" that was intended to inflame and cause false and planted anti immigration sentiment throughout Arizona.   Arizona's political leaders from both Parties saw the truth in 2004 and said "NO."

71.  The purpose of the terror attack on Arizona was to cause Proposition 200 to pass and become law.  The intended purpose of the criminal conspiracy to pass Proposition 200 was to create the exact political disaster that Arizona has suffered. Arizona politics was poisoned and radicalized solely to prevent the state from inevitably voting for Democrats due to population changes.

72.  Arizona's ten electoral votes are critical to any Presidential election. An Arizona that votes for Democrats would "close the red-blue map" era of politics and force the Republicans to stop obstructing.  Democrats would own the White House if Arizona votes blue.

73.  The terrorist attack "hid" the fixing of the Proposition 200 election inside the Presidential election.  Secretary of State John Kerry actually won Arizona in 2004.  The Cabal is now fully in control of state government.  The actions of the Cabal harm the civil and Constitutional rights of the citizens of Arizona, including plaintiffs, in every aspect of the operations of state government.  There has been a coup in Arizona.  The Cabal claims that Arizona has

23

sovereignty over the Federal government.

74.  The co-opting of the Tea Party in 2009 was about more than just re-branding the Republican Party.  The libertarian wings of the Democratic and Republican Parties would have merged at some point if the Tea Party had not been co opted.  A potential coalition between Democratic and Republican libertarians is more than enough to explain why the Tea Party was co-opted and why the crackdown has been so fierce.   That is the kind of coalition that would result in re balancing the two Party system.  Some  "natural Republicans" that are currently Democrats would form the much needed moderate wing of the GOP.  Our system of government requires two strong Parties that do not create artificial shocks to the political system.

## B.  Morgan Stanley and the Role of the Media

75.  Government terrorism is dependent on controlling the media.  In World War II, the Media was on both sides of the fence. In those day, fascism was fairly mainstream.  The violence and seizing power made Hitler a terrorist.  Hitler's entire philosophy depends on control of the media. Government terrorist always have to lie, cover up murders of witnesses, and make up wild stories as part of the coverup.

76.  The 911 planners made a fundamental mistake and left many witnesses who were tipped in advance in the financial world.  A glorious but

intentionally false story was told to cover up the murder of Rick Rescorla, Morgan Stanley's Chief of Security.   Inconsistent evidence in the media always identifies the terrorists as the government and the media.

77.  The Morgan Stanley 911 facts explain how terrorists work.  The 911 terrorists made a fundamental mistake in planning this operation. There is always evidence left after every crime. The "scapegoats" must have some relationship to the evidence that is going to be found, and that evidence must point at someone that logically could be the terrorist.  Substituting Morgan Stanley for the "tipped" stock traders or Warren Buffet changes nothing in the terrorism fact pattern.  One financial professional changes places with another.  911 was sloppy in the planing.

78.  Morgan Stanley has a lot of 'apparent evidence' against it for 911.  Too much evidence is a clear sign of deception in terror cases.  The New York offices of Morgan Stanley  were empty that morning because of the advance tip and took a direct hit from the first airplane.  The "official story" of Rick Rescorla was widely reported and one article is attached as exhibit 1.  The false story is extremely detailed and is part of a murder cover up. Tragically, this is a typical gloriously embellished government lie after an inside job.

79.  Untwisting the truth shows how the terrorists use deception.  Morgan Stanley like many

25

others was "tipped" in advance about 911. Morgan Stanley evacuated. The government terrorist always needs someone to point the finger at if necessary down the road. Once the widespread nature of the advance tips was known, the Rick Rescorla case becomes an obvious murder and the terrorist act is an obvious inside job. The terrorist has to do everything right; we just have to find one mistake to catch them.

80. Those that got tips on Wall Street did exactly what the terrorists wanted them to do. They made trades and made millions of dollars. The widespread  money making was part of the diversion to try to cover up the money made by terrorists Warren Buffett and Larry Silverstein. The Wall Street trades are presumably illegal, but they are just  part of the deception. The people that made money in stock trades are not the real terrorists.

81. Terrorists always use diversion for the "fatal bullet." There is always a guaranteed close range killing in the plan. The airplanes did not cause the buildings to collapse on 911. The airplanes are another diversion away from the real cause of the towers collapse. This is how every terrorism case is analyzed. The guaranteed close kill for the World Trade Center Towers were the nuclear devices placed by these criminals.

