war with Iran, we expose the truth about 1979, the Iran Hostage Crisis, and the Islamic Revolution. The Iran plot started in 1975 when Dick Cheney arrived at the White House under President Ford. The Republicans planned for the current political wasteland all along.   The Iran War and the 1979 Iranian Revolution was Adolph Hitler's last plan.

132.   Israel's hoped for future war with Iran has been a planned set up since the 1979 Islamic Revolution. The orchestrated hostage release was obvious then.  GOP fingerprints have always been all over the Iran hostage crisis. The Ayatollah  was brought back to Iran during the Carter Administration.  The facts about Israeli terrorism has been learned through hindsight.  History has proven that CIA fingerprints are Israeli fingerprints. GOP fingerprints are Israeli fingerprints.  President Nixon was set up by the Hitler and the Israeli's in Watergate.   Watergate cleared the field way for Dick Cheney become  White House Chief of Staff in November of 1975 for President Ford and he brought Adolph Hitler's last plan with him.

133.   Israel's plan for the next war includes Iran winning the war and wiping Israel off the map. Magic!!  Holocaust problem solved.  This is Israel's only way out of the holocaust lie.  Double down, do it again.  The poor oppressed Jewish people will be slaughtered in another ethnic massacre reminiscent of the first holocaust.  After another six million allegedly die, the remaining group with no moderate Jews left alive will come to America. This is exactly

45

what Hitler did in WWII.  The only thing missing is someone to be inside Iran to negotiate the next holocaust or set the false flag.

134.  Plaintiffs interrupted the Iran War by falling in love. The 911 Conspiracy wanted Janis and her daughter Nina to 'join the family.' A holocaust descendant that has traveled in the Middle East, is born Jewish, and self identifies as Muslim is very rare.  The 911 Conspiracy intended to use Nina to blackmail Janis if necessary. A holocaust descendent that has traveled in the Middle East, is born Jewish, and self identifies as Muslim must be so rare that the 911 Conspiracy risked everything.  The notion that Janis would ever agree to cooperate with people we know as stalkers, street criminals, and terrorists is delusional.

135.  The Book of Esther in the Bible was the script for Janis Kaighn.  Esther is also Ishtar, the ancient Babylonian goddess of love, sex, war, and fertility.  A Jewish girl is brought to Iran, marries the King and becomes the Queen of Persia. The Persian Queen Ishtar with blond hair and blue eyes saved the Jewish people from genocide. Ishtar/Esther is the love goddess of Jews, Christians, Muslims, and Persians.  Janis was supposed to be Ishtar in the Iran War Plot. *Ishtar is also Isis.*

## I.  911 Mastermind Jerrold Petrofsky Hijacks Social Security

136.  We live under the threat of deceptive

46

illusion every minute of the day and have no way of knowing when or where the next false stage will be. Any sort of illusion disrupts the senses, and the purpose of any illusion is that disruption.  Things like kidnaping or false imprisonment are physical crimes that also have a mental component.  We have lived in a parallel universe for four years.

137.  Jerrold Petrofsky meticulously planned even the smallest details of a wild and brazen scheme including the terrorist attack on social security.  The themes of control, authoritarianism, humiliation, were always there.  Petrofsky's life has been borrowed from someone else and everything he does is from a movie script.  Nostredamas was the script for 911.  He and he wrote and planned this conspiracy as a living movie script that constantly controlled our lives.  Petrofsky put much more effort in to the terrorist attack on these two private citizens using Social Security than he did for 911.

138.  The Social Security terror plot had two scripts.  The text messages that were in evidence in the 2012 trial (and available again if needed) contain the key themes that were used throughout the last four years.  The threats, themes, and words were repeated by the conspiracy participants.  The plot of the movie script used to terrorize plaintiffs comes from the life story that Jerrold Petrofsky stole from someone else.  Sleeping with the Devil is the name of the movie made about the 1980 shooting of Barbra Piotrowski in Houston Texas.  Ms. Piotrowski was shot four times from point blank

47

range and paralyzed in an assassination attempt.

139.  The Barbra Piotrowski shooting receiving national attention.  The case facts were extreme and issues related to the protection of domestic violence victims drew public attention. Petrofsky received substantial publicity because of the Janni Smith hoax.  The assailant was allegedly hired by her ex husband Richard Minns.  Minns was a well known artist and competitive body builder. Minns fled the country  and was hiding out in Europe for years until caught and returned to the United States.

140.  The similarities between the Piotrowski shooting and Plaintiffs lives are striking.  Barbra Piotrowsky sought help from law enforcement many times.  So did we.  Barbra Piotrowski was set up by the police and so were we.  Barbra Piotrowski was a domestic violence victim and so is Janis.  Barbra Piotrowski was also a beautiful blond woman, another match.  Jerrold Petrofsky stole Barbra Piotrowski's identity, just like he stole Janis social security number.  Barbra Piotrowski was shot four times during an attempted murder.   Petrofsky has tried to kill plaintiffs twice.

## J.  The October 27, 2014  Conspiracy To Assassinate Plaintiffs Janis Kaighn and Gregory R. Kaighn

141.  Janis Kaighn's social security disability claim was filed on or about September 20, 2012.  The

48

disability date was early July 2009. The condition is a lower back injury with other complications. The last employment was at Sam's Club where regularly lifting of 70 pounds at a time under working conditions is required. She injured her lower back and also aggravated a separate pre existing vascular condition.

142. The lower back condition appears on an MRI. There is no dispute over the diagnosis of degenerative disc disease. SSA agrees that the condition is disabling. The legal dispute is limited to residual functioning capacity. The case would fall within an "automatic provision in the Adult Disability Definitions" except that there is no visible spinal cord pinching on the MRI. The reason though is that Janis has a congenitally "short spinal cord" that the MRI clearly shows. The spinal column starts to taper off after L-4-L5 instead of after S1-S2. The disc at L4-L5 is 'not really a disc.' This is the location of the injury.

143. The Social Security Claimants Report, Third Party Adult Report, Physicians Reports, and Employment Report all arrived in the mail separately over a period of a few days. The physicians report demands went directly to Janis' doctor. A second round of the same forms a week later created confusion. We now know that there were two files from the beginning.

144. January 14, 2013 is the date of the first notice of a psychiatric evaluation. The same notice

49

is sent again on January 18.  Second rounds of the
same claim forms were also sent. It was obvious that
Janis was being 'jammed' with paperwork.  Janis'
lawyer was Betsy Alberts, a social security specialist
that Greg knows.  Dana Baker, the State of
California Disability Analyst knew that Attorney
Alberts was out of town and unavailable due to a
personal matter.

145.  Dana Baker railroaded the entire claim
over a two week period and did so while Attorney
Alberts was unavailable.  Baker refused to allow any
time extension and was authoritative in every
communication that Janis had with her.  Janis
suspected this terror plot from the very beginning
because she knew these terrorists better than Greg
did.   Terrorism is always easier to analyze in
hindsight.

