No_____, Original Action

# In the Supreme Court of the United States

Janis Kaighn, Gregory R. Kaighn

Plaintiffs,

Barack H. Obama II, Joseph R. Biden Jr, Hillary Clinton, John Kerry,

Real Parties In Interest

v.

United States of America, State of Israel, Benjamin Netayahu, Federal Republic of Germany, State of Arizona, State of California, Republican Party, Arizona Republican Party, California Republican Party,

Defendants.

Original Action (28 U.S.C. § 1251)

**Plaintiffs Emergency Filing Application**

**(Honorable Anthony Kennedy Associate Justice and Circuit Justice for the Ninth Circuit)**

**NOTICE OF CONSTITUTIONAL CHALLENGE TO FEDERAL LAW AND ARIZONA STATE LAW**

**NOTICE NOT GIVEN FOR GOOD CAUSE**

Gregory R. Kaighn
Janis Kaighn
861 Crystal View Dr.
Prescott, AZ 86301
(213) 675-0776

## Plaintiffs Emergency Filing Application For
## Expedited Order Allowing Filing Under Seal of Original Action, Motion
## for Leave to File, Emergency Application; and Granting Motion To File

To: The Honorable Anthony M. Kennedy, Associate Justice of the United States Supreme Court and Circuit Justice for the Ninth Circuit.

    1. I am an attorney at law duly admitted to practice highest Court in the State of California. This application is made under penalty of perjury under the laws of the United States. I am not yet a member of the Supreme Court Bar so plaintiffs are jointly filing this action pro se in to avoid any delays. We have both signed the pleadings.

    2. Under the circumstances there is good cause to immediately grant the motion to file an original complaint. This matter is of the greatest possible national and constitutional significance. The ambassadors clause was made for a case like this. The Supreme Court is the only court that can enter a final judgement that ends the non public overthrow of the duly elected government of the people of the United States of America.

    3. Plaintiffs seek an order that the case be filed under seal and remain under seal pending further order of the Court. A public filing or notice to any party gives immediate notice to the 911 Conspiracy. No defendant has a legal interest in the constitutional issues and notice to adverse parties is not required. The Court should not issue a summons at this time. The case should remain sealed until the Supreme Court, real party in interest plaintiffs, and plaintiffs can assess national

1

interests and personal safety.

4. Plaintiffs Emergency Application filed with the Verified Complaint seeks Declarations of Judgement that the legal authority supporting the coup is unconstitutional as a matter of law, and the immediate judgement should be entered without notice. The only party with an interest in these issues is the United States. The United States (and the states of California and Arizona) is legally incapacitated and cannot respond. Plaintiffs have named President Obama and certain other Cabinet members as real party in interest plaintiffs. President Obama is the duly elected President of the United States and is the real party in interest for the United States.

5. Even notice to the President is impossible until after the statutory basis for the coup is removed. We hope that catching these terrorists is enough to end this nonsense quickly. We do not know exactly what else needs to be done until we have access to the facts and are able to communicate with the legitimate government. We defer to the Constitution and the grant of original jurisdiction to the Supreme Court. These extraordinary political events and our historic legal action in response bring these two private citizens to the highest Court in the Nation. We defer to the wisdom of the United States Supreme Court.

Respectfully submitted,                                February 1, 2016

*[signatures]*

Gregory R. Kaighn

No__15M95

# In the Supreme Court of the United States

Janis Kaighn, Gregory R. Kaighn

Plaintiffs,

Barack H. Obama II, Joseph R. Biden Jr, Hillary Clinton, John Kerry

Real Parties In Interest

v.