82. 911 is not just the start of World War III, 911 was a nuclear event and we attacked ourselves with nuclear weapons.  They called it "ground zero"

26

for a reason.  Ground Zero is a phrase associated with nuclear explosions. This is a lesson for the American people in how "terrorist code" works. Ground zero was code for a nuclear event. Americans always knew that; we just didn't think our leaders were psychotic criminals and really that crazy.  The water features in the World Trade Center memorial exist to cool the nuclear material that remains on sight.

83.  The media is the most critical component of this Cabal.  The level of detail in the Rick Rescorla story is astounding.  Great care has been taken to put the even the small items in a false story that is part of a criminal cover up. Coordination was necessary between government and the media.  The Rick Rescorla case can finally put a stop to collusion between media and government in these cases.  Rick Rescorla proved Media complicity throughout the last 75 years.

## C. Israeli Politics

84.  Benzion Netanyahu was Benjamin Netanyahu's father.  He was one a leading 'activists' in "revisionist Zionism."  The revisionist Zionists were the driving force behind a separate state of Israel.  The revisionist Zionists claimed to be more 'liberal' and more tolerant of Arab neighbors than the hardliners.  The 'revisionists' are also the political ancestors of Menachem Begin.  These are the political roots of Israel's Likud Party.

27

85. Benjamin Netanyahu gave his terrorist roots away in 2006 when he publicly celebrated the 60 year anniversary of the King David Hotel terrorist attack.  Menachem Begin was the terrorist that bombed the King David Hotel in July 1946 killing 91 civilians.   Americans that thought Begin was a liberal found out something different in 1977 when he became a war hawk Prime Minister.  The "revisionist Zionists"try to distance themselves from the terrorism practiced since 1897.  The revisionists always had the exact same goals as the hardliners and the same national policy was carried forward. The "two party" system is just a show cover to hide the truth from Americans.

86. Israeli politics is only for American consumption.  Israel has been in a state of martial law since sovereignty was granted.  The history books say that the Prime Minister's older brother Jonathan Netanyahu was the only Israeli soldier killed during the well publicized Uganda hostage rescue in 1976.  The "Official Story" has one soldier turned into a national hero during a daring and highly impossible rescue attempt back in 1976. Legend says that Israel lost a future leader to terrorists opposed to liberal democracy.  History now shows that Entebbe was an inside job.

87. Jonathan Netanyahu was assassinated over the same political issue that still haunts the State of Israel.  Jonathan Netanyahu's personal letters were publicly released in 1980.  A December 1973 letter to Benjamin Netanyahu contained the

28

reason for the later murder of Jonathan Netanyahu. The older brother did not want Israel to be a temporary country shackled by the holocaust lies. He did not want the Jewish State to be a "brief and transient episode" in Jewish history.

88.   Jonathan Netanyahu's murder in 1976 is an important part of history.   The following year Menachem Begin became Prime Minister of Israel. Begin was thought to be a 'liberal' in Israeli politics. Begin presided over the "the consolidation of power" that formed the Likud Party in 1977.   The Likud Party is a dictatorship that replaced the dictatorship of the David Ben Gurion generation.   Jonathan Netanyahu needed to be dead before the 1977 Likud Party was formed.

89.   Jonathan Netanyahu reflects the struggle of moderate Jews throughout the world.   The moderates that did support the creation of the Jewish State never supported permanent war.   The moderate older brother is assassinated so that the younger brother can become the modern re incarnation of Adolph Hitler.   Jews killing Jews to protect the holocaust lie is Israel's national policy.

## D.  The Assassination of President John F. Kennedy

90.  *A still alive Adolph Hitler personally ordered the assassination of President John F. Kennedy and the fatal bullet was fired from point blank range by a Secret Service agent.*

29

The State of Israel and Israeli founding father David Ben Gurion were directly involved in the planning of the Kennedy Assassination.  Ben Gurion unexpectedly stepped down as Israel's Prime Minister just a few months before the assassination of President Kennedy during a dispute over nuclear development.

91.  Today, there is world wide pressure on Israel to admit to the holocaust fraud.  ***The Zionist Jews asked Hitler for the holocaust.***  Jews world wide either knew the truth or figured out the truth.  History is clear.  World War II was a set up and a fraud.  Most wars are a set up of some sort.  The Kennedy Assassination became the junction in history where the secrets of the past are buried along side of the secrets of today.