146.  The January 14 notice states as follows:

Your claim for disability benefits under
the Social Security Act has been
reviewed and more information is
needed about your condition. Therefore,
it is necessary that you be examined, at
NO COST TO YOU, by:

MDSI PHYSICIAN GROUP 1010 HURLEY
WY STE 490 SACRAMENTO CA 95825

An appointment has been scheduled for
you on: 01/29/2013 at 11:20 A.M. for a

50

mental exam. Our agency will pay only
for the authorized examination or test
and for certain related travel expenses.

147.  Baker's January 14 letter continues,

Since this examination is at no cost to
you, please do NOT agree to any
arrangement that would require
payment from you or any other agency
(such as using your Medi-Cal Benefit
Identification Card).

The enclosed leaflet provides
information on why a special medical
examination is needed and what your
and the doctor's roles are in providing
this evidence to us.

If you have been sent to a medical or
mental evaluation for a Medi-Cal
disability claim within the last 6
months, please call me immediately at
the number below

148. The Special Instructions document
referenced above states in pertinent part as follows:

SPECIAL INSTRUCTIONS FOR
CONSULTATIVE EXAM

Please note that all Saturday, Sunday, and

51

evening appointments are correct.  This
examination may take up to 2 hours or longer.
Please report to the examination 15 minutes
prior to your appointment time.  Due to
limited waiting room space, no more than one
person should accompany you to the exam.

IF YOU MISS YOUR APPOINTMENT,
THE DOCTOR WILL NOT
RESCHEDULE.
PLEASE BRING A LIST OF THE
MEDICATIONS THAT YOU ARE
TAKING. DO NOT BRING THE
ORIGINAL CONTAINERS AS
INSTRUCTED IN THE ATTACHED
LETTER.

Please bring a Photo ID with you to the
examination.  Please note that
rescheduling this appointment could
result in a significant delay in the
processing of your claim.

149.  When Janis questioned the SSI nature of
the mental exam Baker became hostile to both Janis
and Greg. Baker made a point of dragging Greg into
a legal matter than Greg was not handling and for
which Janis had a specialist. Greg was required to
make an existential claim decision as part of what
turns out to be a murder plot.

150.  Baker turned the last two weeks of
January 2013 into a 'wild good chase' of deception.

52

This was a carefully crafted meticulously orchestrated planned conspiracy that included minute details coordinated together.  Baker's goal was to destroy the attorney client relationship and force Janis to eventually end up with a social security lawyer that will "play ball" with the 911 Conspiracy.  Baker claimed that the first set of claim forms had not been received by Social Security.  She demanded completed forms before the January 29, 2013 mental exam that she would not postpone.

151.  The psychiatric evaluation was set for January 29, 2013 at the MDSI Physician Group on Hurley Way in Sacramento.  Baker required Janis and Greg to submit new  Claimant and Third Party forms again that necessarily required information was at Attorney Albert's office in Yuba City, California.  Yuba City is approximately 60 miles north of Sacramento and takes more than an hour to drive the distance one way.  Baker forced Janis and Greg to make demands of Janis' own attorney's staff while the attorney was on vacation.  The intent to destroy the attorney client relationship that Janis had with someone that Greg trusted is very clear.

152.  A review of the paper trail shows the level of meticulous detail.  Claim forms are generally submitted by fax with an authorized cover sheet.  In fact, Baker received both sets of claim forms, one for each of the two files.  The time stamps on the faxes show the 'wild goose chase.'  The second set of forms that Baker claimed to urgently need was faxed to Utah, not California. The entire week prior to the

53

January 29, 2013 mental exam was spent on an
exhausting and traumatic "terrorist attack" on Janis'
social security claim and her attorney client
relationship with Attorney Alberts.

153.  Social Security cases are all rigged in
advance.  SSA uses a litigation trick involving expert
witnesses who "rely" on each other and then piggy
back their way through the entire case.  The process
starts with a "psychiatric" expert report that is not
needed in the first place and contrary to the law.

154.  Without an expert report, the entire
claims process is completely non existent.  Social
Security takes the one expert report and then
generate every other expert witness conclusion by
relying on the hearsay document from the
psychiatric evaluation.  This is why someone with a
low back injury is always sent to a medical exam.
The intention is to create the start of the false
evidence trail.

155.  The entire Social Security claims process
and the regulations used come from section 416 of
the Code of Federal Regulations for SSI and not from
section 404 of the Code of Federal Regulations for
Retirements, Survivors, and Disability.  Janis
clearly applied only for income based disability and
specifically excluded SSI  because we never qualified
for SSI and we knew we were getting married soon.

156.  The legal analysis derives from the legal
requirements of a Consultative Evaluation or CE.

54

CE is authorized by regulation for SSI claims only and not for SSDI claims.  The required report is very detailed and the requirements for the report are specified by category.

157.  The result was the imposter doctor, Joanne Coyle, a U.S. Army/Social Security trained interrogator.  Joanne Coyle is from Massachusetts not California and she is not a doctor.  She was easily identified playing three different roles in the claim file.  She never wrote an expert Consultative Evaluation report, yet the "medical experts" relied on her non existent written report anyway.  The claim file shows an intention to rely on that report before knowing what it says.

158.  Joanne Coyle never attempted to conduct a mental exam of any kind.  The purpose of the "mental exam" was to interrogate about the same sexual innuendo that the 911 Conspiracy used in the restraining order trial.  The goal was to force Janis behind a locked door in a small room from which she could not escape. There were multiple suggestions of suicide and prostitution. That combination was a test of Janis' willingness to work for the terrorists. For whatever reason, the terrorists identified Janis as a person that could actually be the trigger for the Iran war.

159.  Terrorists always have multiple goals. These terrorists were obsessed with "breaking up Janis and Greg." That obsession is more important to the terrorists than the secrets that this lawsuit

55

reveals. The goal was to inflict pain on Greg as he watched the legal system harm Janis. The goal was also to make Janis not trust Greg in this legal matter. The only way to get away with this crime was to break up Janis and Greg. As is turns out, breaking up Janis and Greg was the terrorists fastest route to the next war with Iran. The terrorists wanted to "trigger" Iran years ago to avoid the politics of peace.

160. The October 27, 2014 administrative hearing process with Mr. Duran would have both Janis and Greg surrender their freedom and be behind locked doors with the same people that had already kidnaped Janis. Mr. Duran was going to be 400 miles away on a video screen. The date, time, and location were known to these criminals that turn out to be 911 and Hitler conspiracies. We know that we are on an assassination list. The 911 Conspiracy plans to kill both plaintiffs because we foiled the only believable Iran plot.

## K. The November 17, 2014 Attempted Assassinations Of Janis Kaighn and Gregory R. Kaighn

161. On November 17, 2014 at approximately 4:25 p.m. JANIS was rear ended while stopped at traffic light. She was hit by a cell phone driver who so admitted while getting out of the car. The driver immediately said that "she was on her maps app" and that it was legal for her to have been on the

56

maps app.  She was holding the phone up to show.
There was significant crush  damage to the front end
of the other car and the our car took the impact near
the top edge of the rear bumper and through the top
of the bumper.