United States of America, State of Israel, Benjamin Netayahu, Federal Republic of Germany, State of Arizona, State of California, et. al.,

Defendants

Original Action  (28 U.S.C. § 1251)

**NOTICE OF POLITICAL ASSASSINATION OF ASSOCIATE JUSTICE ANTONIN SCALIA AND RELATIONSHIP TO THIS CASE**

**PLAINTIFFS EMERGENCY APPLICATION FOR ARREST WARRANT FOR SUPREME COURT CLERK SCOTT HARRIS**

To Chief Justice John Roberts,
To The Honorable Anthony M. Kennedy, Associate Justice and Circuit Justice for the Ninth Circuit

Gregory R. Kaighn
Janis Kaighn
861 Crystal View Dr.
Prescott, AZ 86301
(213) 675-0776

## PLAINTIFFS EMERGENCY APPLICATION

To: Chief Justice John Roberts and
Associate Justice Anthony Kennedy as Circuit Justice for the Ninth Circuit

Plaintiff respectfully submit the following with respect to the death of Associate Justice Antonin Scalia. The very existence of this case plus the delay in the filing of this action by the Clerk of the Supreme Court raised immediate 'red flags' when plaintiffs learned that Justice Scalia had passed away. We thought it might take some time for the facts to "settle themselves" but that eventually Justice Scalia's death would be analyzed from the prism of terrorism. The "terrorist pattern" is already clear, however.

Plaintiffs are going to win this case and the President of the United States will be restored to his full Constitutional authority. The only way to stop the plaintiffs is to create complete chaos and de rail the entire process. That is the primary motive for this murder.

The Israeli's, Mr. Netanyahu, Mr. Cheney, and Jacob Rothschild all have the same basic interests in this case. One of those 'interests' is to make the case look "more Catholic than Jewish." To the extent that someone is trying to make Justice Scalia 'look potentially guilty' in our case, the opposite result occurs when the terrorism model is applied to that fact.

The reported findings with respect to a pillow and matters related to the condition of the room are very troubling and lead to the same conclusion. The ranch

1

owner must know that "slipping in those facts" would be noticed. This was placed in the media intentionally. "Placing" facts suggest foul play. The evidence either suggests homicide or homicide that is part of a deception terror plot. The case also fits the classic pattern that no autopsy was performed. The family is not to be criticized, we know how these things work. No real choice existed. Much like the case of the assassination of President Franklin Roosevelt, older people are very vulnerable targets when there is controversy.

We filed this case on February 1, 2016 and not on the date chosen by the Clerk of the Court. The filing date 'arbitrarily' chosen by Scott Harris is February 13, the day before Justice Scalia was murdered. The date of February 13, 2016 is otherwise a stranger in this case; the only significant of that date is the death of Justice Scalia the following day. Supreme Court Clerk Scott Harris flat out lied regarding when this case was filed and he created false Court records in the process. The nexus between the lies about the filing of this case, the artificially created filing date of February 13, and Justice Scalia's death could not be more obvious.

Exhibit 1 is the face page of the 'booklet' that confirms that the case was filed February 1, 2016. Exhibit 2 is Mr. Harris' March 8 letter containing the incorrect filing date that ties Justice Scalia's death to this case. Scott Harris needed Antonin Scalia alive when the case was filed. The Court can take Judicial Notice of the date that Justice Scalia passed away. Exhibit 3 is the February 2, 2016 rejection of filing letter from Scott Harris and Cynthia Rapp. Court Clerks are not allowed to practice law on the job, their "Court Clerk legal analysis" is wrong, and the case was brought under the ambassadors clause. Exhibit 4 is the federal express tracking information

showing that the box documents that plaintiffs sent back to the Court after the improper filing rejection were received on February 16, 2016. Those documents could not have been filed on February 13.

Justice Scalia was murdered. The reason for all of these lies and the reason for backdating a United States Supreme Court file is cover up the murder of Justice Anton Scalia. There have now been three terrorist attacks in this case by Scott Harris. First, he refused to file the case at all. Next, he concocted a way to "dismiss" the case without any of the Justices knowing about it. Third, is the senseless assassination of Justice Scalia.

There is more than sufficient probable cause to arrest Scott Harris for the murder and assassination of Associate Justice Antonin Scalia. Plaintiffs have general standing as victims of the same acts; we hereby request that arrest warrants be issued for the murder of Justice Scalia.

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of our knowledge.

Respectfully submitted on March 13 2016,

By *[signatures]*
Gregory R. Kaighn
Janis Kaighn

No. _____, Original

# In the Supreme Court of the United States

Janis Kaighn, Gregory R. Kaighn,

*Plaintiffs,*

v.