92.  President John F. Kennedy knew that he would be assassinated  before he ever took office.  President Kennedy faced an entirely different set of political circumstances than exist today.  There was nothing President Kennedy could do.   Compared to today the Country was 'young and fragile' even in 1960.   The concept of a ' coup' in the United States today is preposterous.   In the 1940's many Republicans thought that Franklin Roosevelt  had been in office too long and that a coup had already occurred during 1930's.

93.   President Kennedy had no choice but to stay silent.  President Kennedy would have been killed sooner if he told the Country that  Hitler was

alive, and the result could have been worse.   Back
then a consolidation of power like the one we see
now might have worked.   This case will end this
nonsense forever by striking down the foundational
laws that were railroaded through Congress after
the September 11, 2001 terrorist attacks.

94.  Marilyn Monroe is the original source of
the information that finally leads the Country to
answers and explanations.   Marilyn Monroe was
first person assassinated because of "the secrets."
The was substantial evidence of foul play and it was
never an accidental death.  Marilyn found out that
Hitler was alive during the time that she was
married to Arthur Miller.  Miller  was not a
communist  as widely reported, he was a Nazi.
"Communist" has always been terrorist code for
"Nazi." The red scare and the Joseph McCarthy
hearings were an intentional cover up of the Nazi
infiltration.  The partisanship is evident.

95.  Marilyn Monroe was very intelligent and
played role of counter terrorist.  The relationships
with the Kennedy's were professional and the
counter terrorist deceptions were the official stores
that the press about affairs.  She could get access to
the President without interference from the Secret
Service.  She was killed two months before the
Cuban Missile crisis.  She also knew Khruschev and
would have been an asset to President Kennedy
during the Cuban Missile Crisis.

96.  The Cuban Missile Crisis  "official story"

31

has the United States and the Soviet Union on the brink of nuclear war.  In fact, Hitler was pulling a terrorist con job on both the United States and Soviet Union.  Kennedy had to sneak a note to Khruschev that a deal needed to be made because the Russians had supposedly confirmed Hitler's death by suicide.  The Cold War can also be described as Hitler disrupting most of the world.

97.  The obsession that continues today over Marilyn Monroe shows how important she is to this case and it also explains more about the Media role in government crackdowns. The Media has been largely owned by Jewish Billionaires for many decades but these Jews are also Nazi's.  Books are still being published by the Billionaire publishers to create confusion and bolster false trails.  Marilyn knew all the secrets of Hollywood and she is still running a counter terrorist operation against the billionaires all these years later.  Her movie credits will tell a lot more of her story.

**E.  Understanding Terrorism**

98.  In terrorism cases there is a triggering event that is separated by time from the terrorist act.  The assassinations of the 1960's all had apparent underlying reasons that turn out to be 'part of the deception' of terrorism.   The easy answers are that Dr. King's murder was racially motivated, Robert Kennedy was killed because his brother was killed first, and President Kennedy had too much charisma.

32

99. Terrorists succeed by having alternative explanations that seem reasonable. The terrorists want us to see the similarities with the 1960's and draw the same incorrect conclusions. In political assassinations, the second victim is the United States and the people of the Country. The purpose is to inflict suffering on the people that have lost a leader that had achieved the level of respect and admiration that President Kennedy, President Obama, Dr. King, and Hillary Clinton have all achieved.

100. There are only two reason for War. The first is to consolidate power and the second is to make money. As counter intuitive as it may seem, destroying the country or the economy, makes the billionaires even more money. That is how power gets consolidated and wealth over concentrated. New York City, San Francisco, and Los Angeles are known to have become more "gentrified" because of wealth concentration. The gentrification is said to be the result of technology. This is backwards and it must be 'untwisted.' In terrorist talk, gentrification is 'code' for the crackdown.

101. The most common credible estimate of the actual holocaust number is approximately 2 million Jews murdered during a holocaust that Jews wanted. Those two million people would be the moderate Jews that did not support the creation of the State of Israel. The purge began during 1930's (or earlier) and continues for reasons that are 100% related to the holocaust fraud. Israel's political

33

reality has always been the same.  They can never tell the truth about the holocaust and survive politically.  Zionist Jews and Hitler conspired  to ethnically purify everyone by agreeing to the slaughter of innocent people in order to get the votes needed to create the State Israel.  It was always 'Jews against Jews.'