162.  The crash sheered off the bumper casing
and the energy from the crash was transferred to the
hard shell of the rear trunk.  The safety zones that
are supposed to crush to protect the driver did not
crush.  Janis' body absorbed most of the energy from
a very violent crash.   Six ruptured discs in the neck
and upper thorasic regions are confirmed on an MRI.

163.  The CHP officer was clearly in on the
terrorist game. There was no regard for Janis' safety
or injuries by law enforcement.   The CHP officer
refused to even give Janis or Greg the drivers license
number of the cell phone driver.

164.  The "physics" of the crash are
outrageous and prove the case.  Hewitt was driving a
rented Volkswagen Tiguan and plaintiffs car was a
Volkswagen Jetta.  When a front bumper of a Tiguan
collides with the rear of a Jetta the crash should
produce an "under ride" pattern.  Hitting the brakes
would dip the front end of the rear vehicle enough to
cause the under ride.  Instead the crash produced an
"over ride" which means no brakes were applied.

165.  The front VW  emblem of the Tiguan left
an impression on the rear license plate of the Jetta
thus proving the "over ride" nature of the crash.

57

Hewitt should had major injuries if she was really on a cell phone. A cell phone explains the over ride but not the lack of injuries. She was very ready for that crash to occur because she is a murderer. Making things look like an accident is a very common tactic of these terrorists.

166. Hewitt stated that she was on her way to an event in Midtown Sacramento at the time of the crash. The only "event" for that night was the Sacramento Chapter of the University of San Diego School of Law alumni reception. The likely match is Karen P. Hewitt, the former U.S. Attorney for the Southern District of California in San Diego is an alumni of that law school and would potentially have been in Sacramento on November 17, 2014.

**L. The Imposter Judge**

167. A set up of some sort was obvious when we first walked into Department 88 on July 16, 2015. There was nothing to indicate whether or not the Judge was a full Superior Court Judge. There were no written waivers and they knew we would not stipulate to a allowing a Court Commissioner to proceed.

168. Commissioner Brody interrupted a legal argument almost immediately after it started. The interference was "timed" and was done with the intent to manufacture an "in-court" verbal shouting argument that would result in Sheriffs Deputies making the arrest that the Israeli's so desperately

58

want.

169. A real Judge would have "just ruled" at a hearing like that.  The scene was very staged and Judges do not allow street level trash talk personal insults to be substituted for legal arguments.  It was completely blatant, amateurish, and used all the major 'buzz' words in the case.   The unprofessional tactics were a giveaway.

170. Commissioner Brody finally relented and admitted the truth about his Judicial status. He did not care about the optics at all or what we saw.  The 'Judge sign' was hidden, turned around, and sitting on a narrow piece of the wooden molding of the Judge's Bench.  The back of the sign was visible though.   We tried to leave the hearing because of the danger and not wanting to be arrested or killed. This was an ambush and not a court process. Sheriffs Deputies blocked the door and would not let us leave when we had the right to leave and tried to leave.  This was  the third or fourth kidnaping at the hands of government officials at that time.  Using or threatening to use a taser against a lawyer in Court during a hearing is 'off the charts.'

**M. The Elimination Of Our Constitutional Rights**

171. These terrorists did not stop at violating our Constitutional rights and also violated our basic human rights under International Law and the Geneva Convention on Torture.  The sensory and

mental impact of living life in a four year terror plot is torture.  We were evicted from two separate homes within three months of one another.  We have been forced to move ten times or more over a four year period.  In Sacramento, we had a multi year lease agreement ignored.  In Pasadena, the landlord expected us to pay for our own stove top and oven. There were four separate false police reports that were attempted false arrest in six weeks.  The goal by now is very clearly to kill Greg not arrest him. The SWAT team came on one of the calls and on another Greg was handcuffed wearing only underwear in a public hallway.

## FIRST CLAIM FOR RELIEF
## UNCONSTITUTIONALITY OF FEDERAL STATUTES

[The Patriot Act 50 U.S.C. 1801-1885c, The National Emergencies Act  50 U.S.C. 1601-1651, Executive Orders 51 and 20, The Homeland Security Act 6 U.S.C. §§ 101-644,  The Federal Reserve Act  12 U.S.C. 221-522.]

As for a separate and distinct first claim for relief plaintiffs allege against defendant  the UNITED STATES as follows:

172.  Plaintiffs hereby incorporate by reference each and every allegation set forth above and allege as follows

173.  The United States has been in a state of

60

martial law or the equivalent since President Bush
signed Presidential Directive 51 on May 4, 2007.
The pertinent language is as follows:

> (e) "Enduring Constitutional
> Government," or "ECG," means a
> cooperative effort among the executive,
> legislative, and judicial branches of the
> Federal Government, coordinated by
> the President, as a matter of comity
> with respect to the legislative and
> judicial branches and with proper
> respect for the constitutional separation
> of powers among the branches, to
> preserve the constitutional framework
> under which the Nation is governed and
> the capability of all three branches of
> government to execute constitutional
> responsibilities and provide for orderly
> succession, appropriate transition of
> leadership, and interoperability and
> support of the National Essential
> Functions during a catastrophic
> emergency

174. The statutory authority for Presidential
Directive 51 is the National Emergencies Act, 50
U.S. C §1601-1651. 50 U.S.C.§1621 gives the
President the unilateral authority to declare any
national emergency by Executive Order. The
statute purports to grant a President the unilateral
right to declare a state of emergency, impose martial
law, and avoid judicial review. The 'dictators at will

61

act' is unconstitutional.  Presidential Directive 51, must also be declared unconstitutional.

175.  Article I, Section 8 of the United States Constitution does not grant Congress the power to grant the President the right unilateral right to declare a National Emergency.

176.  The National Emergencies Act is the legal authority for Presidential Directive 51, and any other Continuity of Government orders. Both Presidential Directive 51 fails as a matter law with a declaration that the National Emergencies Act is unconstitutional.  Presidential Directive 51 is unconstitutional on its face and as applied. The Continuity of Government Plan itself contains no facts only boilerplate statements of general mission. The COG plan is also hopelessly vague.

177.  The law requires public disclosure of the facts.  50 U.S.C. § 1631 states as follows:

> When the President declares a national emergency, no powers or authorities made available by statute for use in the event of an emergency shall be exercised unless and until the President specifies the provisions of law under which he proposes that he, or other officers will act. Such specification may be made either in the declaration of a national emergency, or by one or more contemporaneous or subsequent

62

Executive orders published in the
Federal Register and transmitted to the
Congress.

178.  On September 14, 2001, President Bush
issued Proc. No. 7463, Declaration of National
Emergency by Reason of Certain Terrorist Attacs, 66
F.R. 48199.   These are the only changes to the law
that have ever been authorized since September 11,
2001.   All are related to military personnel, military
pay, and other military matters.  The full text of
Proc.  7463 appears at then end of this Application.