Barack H. Obama, Loretta Lynch, United States, Netanyahu, Federal ..., State of California, ... Party, Cal...,

*Defendants.*

**PLAINTIFFS MOTION FOR ORIGINAL ACTION**

**PLAINTIFFS EMERGENCY ... TO**

**NOTICE OF CONSTITUTIONAL CHALLENGE TO FEDERAL LAW AND STATE ...**

**NOTICE NOT GIVEN FOR GOOD CAUSE**

**VERIFIED COMPLAINT**

Gregory R. Kaighn
Janis Kaighn
861 Crystal View Dr.
Prescott, AZ 86301
(213) 675-0776
greg.kaighn@gmail.com

RECEIVED BY THE SUPREME COURT OF THE US POLICE OFFICE
2016 FEB -1 P 5:39

Ex 1

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 8, 2016

Mr. Gregory Kaighn
861 Crystal View Dr
Prescott, AZ 86301

Re: Gregory Kaighn, et al.
v. United States, et al.,
No. 15M95

Dear Mr. Kaighn:

The Motion to file a Bill of Complaint was filed on February 13, 2016 on the docket March 8, 2016 as No. 15M95. Your filing fee of $300 has been

Sincerely,

Scott S. Harris, Clerk

Ex 2

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, DC 20543-0001

February 2, 2016

Gregory Kaighn
861 Crystal View Drive
Prescott, AZ 86301

RE: Janis Kaighn et vir., v. Obama, President of U.S., et al.

Dear Mr. Kaighn:

The booklet containing your motion for leave to file an original action and your emergency application was received on February 2, 2016 and is hereby returned for the following reason.

The original jurisdiction of this Court does not extend to a suit by an individual against the United States or a State. The original jurisdiction generally extends only to cases or controversies between two or more states or between the United States and one or more states.

The check in the amount of $300 is being returned to Legal Printers, LLC.

Sincerely,
Scott S. Harris, Clerk
By:
Cynthia Rapp
(202) 479-3031

Enclosures

Ex 3

3/2/2016                                Track your package or shipment with FedEx Tracking

My Profile | Support | Locations |  English | Search

   SHIPPING   Tracking   Manage   Learn   FedEx Office®                                Login

# FedEx® Tracking

**782371220453**

Ship date: Sat 2/13/2016
PRESCOTT, AZ US

Delivered
Signed for by: I.BENNETT

Actual delivery: Tue 2/16/2016 9:42 am
WASHINGTON, DC US

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **2/16/2016 - Tuesday** | | |
| 9:42 am | Delivered | WASHINGTON, DC |
| 8:56 am | On FedEx vehicle for delivery | WASHINGTON, DC |
| 7:37 am | At local FedEx facility | WASHINGTON, DC |
| 5:49 am | At destination sort facility | DULLES, VA |
| 3:08 am | Departed FedEx location | MEMPHIS, TN |
| **2/14/2016 - Sunday** | | |
| 4:29 pm | Arrived at FedEx location | MEMPHIS, TN |
| **2/13/2016 - Saturday** | | |
| 4:46 pm | Left FedEx origin facility | PRESCOTT VALLEY, AZ |
| 2:23 pm | Picked up | PRESCOTT VALLEY, AZ |
| **2/12/2016 - Friday** | | |
| 7:23 pm | Shipment information sent to FedEx | |
| 6:19 pm | Picked up | PRESCOTT, AZ |
| | Tendered at FedEx Office | |
| 6:19 pm | At FedEx origin facility | PRESCOTT, AZ |
| 6:19 pm | In FedEx possession | PRESCOTT, AZ |
| | Package received after final location pickup has occurred. Scheduled for pickup next business day. | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 782371220453 | Service | FedEx 2Day A.M. |
| Weight | 24 lbs / 10.89 kgs | Dimensions | 12x12x12 in. |
| Delivered To | Shipping/Receiving | Total pieces | 1 |
| Total shipment weight | 24 lbs / 10.89 kgs | Terms | Shipper |
| Packaging | FedEx Extra Large Box | Special handling section | Deliver Weekday |

Search

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

United States - English

© FedEx 1995-2016                                Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

https://www.fedex.com/apps/fedextrack/?tracknumbers=782371220453&cntry_code=us                                1/2

Ex 4