102.  Modern terrorism is all about the holocaust and the political reality that Israel cannot survive telling the truth.  The United States can admit the truth about World War II and move on. The American people will learn how terrorism really works and the United States will never be able to pull another inside job. This case teaches everyone how to recognize the true terrorists.  The airplanes did not knock the buildings down and the American people will learn how the terrorists use diversion.

103.  Many countries admit to their past crimes approximately 75 later and WWII is about due for the truth.  Israel is different and this issue is different.  The moral outrage that created Israel was the holocaust.  Politically, this lie is like no other 'sovereign lie' that any country has ever seen.  Israel cannot admit to this lie and still be politically viable or credible in the Middle East as a permanent Hitler with nuclear weapons.   Admitting the truth about the holocaust and complete complicity with Hitler throughout the assassinations of the 1960's will be the end of the State of Israel.  Every moral basis used to justify the creation of the Jewish State has been the same lie as the holocaust.  The American

34

people will never forgive Israel for 75 years of deception.

104.  We are witnessing a classic long term purge of moderate Jews and Democrats.  Janis' father was in a concentration camp so we now know that there is a "list" of holocaust descendants.  The moderate Jews that did support the State of Israel and looked the other way and tolerated terrorism during early years, saw the 1967 Six Day War as proving that Israel was no longer at risk.  The permanent state of war that had Israel moving the capital to Jerusalem was a "terrorist act."  The purpose was to humiliate and show control over the Palestinian population.  Moving the capital to Jerusalem sent a message to many Jews that Israel wanted to cause trouble in the neighborhood.

105.  We have clearly identified the terrorist pattern of political assassination.  This is the identical pattern from the 1960's.  On January 8, 2011 former Congresswoman Gabrielle Giffords suffered catastrophic injuries in an attempted assassination.  The motive is the same motive causing other Democrats with Jewish ancestry to be targeted.  Gabrielle Giffords is half Jewish .  The motive for attacking us is the same, plaintiffs are both born  Jewish,

106.  President Obama has the same kind of appeal as President John F. Kennedy. Both President Obama and President Kennedy reflect an idealistic and optimistic future.   Terrorists combine

35

motives to hide the true motive.  President Kennedy
was assassinated for his potential as a leader but
there is a more important terrorist motive.

107.  The intended victim of the assassination
is the United States and the terrorized population
that lost a leader.  The analytical mistake of the
1960's was not realizing that political assassination
is a form of terrorism with the country as the victim.
President Kennedy was marked for assassination
before he ever took office.  President Obama will
leave office with several more wars in addition to the
two he inherited that he promised to end.  He
increased troops in one war and Americans have not
gotten their Constitutional Rights back.  Benjamin
Netanyahu is a constant presence.  We get the
picture.

108.  Hillary Clinton and Barack Obama will
be forever tied together in history because of the
2008 campaign. Both are historic figures in the
Democratic Party, and Hillary Clinton is likely to be
elected President in 2016.  The Kennedy parallels
continue and are obvious.  Hillary Clinton is the
modern metaphor for Robert Kennedy.  Robert
Kennedy was assassinated for the very specific
purpose of giving the Secret Service full control of all
future Presidential candidates.  Democrats are now
targets again just like the 1960's.  The criminal and
military justice systems must deal with these
terrorists.

109.  Janet Napolitano, the former

36

Democratic Governor of Arizona and Secretary of Homeland Security under President Obama is also one of the targets.  She has  Jewish ancestry and is currently dealing with a "false flag  set up" involving the same issues.  She knows too much from her four years as Secretary of Homeland Security.

## F.  The 1930's and the Role of the Federal Reserve

110.  Jews know what NAZI means.  NAZI = NA + ZI.  NA stands for Hitlers National Socialist Party.  ZI stands for the Zionist Jews.  The Nazi's and the Zionist Jews have always been one and the same.  Zionism is a small radical criminal terrorist fringe element of the Jewish religion.  Hitler was a terrorist and should not have been trusted.   The entire plan all along was for Israel to be the continuation of Nazi Germany.  These criminals still love initials.  Today  ISIS = IS + IS and  Means Israel in Syria.