179.  50 U.S.C.§ 1622 makes it much more
difficult to end a National Emergency declaration
than to start one.  Ending a National Emergency
declaration without the consent of the President
requires a joint resolution of Congress.  It is
politically impossible to end a National Emergency
inherited from a prior President.  This is exactly the
current situation and plaintiffs are also personally
damaged as a direct result of the same laws.

180.  There is no possible use of the Patriot
Act (or its surveillance techniques) against  private
American citizens that could be legal.  Janis and I
and everyone else that is facing the crackdown are
the Patriot Act's worst case scenario.  America was
told that this worst case scenario would never
happen and that these tactics of war would never be
improperly used against private citizens.  The
availability of these surveillance techniques comes
from the Patriot Act.  The use of these 'toys' whether

through procedure or not is unconstitutional as a matter of law and therefore the statutes themselves are also  unconstitutional as a matter of law.

181.  If plaintiffs had been given Notice and an Opportunity to Be Heard on the Merits of the affidavit(s) used by the FBI, there would have been no use of the Patriot Act and plaintiffs would not have incurred damages as alleged herein.

182.  The Patriot Act and the Homeland Security Act (6 U.S.C. 101-1445) work together and are designed to create the exact information flow between government agencies that was used to infiltrate every issue in plaintiffs lives.

183.  The Homeland Security Act is designed to consolidate power.  The Homeland Security Act has the intent and effect of eliminating Constitutional rights through illegal domestic surveillance.  Hitler's Nazi Germany had a nearly identical legislative package.

184  The Patriot Act and the Homeland Security Act (6 U.S.C. 101-1445) work together and create the exact information flow between government agencies that was used to infiltrate every issue in our lives.   All four of the surveillance techniques of the Patriot Act were used.   There have been many 'sneak and peaks.'  We know because they like move a few things around.  They have a key to our car.  We have had the computer hacked and/or monitored constantly and have "email spoofs"

64

that prove it.  Major corporations have special
customer service provisions for us.  If a formal
National Security letter was not used, they used the
exact same law and achieved the exact same result.

185.  The process boils down to the equivalent
of a hand held router that can be placed under a tree
or held by a person.  The outgoing IP address is
routed to the MITM device, the communication can
be read, altered, spoofed, and then returned to the
same network that it was intended to be on when
originally sent.  In the world of computer hacking
Man In the Middle attacks, MITM, are the lowest
form of life.  MITM is the "strong armed robbery" of
computer hacking.   An MITM attack is one personal
stalking another person.  MITM attacks are very
rare and were rarely used by hackers until the
Patriot Act.  The government terrorists uses MITM
attacks.

186.  The Real Purpose of the Patriot Act is to
crackdown on and eliminate all political dissent.
These statutes are the only foundational basis for
any of these  actions occurring inside the United
States.  The legislative package from the terrorists is
spread out over time so that no one notices how they
work together until well into the crackdown.  The
entire post 911 legislative packages is identical to
Nazi Germany and  unconstitutional as a matter of
law.

187.  The four general Acts of Congress, the
statues within those Acts, and the Executive Orders

65

are unconstitutional as a matter of law. The post 911
package of legislation is now clearly a consolidation
of power after an 'inside job' terrorist attack on the
United States. The statutes and orders are facially
unconstitutional and unconstitutional as applied to
the facts of the case.

188.   The entire post 911 legislative package is
intended to interfere with Constitutional rights in
general and has in fact eliminated plaintiffs
Constitutional rights. Plaintiffs seek a declaration
of judgement of unconstitutionality as a matter of
law.

189.   The Federal Reserve Act of 1913 set the
chain of events that lead a volatile boom and bust
cycle throughout the 1920's and 1930's. The Federal
Reserve finances the phoney wars of the exact same
conspiracy that is in our personal lives. The Federal
Reserve created the economic conditions that lead to
World War II.

190.   The Federal Reserve has always played
"both sides of the game" and that is the Nazi
playbook.   The structure of the Federal Reserve has
always been disguised private ownership. The
shareholders of the individual Federal Reserve
Banks are the privately owned banks.   The Federal
Open Market Committee was added in 1933 but the
fundamental ownership structure is still outside of
government control.

191.   The two greatest causes of this long term

66

disaster are the Media Moguls and private ownership the Federal Reserve. 100 years of the Federal Reserve financing the subversion of the United States Constitution is enough. It is clear that Federal Reserve walks hand in hand with the 911 Conspiracy.

192. The Federal Reserve is owned the International Bankers who are historically Jewish and known to be Nazi or Nazi sympathizers. The Fed was created in 1913 and then financed both sides of World War I.

193. The Federal Reserve has a one hundred history of economic disruption that parallels the last 100 years of terrorism. The bankers will never act in the best interests of the country. The banking system of bloated credit on more bloated credit creates economic shocks in order to make money after the shock. Wars create artificial economic cycles which makes for more "booms and bust" cycles that concentrate wealth.

194. The Federal Reserve Act of 1913 is the fundamental source of all of the economic imbalance and political upheaval that occurred since 1913. Economic imbalance causes problems in the political arena. The 1913 supporters of the Federal Reserve spent decades lobbying for some a form a Central Bank and then passed a Federal Reserve that is privatized.

195. Article I, Section 8 of the Constitution

67

does not grant Congress the authority to create the Federal Reserve.  The Federal Reserve has caused nothing but problems and legal headaches throughout it's 100 year history.  There is an obvious parallel.  100 years of Zionist terrorism and the same 100 years of Jewish bankers owning interests in the Federal Reserve proves the point.

196.  The issue is the privatization of the Federal Reserve.  In *Lewis v. United States 680 F. 2d 1239 (1982)*, the Ninth Circuit Court of Appeals articulated the same factual argument.  Lewis is a civil tort case but the factual analysis should not change.  Article I, Section 8 of the Constitution does not give Congress the authority to create a private central bank and give it away.

197.  The Federal Reserve has killed many American politicians who dare challenge their authority. The Federal Reserve was a player in Arizona in 2004.  The Federal Reserve finances the political murders and always has.    It is in the interests of the people of the United States to stop the flow of money to these terrorists that used a nuclear device.  Nationalization of the Federal Reserve and expropriation of all assets is and civil forfeiture are the appropriate remedies.  The civil forfeiture provisions of 18 U.S.C. § 981 apply.

198.  The Federal Reserve is unconstitutional because of the ownership structure and always has been.  The ownership structure is inherently non severable  and therefore entire Federal Reserve Act

68

must fall.  The international bankers shed their debt in a major refinancing when Federal Reserve was created, only to create new debt on top of a "clean slate."  Three World Wars later the process hasn't changed.  This is the process harmed plaintiffs and the Country.   The Federal Reserve literally financed the September 11, 2001 terrorist attacks.  The sovereign people of the United States want their central bank back also.