111.  The  Federal Reserve Act of 1913 is the fundamental source of all of the economic imbalance and political upheaval that occurred since 1913.  Economic imbalance causes problems in the political arena.  The 1913 supporters of the Federal Reserve spent decades lobbying for some a form a Central Bank and then passed a Federal Reserve that is privatized.  Article I, Section 8 of the Constitution does not grant Congress the authority to create the Federal Reserve.  The Federal Reserve has caused nothing but problems and legal headaches

throughout it's 100 year history.  There is an obvious parallel.  100 years of Israeli terrorism and the same 100 years of Jewish bankers owning interests in the Federal Reserve proves the point.

112.  President Franklin Roosevelt told the worst lie in American history about World War II. The outcome of the war was negotiated in advance, not just the holocaust.  Hitler agreed in advance to lose the war.  The Americans and British would get political support for the creation of the State of Israel from after the War.  German elites would be spared and would be allowed to leave the Country. The United States fought a war that we did not understand.  Hitler had agreed to 'lose' but was fighting a terrorist war that no one noticed.  A reunification process for Germany was planned in advanced that no one was supposed to know about.

113.  Hitler infiltrated the United States before WWII was even over.   President Roosevelt's secret made him a target.   President Roosevelt did not die of natural causes.  There was evidence of poisoning and the truth was never told.  Since President Roosevelt was dying anyway, the cause of death was not questioned.   Franklin Roosevelt would never have believed a Hitler suicide story, and Hitler knew that.   President Franklin D. Roosevelt was assassinated by poison so that Hitler could escape.

114.  The  only two reasons to go to war are to make money and consolidate power and both

38

Roosevelt and Hitler know that to be true.  They made the 'dirty deal' for the same reason.  The goal was to create stronger economies.  They both succeeded by that metric.  Post WWII saw both the United States and Germany build super power economies.

115.  Reunification of Germany wasn't supposed to take 50 years, but far too many people knew the truth about WWII and the holocaust to attempt reunification earlier.  Reunification finally occurred in the 1990's because the Berlin Wall had already come down and the lack of reunification of Germany was starting to look out of place and suspicious to the world.

116.  Wars make money for the governments, billionaires and the International Bankers.  The Federal Reserve finances both sides of every war and always has.  Roosevelt had an economic depression that created same rebuilding  environment in the United States that Hitler created through his terrorist chaos.  Both Roosevelt and Hitler were politicians and they both long term plans.

117.  Understanding the 1930's requires separating history from politics.  The official story says that the New Deal was the idea of a liberal Democrat named Franklin Roosevelt.  The Democratic Party is referred to as the Party of the New Deal. The Democratic Party of the 1930's was not liberal at all.   An honest look back at the politics of Adolph Hitler and Franklin Roosevelt shows far

more similarities than differences.  Roosevelt and Hitler had parallel careers.  The New Deal was a consolidation of power.  Politically FDR and Hitler needed each other.  Both Hitler and Roosevelt used World War II to build the economies of both countries and maintain power and the ideology of large centralized government funding private corporations is the same.

118.  The New Deal is not liberal, it is fascist. The New Deal created private ownership of private corporations with government money.  Privatization has the effect of concentrating wealth not spreading wealth.   Hitler seized power after the 1933 Reichstag fires, and Roosevelt ran for four terms as President. Volkswagen AG is an example of a German company still doing world wide business that was started during Hitler's Nazi Germany.  The same concept was used in New Deal corporations. The German people still have an ownership in Volkswagen and the rest is privately owned.  It is the same business model, both are fascist.

119.  The economic base of both the  United States and Germany grew substantially during after WWII.  The two American political parties traded ideologies between 1932 and 1945.  The Conservative Democratic Party with a fascist New Deal turned into the 'liberal' Democratic Party as demographics shifted, and the Republican Party that was the chosen point of "Nazi infiltration" took off running as the only Conservative Party.

120.  The New Deal is called liberal only because of the voting coalition that Roosevelt put together.  The FDR coalition is still the core voting coalition of the Democratic Party but the Democratic Party of today would never tolerate the New Deal. World War II needs to be understood as "cousins fighting cousins."  The Democrats of the 1930's became today's Republicans and new German cousins joined the Republican Party.  The Democratic Party became the natural home of the more liberal voter.   We had two conservative parties prior to WWII.