### SECOND CLAIM FOR RELIEF
### UNCONSTITUTIONALITY OF ARIZONA
### STATUTES

As for a separate and distinct second claims for relief, plaintiffs allege as follows against the STATE OF ARIZONA as follows:

199.  Plaintiffs hereby incorporate by reference each and every allegation set forth above.

200. Arizona Revised Statute 11-1051B is the last remaining piece of the 'papers please' law.  We strongly object to this law that can be used as just another pretext to arrest and kill plaintiffs.  There were more than 20 attempts to falsely arrest in 2015 alone.  There have been multiple attempt to assassinate from within a government.  Plaintiffs have every reason to object to "papers please" and be concerned.   As residents and citizens of Arizona Plaintiffs sovereignty rights are prior to those of the State of Arizona.  Plaintiffs should not have to be concerned with another law that can be used to

69

falsely arrest.  The 'papers please' law is clearly unconstitutional as applied to plaintiffs and is therefore unconstitutional as a matter.  Plaintiffs prove that this statute was always unconstitutional on its face.

201.  The recent "sovereignty amendment" Arizona Constitution Article 2, Section 3, is a power grab that misunderstands sovereignty  The State of Arizona derived it's constitutional authority in a "three way deal" in 1912 when Arizona became a state.  The 'papers please' law and the sovereign amendment are fatally flawed for the same reason. The Arizona Constitution cannot be amended to give Arizona any authority over the Federal Government. The Supremacy Claus is still in tact.

202.  The remaining portion of 'papers please' law is the same analysis. Immigration matters are federally preempted.  The people of Arizona have a contract that granted the Federal Government exclusive authority over immigration enforcement. The original contract in a representative democracy conveyed the right of the federal government and federal courts to determine legal and constitutional issues.  The people of the State of Arizona already decided these issues 1912 when the contract was made at statehood.  Separation of powers has already been decided and is not up for negotiation or legislation.   The Supremacy Clause and separation of powers are part of the inherent bargain that goes with being one of the fifty states.

70

203.  The voters of Arizona cannot go back on the underlying deal that created statehood.  State Constitutions are created as part of the Separation of Powers is part of the original "deal."  The issue of "who checks whose balance" is part of that original deal. This not a proper subject of legislation, state constitutional amendments, or ballot initiatives. The individual states never owned the full sovereignty. A proper distinction between the people of the state of Arizona and the legal entity the "State of Arizona" is the key to a proper analysis. The State of Arizona is not free to take the  "sovereignty" and go join another country.

204.  The people of the newly forming State convey their collective sovereignty pursuant to the terms of the contract, the United States Constitution.  The people of the state convey most of their sovereign to the newly formed State, and the rest of people's sovereignty goes to the Federal government.  Thereafter the roles are specified in the original contract.  The three party agreement specifies  the Constitutional "pecking order" or priorities.  The Supremacy of the U.S. Constitution prevails over the State Constitutions.

205.  The rule making procedural authority of the Secretary of State pursuant to Arizona Revised Statute § 16-452B is used illegally to create or amend substantive election law in Arizona without the legal authority to do so.  The statute as applied to the facts is unconstitutional and violates 14th Amendment to the Constitution, specifically the

71

privileges and immunities clause and the equal protections clause.

206. The requirement of proof of citizenship in order to register to vote is unconstitutional for every person in the United States. The Supreme Court has already ruled that proof of citizenship requirements in Arizona law cannot be applied to the Federal Voter Registration forms. The same issue is now raised for state of Arizona forms on the same issues of Federal preemption and violation of the Supremacy Clause.

207. Arizona's attempt to 'split the ballot' and limit the voting rights of people that register using the Federal Voter Registration form to federal elections only is the typical of the radicalized effort to destroy American institutions. Arizona has been hijacked and state government stolen. The Right to Vote is the cornerstone of democracy and the Arizona Cabal is difficult to even take seriously. The very act of splitting the ballot justifies Federal Observers under the Voting Rights Act and a take over by the Federal Government of Arizona's election process. The privileges and immunities clause, the equal protection clause, and even the due process clause are all violated instantly because of splitting the ballot. The Arizona Cabal's terrorist taunt of the United States Supreme Court is over.

208. The State of Arizona does not seem to respect the Supreme Courts decision in *Arizona v. The Inter Tribal Council of Arizona, Inc. et. al. 133*

72

*S. Ct. 2247 (2013)*. The newest twist is to allow the Federal Voter Registration Form to be used in federal elections but not state elections. The latest effort also shows a complete lack of good faith. The splitting of the ballot is a unique approach. 52 U.S.C. 10101(a)(1) is the federal statute defining voting rights. Simply stated "all citizens of the United States qualified to vote shall be entitled to vote without distinct of race, . . . .any constitution, law, custom, usage, or regulation of any State." Qualified to vote means eligible to register.

209.   Voter's who have an old printed address on the drivers license have "extra hoops" to satisfy. The requirements to actually vote are far more restrictive than the voter registration requirements. The right to vote at the polls is based on the registration, anything beyond that is unconstitutional.   In Inter Tribal Council of Arizona, the Arizona's extra rules on registration imposed an undue burden and were found to be unconstitutional. This case presents the very same issue.

210.   Arizona's silly season two months before the Presidential Preference Election is the last straw. 52 U.S.C. 10101C permits injunctive and preventative relief. 52 U.S.C.10302 authorizes a civil action by aggrieved person to enforce the voting rights guaranteed under the 14th Amendment to the United States Constitution. Arizona's flagrant conduct violates our voting rights and therefore we have legal standing.   We also seek the appointment

73

of observers and further request that the Court take jurisdiction over this rogue State election process.

211.  With respect to both identification at polls, alternative identification, and proof of citizenship for voter registration, Arizona's conduct violates the Equal Protection Clause of the 14th Amendment to the Constitution, the Privileges and Immunities Clause of the 14 the Amendment to the Constitution, and the Voting Rights Act as noted above.

212..  Arizona's voter identification "law" is not even the same as law that is in Proposition 200. Proposition 200's requirement to cast a ballot is either a photo I.D. or two pieces of 'anything' that contains a pre printed name and address and is legitimate.

213.  The actual law used in real life includes a confusing and illegal limitation on the kinds of alternative identification that is accepted at the polls.  On election day, the problem arises when the addresses do not match the voting rolls.  The list of alternative identifications and the process that allows the law to be different in everyone of Arizona's 15 counties is contained in an Election Procedures Manual.

214.  The procedures manual is clearly illegal and is the singular source of major problems in Arizona elections, but the elections manual also reflects the historical mistrust that the 14 Arizona

74

Counties that are not Phoenix have for state government.  The 14 other Arizona Counties want to be able to stop state government from acting as  the alter ego of the Maricopa County Board of Supervisors, i.e. Phoenix.  The Arizona Cabal has stolen state government from Counties that expect the original statehood deal to be honored

215.  There is no ambiguity about the result and the Arizona Cabal has sent a signal throughout the country that the entire issue of "illegal voting by Democrats and so called illegals " has been another false flag operation.  The false politics of voter identification are exposed.