## VIII.  PURSUED BY THE 911 CONSPIRACY

### G.  The Iran Terror Plot Revealed

121.  We have been living inside the 911 conspiracy.   We know or know of the California lawyers that are playing "terrorist."   This case has been about plaintiffs individually and collectively. The terrorist's obsession with Janis seemed over the top and very out of place.  The Israeli shadow government had the answer.  Janis is on a list of "holocaust survivor descents."  Her father was in a concentration camp. Evidently all Jewish American are tracked.

122.  Janis and Greg met near the end of 2010.  Greg has been tracked by the 911 conspiracy since 1994.   Janis can trace this conspiracy back into the 1990's.  Greg lived in Arizona from 2003-2008, Janis was in Arizona from 2006-2008.

41

Plaintiffs coincidentally, separately returned to
Sacramento from Arizona in the Spring of 2008.

123.  Janis' father passed away in March
2008 and she has never gotten a reasonable
explanation of the facts surrounding his death.
These events were orchestrated by the same 911
conspiracy.  There are many private "American
citizens" that are enlisted to do the bidding of the
Israeli's.  World War II was Jews killing Jews.
Hardline right wing Zionists are still killing
moderate Jews 75 years later.   Janis' father was an
anti war holocaust survivor Jewish Democrat that
knew his politics.

124.   Greg was being encouraged to leave
Arizona in not so subtle ways.  Former Arizona
Attorney General Tom Horne was the State
Superintendent of Schools in Arizona in 2007.   The
public schools started causing major problems in the
Spring of 2007.  It should have been obvious that
Sacramento would be our destination. Political exile
from Arizona landed Greg in the middle of the 911
conspiracy that leads directly back to the same
Arizona Republicans that needed Greg out of the
way.  When Janis and Greg later met and fell in love
the reaction was severe.

125.  Janis has been under the 'coup' since
approximately 2000 and before September 11, 2001.
This was the beginning of Israeli harassment for
Janis.  Janis was not personally recruited until 2008.
The people on the "hit" all need to be dead before

Israel can pull off the final Iran job.  Janis' father became expendable because holocaust survivors are already on the 'hit' list.

126.  The Israeli's kept track of Janis by making sure that she ended up at the apartment complex owned by the 911 conspiracy.  When Janis traveled to the Middle East in 2009, the recruiting started.  A holocaust descendent that has traveled in the Middle East, is born Jewish, and self identifies as Muslim is a rare commodity that Jerrold Petrofsky and Israel recognized.  The entire Petrofsky family and half the legal profession became obsessed with Janis for that reason.

127.  An Israeli agent found Janis in August or September 2009 while she was in Jordan.  Mr. Kazemi knew which country because he and Janis were neighbors.  Sometime in 2010 Janis spoke to Jerrold Petrofsky once on the telephone.  She has seen him a number of times, and I've seen him once or twice.  She was not aware of any of this until we put the pieces of the puzzle together.

128.  Afsaneh Kazemi Petrofsky was more obsessed with Janis than her brother Mr. Kazemi.  Half of the evidence in the restraining order trial was from her.  A restraining order that will never be enforced should not have generated any of this.  This could easily have been settled before we learned everything.  Petrofsky, Netanyahu, Cheney and crowd wanted to make an example out of Janis and me and they picked this fight.  They all wanted this

43

fight and let their personal jealousies interfere with reasonable judgement.  There were plenty of personal jealousies to go around.

129  Jamal Kazemi was the apartment manager where Janis lived from 2008-2011. He lived directly up stairs.  Janis and Mr. Kazemi were neighbors, friends, helped each other out (as did other neighbors), knew each others kids, and casually dated for a short time.  His apparent dark side was using the Apartment Complex as way of taking financial advantage of single female tenants. In three years Janis was never given any kind of written agreement.

130. Thomas Lucido is Janis' ex husband and he been involved throughout the time frame of August 2011 to present. Mr. Lucido has stalked and harassed Janis for years and he came extremely close to getting arrested in Court in Sacramento on February 2,  2012, but it was an 8 year old assault. Mr. Lucido knows too much not to be someone's agent.  This case started 7 years after the divorce. Going back into the 1990's, Mr. Lucido has been to able to access a special favors system in Sacramento that must be this conspiracy.  Mr. Lucido was constantly seeking information about Janis' family. Janis thought he was after money but it now is obvious that information was the objective.

## H.  Adolph Hitler's Last Terror Plot

131  This is all about Iran.  We not only stop a

44