## THIRD CLAIM FOR RELIEF
## VIOLATION OF VOTING RIGHTS ACT
## 52 U.S.C.§ 10101

As for a separate and distinct third claim for relief, plaintiffs allege as follows against the STATE OF ARIZONA,

216.  Plaintiffs hereby incorporate by reference each and every allegation set forth above.

217.  The Voting Rights Act, 52 U.S. C. § 10101(a)(1)  protects all citizens of the United Sates without regard to "any constitution, law, custom, usage, or regulation of any State"

218.  The Voting Rights Act, 52 U.S.C. § 10101 (a)(2)(a) requires that voting laws need to be uniform

75

throughout the State.  In Arizona the law changes throughout out the day in the same precinct when people go to lunch or take breaks

219.   52 U.S.C. §10101 (a)(2)(b) addresses the issue of proof of citizenship for voter registration. The "splitting the ballot" over a legal dispute with the highest court in the land by punishing innocent voters is a clear violation of the Voting Rights Act.

219.   The Arizona Cabal is manipulating elections through a combination of changing the law and actual computer fraud such as occurred in the 2004 general election.  Injunctive and preventative relief is authorized in  52 U.S.C. § 10101c.  Based on the conduct as described herein, Federal Observers should be in Arizona for upcoming elections and this Court should take jurisdiction over the entire Arizona elections process.  The State of Arizona is violating the constitutional, civil, and voting rights of the people of the State of Arizona  as part of a takeover of state government.

## FOURTH CLAIM FOR RELIEF
## VIOLATION OF COMMUNIST CONTROL ACT
## (50 U.S.C. § 841-843)

As for a separate and district fourth claim for relief, plaintiffs allege against defendants REPUBLICAN PARTY, ARIZONA REPUBLICAN PARTY, CALIFORNIA REPUBLICAN PARTY , plaintiffs allege as follows:

76

220.  Plaintiffs hereby incorporate each and every allegation set forth above.

221.  Defendants conduct as alleged herein constitutes the activities of the Communist Party of the United States as described in 50 U.S.C. § 842 provides that as follows:

> The Communist Party of the United States, or any successors of such party regardless of the assumed name, whose object or purpose is to overthrow the Government of the United States, or the government of any State, Territory, District, or possession thereof, or the government of any political subdivision therein by force and violence, are not entitled to any of the rights, privileges, and immunities attendant upon legal bodies created under the jurisdiction of the laws of the United States or any political subdivision thereof; and whatever rights, privileges, and immunities which have heretofore been granted to said party or any subsidiary organization by reason of the laws of the United States or any political subdivision thereof, are terminated.

222.  Arizona also has a state statute, Arizona Revised Statutes 16-802 which contains a substantially similar provision.  The actions of the Arizona, California, and United States Republican

77

Party's are in violation of the above federal laws.

223.  As a result of defendants conduct, defendants are no longer entitled to any of the rights, privileges and immunities created under the laws of the United States.  In addition, the express statutory language applies to any "subsidiary organization."  Every Republican Party organization in the United States must also lose the privileges offered to citizens this Country.  Plaintiffs are entitled to Declaration of Judgement.

### FIFTH CLAIM FOR RELIEF
### INTERNATIONAL TERRORISM
### 18 U.S.C.§§ 2332(b), 2332(i)

As for a separate and district fifth claim for relief, plaintiffs allege against defendants , plaintiffs allege as follows:

224.  Plaintiffs hereby incorporate by reference each and every allegation set forth above.

225.  Defendants have engaged in violent acts or acts dangerous to human life that are a violation of the criminal laws of the United States or of any State.

226.  Defendants conduct is intended and appears to be intended to intimidate or coerce a civilian population, to influence the policy of a government by intimidation or coercion, or to effect the conduct of a government by mass destruction,

78

assassination, or kidnaping.

227.  Defendants conduct transcends national boundaries in terms of themeans by which they are accomplished, the persons they appear intended to intimidate or coerce; or the locale in which their perpetrators operate or seek asylum.

228.  Defendants conduct includes attempted assassination, conspiracy to assassinate, kidnaps, conspiracy to kidnap, assault resulting in serious bodily injury, assaults with a dangerous weapon on a person within the United States.

229.  Defendants conduct creates a substantial risk of serious bodily injury to any other person by destroying or damaging any structure, conveyance, or other real or personal property within the United States or by attempting or conspiring to destroy or damage any structure, conveyance, or other real or personal property within the United States.

230.  Defendants conduct included the use of the mail or any facility of interstate or foreign commerce is used in furtherance of the offense; the offense obstructs, delays, or affects interstate or foreign commerce, or would have so obstructed, delayed, or affected interstate or foreign commerce if the offense had been consummated.

231.  Defendants conduct includes the possession of radioactive material or possession of a device with the intent to cause death or serious

79

bodily injury; or with the intent to cause substantial damage to property or the environment.

232. Defendants used, and have threatened to use again, a radioactive material or a device, with the intent to cause death or serious bodily injury or with the knowledge that such act is likely to cause death or serious bodily injury; with the intent to cause substantial damage to property or the environment or with the knowledge that such act is likely to cause substantial damage to property or the environment; or  with the intent to compel a person, an international organization or a country to do or refrain from doing an act.

233. As a direct and proximate cause of the acts alleged herein,  Plaintiffs have suffered general damages for emotional distress, pain and suffering, personal injury, as well as economic and consequential damages arising out of this conduct all in excess of the minimum jurisdictional amount for this Court.

234. The conduct of defendants and each of them was malicious, fraudulent, oppressive, despicable and beyond any boundaries that are acceptable in a civilized society.  Plaintiffs are entitled to an award of exemplary or punitive damages.

## SIXTH CLAIM FOR RELIEF
## RACKETEERING INFLUENCED CORRUPT
## ORGANIZATIONS ACT
## 18 U.S.C. § 1961 et. seq.

As for a separate and district sixth claim for relief, plaintiffs allege against defendants, plaintiffs allege as follows:

235.  Plaintiffs hereby incorporate by reference each and every allegation set forth above.

236.  Defendants have engaged in a course of conduct directed at plaintiffs and involving dozens of predicate acts as defined in 18 U.S.C. § 1961 and § 1962.

237.  Each of these defendants has engaged in two or more such predicate acts within a ten year "window" of a prior qualifying 'predicate act.'

238.  At all times relevant the acts alleged herein were part of a 'continuing pattern of racketeering activity' and the individual acts were conducted as part of the affairs of the enterprise.

239.  The conduct of these defendants in furtherance of this conspiracy directed at plaintiffs includes without limitation all of the following; assassination, murder, attempted murder, stalking, interstate stalking, violation of restraining orders, multiple kidnaping and attempts to kidnap, extortion, of public officials, corruption of local law

81

enforcement, obstruction of criminal investigation, conspiracy to deny civil rights, of local law enforcement, obstruction of court orders, identity theft and theft of personal documents, hi jacking Social Security, mail fraud/wire fraud, assault and battery.

240. There are several overlapping conspiracies within the 911 Conspiracy. There is an original conspiracy that is 100 years old that originally started with Adolph Hilter. That conspiracy includes the formation of the State of Israel and the Nazi infiltration of the United States. There is separate but overlapping conspiracy related to the assassination of President John F. Kennedy. A third major conspiracy is the 911 conspiracy and the takeover of Arizona, California, the United States. These conspiracies together make up the 911 Conspiracy.

241. There are multiple Racketeering enterprises and each of the defendants named herein was acting for the benefit of all enterprises. This 'enterprises' are overlapping association-in-fact enterprises that consists of the sovereign countries, government officials, other individual defendants, corporations, and the state and local government agencies.

242. The Republican Party defendants are all racketeering enterprises whose purpose is to be the 'vehicle' by which fraud, corruption, organized crime, communist theory are perpetrated through stealing

82

elections as well as crimes of violence.   Each of these entities engages in criminal money laundering of interests that are subversive to the sovereignty of the United States.  The Republican Party provides material aid and support for terrorism and is a terrorist organization itself.

243.   The enterprises and those acting on behalf of the enterprise traveled and engaged in interstate or foreign commerce, used the instrumentalities of interstate or foreign commerce, and engaged in activities that affected interstate or foreign commerce and did so in furtherance of the goals of the conspiracies.

244.  As a direct and proximate result of the conduct alleged herein, plaintiffs have suffered damages to their business and their property in excess of the jurisdictional minimum of the Supreme Court.

245 .  Plaintiffs have been subjected to crimes of violence that entitle plaintiffs to damages for injury as well as general damages for pain and suffering that arises out of those acts.

246.  As a direct and proximate cause of the acts alleged herein,  Plainitffs have suffered general damages for emotional distress, pain and suffering, personal injury, as well as consequential damages arising out of this conduct.

247.  The conduct of defendants and each of

83

them was malicious, fraudulent, oppressive, despicable and beyond any boundaries that are acceptable in a civilized society.  Plaintiffs are entitled to an award of exemplary or punitive damages.

## SEVENTH  CLAIM FOR RELIEF
## VIOLATION OF CIVIL RIGHTS, CONSPIRACY
## TO VIOLATE CIVIL RIGHTS
## 42 U.S.C. §§ 1983, 1985(3)

As for a separate and distinct seventh claim for relief, plaintiffs allege against defendants and each of them as follows:

248.   Plaintiffs hereby incorporate by reference each and every allegation set forth above.

249.  Defendants have denied plaintiffs their civil and have conspired with, among, and between one another to deny plaintiffs their civil rights in violation of 42 U.S.C. §§ 1983, 1985(3).  The defendants have acted under 'color of law' and each individual defendant has used force, intimidation, threats, and fear of retribution in order to deprive plaintiffs of the equal protection of the law, to deprive plaintiffs of equal privileges and immunities under the laws of the State of California, the State of Arizona, and the United States injured plaintiffs in their persons and their property, and denied due process of law, the equal protection of the law, and the privileges and immunities guaranteed by the constitution  to plaintiffs.

84

250.  As a direct and proximate result of the conduct of defendants and each of them as alleged herein, plaintiffs are entitled to recovery damages for personal injuries, emotional distress, attorneys fees, and punitive damages all according to proof at the time of trial.

### EIGHTH  CLAIM FOR RELIEF
### VIOLATION OF RALPH ACT
### California Civil Code § 51.7

As for a separate and distinct eighth clam for relief, plaintiffs allege against defendants as follows:

251.  Plaintiffs hereby incorporate by reference each and every allegation set forth above.

252.  California Civil Code § 51.7(a) states as follows:

> All persons within the jurisdiction of this state have the right to be free from any violence, or intimidation by threat of violence, committed against their persons or property because of political affiliation, or on account of any characteristic listed or defined in subdivision (b) or (e) of Section 51, or position in a labor dispute, or because another person perceives them to have one or more of those characteristics. The identification in this subdivision of particular bases of discrimination is

85

illustrative rather than restrictive.

253.  Defendants conduct as alleged herein violates the above referenced code section. Defendants and each of them have acted in a mannet designed to interfere with the political rights and affiliations of plaintiffs and have do so through threats of violence and intimidation.

254.  As a direct and proximate result of the conduct of defendants and each of them as alleged herein, plaintiffs are entitled to recovery damages for personal injuries, emotional distress, attorneys fees, and punitive damages all according to proof at the time of trial.

## NINTH CLAIM FOR RELIEF
## UNCONSTITUTIONALITY OF CALIFORNIA
## EMERGENCY PLAN

(California Government Code § 8550-8668, 8585-8589.7.)

As for a separate and distinct ninth claim for relief plaintiffs allege against defendant STATE OF CALIFORNIA as follows:

255.  Plaintiffs hereby incorporate by reference each and every allegation set forth above.

256.  California has been in a state of emergency for several months but it has been clear for some time that major domestic surveillance

86

activity is occurring throughout California.  It turns out that the 911 conspiracy calls California 'home.'

257.  The California Emergency Plan is derived from the California Emergency Services Act, Government Code § 8550-8668 and The California Emergency Managing Agency, Government Code § 8585-8589.7.

258.  California has seen a major domestic surveillance program throughout the state.  The 911 conspiracy calls California 'home.'  The surveillance from those that hijacked California government is protecting the 911 conspiracy.  The statutory scheme enacted in California is being used to create and hide a coup in which the 911 conspiracy controls California government through means of some force. The statutes and each of them are used to deprive persons such as plaintiffs the rights guaranteed by the United States Constitution.

**PRAYER FOR RELIEF**

1.  For Temporary Restraining Orders, Preliminary and Permanent Injunctions blocking any further implementation of Presidential Directive 51 also known as Executive Orders 51 and 20; and for Declaration of Judgement of Unconstitutionality.

2.  For Temporary Restraining Orders, Preliminary and Permanent Injunctions blocking any further implementation of the May 2007 Continuity of Government Plan  and for Declaration

87

of Judgement of Unconstitutionality.

3. For Declarations of Judgement that the National Security Act (50 U.S.C. §1601-1651); The Patriot Act(50 U.S.C. §1801-1885c), The Homeland Security Act (U.S.C. Title 6) are unconstitutional as a matter of law.

4. For Declaration of Judgement that the Federal Reserve Act (12 U.S.C. § 221-522) and is unconstitutional as a matter of law.

5. For Declarations of Judgement that the Arizona, California, United States Republican Party's are in violation of the Control of Communists Act of 1954 and are not entitled to any of the privileges, rights, or immunities that arise under federal law. Plaintiffs also seek temporary, preliminary, and permanent injunctions barring any Republican Party participation in the 2016 election.

6. For Declaration of Judgement that Arizona Revised Statutes 16-166F, 16-452, 16-579, Arizona Revised Statutes 11-1051(B), , Arizona Constitution Article 2, Section 3,

7. For Declaration of Judgement, Temporary, Preliminary, and Permanent Injunctions preventing further violations of 52 U.S.C.§ 10101, The Voting Rights Act of 1965.

8. For the appointment of Federal Observers for Arizona elections, and for the Court to take

88

jurisdiction over Arizona's election process.

9.  For temporary , preliminary, and permanent injunctions and other appropriate orders pursuant to 18 U.S.C.§ 1964  including additional orders as may be necessary and proper  to prohibit future activities or investments.

10.  For Declaratory Judgement, temporary , preliminary, and permanent injunctions against The State of Arizona and all of its subdivisions enjoining further violations of civil and constitutional rights of plaintiffs pursuant to 42 U.S.C.§ 1983.

11. For Declaratory Judgement, temporary , preliminary, and permanent injunctions against The State of California declaring the California Emergency Plan and Government Code sections 8550-8668 to be unconstitutional as a matter of law both on the face and as applied.

12. For economic, general, special and punitive damages, all according to proof.

13. For triple damages pursuant to 18 U.S.C. §2333.

14. For such other and further relief as the Court may deem just and proper.

15. For Attorneys fees, interest,  and costs of suit all according to proof.

Dated February 1, 2016

By

Gregory R. Kaighn
Janis Kaighn

VERIFICATION

We are  the plaintiffs in this case and we have personal knowledge of the matters set forth in this verified complaint and if called upon to testify I would competently testify as to the matters stated herein.

We declare under penalty of perjury under the laws of the United States of America that the factual statements in this Verified Complaint are true and correct, and that those made on information and belief are believed to be true and correct.

Dated February 1, 2016

By

Gregory R. Kaighn
Janis Kaighn

91

## Proc. No. 7463. Declaration of National Emergency by Reason of Certain Terrorist Attacks

(Sept. 14, 2001, 66 F.R. 48199 )

A national emergency exists by reason of the terrorist attacks at the World Trade Center, New York, New York, and the Pentagon, and the continuing and immediate threat of further attacks on the United States.

NOW, THEREFORE, I, GEORGE W. BUSH, President of the United States of America, by virtue of the authority vested in me as President by the Constitution and the laws of the United States, I hereby declare that the national emergency has existed since September 11, 2001, and, pursuant to the National Emergencies Act (50 U.S.C. 1601 et seq.), I intend to utilize the following statutes: sections 123, 123a, 527, 2201(c), 12006, and 12302 of title 10, United States Code, and sections 331, 359, and 367 of title 14, United States Code.
This proclamation immediately shall be published in the Federal Register or disseminated through the Emergency Federal Register, and transmitted to the Congress.

This proclamation is not intended to create any right or benefit, substantive or procedural, enforceable at law by a party against the United States, its agencies, its officers, or any person.

92

IN WITNESS WHEREOF, I have hereunto set my hand this fourteenth day of September, in the year of our Lord two thousand one, and of the Independence of the United States of America the two hundred and twenty-sixth.

George W. Bush

93

## Morgan Stanley- World Trade Center, 9/11- A Hero's Story

September11 is not far off.  This is an appropriate tribute to a heroic event and fits rightin with my call for rehearsal and planning ahead. Quoted from the book noted below:
The Morgan-Stanley Company occupied 22 floors here is their story:

Rick Rescorla may be the greatest American hero you've never heard of... A decorated Vietnam veteran of British birth, Rescorla was the head of security for Morgan Stanley's World Trade Center offices in New York City. With a workforce of nearly 3,000 people, the bank was the towers' largest tenant.

Although Rescorla's heroics hold a special place in the hearts of Morgan Stanley employees, his deep understanding of crises made him a pain in the neck some days.

Rescorla was an expert disaster planner. He worried that the World Trade Center represented a major terrorist target. So he put Morgan Stanley employees through frequent, random evacuation drills. When Rescorla's evacuation drill orders came, everything stopped. Every last person would know the evacuation routes, time limits, and contingency plans... and everyone would practice them.

94

Although Morgan Stanley traded hundreds of millions of dollars a day through its World Trade Center offices, employees had to participate in Rescorla's evacuation drills.

Rescorla appointed team leaders and fire marshals for every floor. They underwent extra training. Their jobs were to make sure the different floors would follow his comprehensive 22-floor evacuation plan.

Every visitor to Morgan Stanley would receive a proper safety briefing before conducting any business in the offices. Some folks found Rescorla's drills annoying. They wanted to skip the interruptions and keep working.

The first plane hit Tower 1 at 8:46 a.m. on September 11, 2001. The Morgan Stanley offices were in Tower 2. Office workers felt the explosion and saw the damage. They could see people breaking out windows and crawling out to escape the heat and flames. Some were jumping.

Shortly after impact, the Port Authority came across the buildings' inter – com system. The order was for everyone, in both towers, to stay put.  But Rescorla was already out taking action, right according to plan. He ordered his security staff, floor leaders, and fire marshals to evacuate immediately. He picked up his walkie talkie and bullhorn and commanded the operation, floor by floor.

95

The Morgan Stanley evacuation plan went into full effect... and the people responded the moment the order came down. They had been drilled in exactly what to do.

Seventeen minutes later, at 9:03 a.m., the second plane hit Tower 2. The jolt knocked people off their feet. Desks and file cabinets over – turned. Papers littered the floors. The power went out. Many sustained injuries in the stairwells and on the Morgan Stanley floors. The stress on everyone jumped from high to extreme.

But the evacuation continued according to plan.  Rescorla knew everyone in the building was in serious trouble now. His people were performing well, but he needed to maintain their focus. He didn't want anyone freezing, so he picked up his bullhorn and began singing songs from his youth.

They were the same songs he'd sung to his men back in Vietnam. They helped people keep fear at bay and focus on the task at hand. The songs worked just as well in the World Trade Center stairwells as they did during the war.

In between songs, Rescorla paused to call his wife. "Stop crying," he told her, "I have to get these people out safely. If something should happen to me, I want you to know I've never been happier. You made my life."

By around 9:45, the evacuation of Morgan

96

Stanley's offices was nearly complete. But at the bottom, Rescorla turned around and started heading back up. A handful of people were unaccounted for, plus members of his security staff.

Then, there were the firemen, police, and people from every other office in the building. Everyone knew Rescorla wouldn't come out until every last person had been rescued. Rick Rescorla, American hero, was last seen in the 10th floor stairwell, heading higher. Not long after that, at 9:59 a.m., Tower 2 collapsed.

Thirteen Morgan Stanley employees died on 9/11. This includes Rescorla and four of his security team. But the remaining 2,687 employees, plus 250 office visitors, survived. Note the time lapse to building collapse was 14 minutes.

They survived in large part thanks to Rescorla and his knowledge of something called "negative panic." They survived because Rick Rescorla had a plan.

97