FILED ___ LODGED
___ RECEIVED ___ COPY

APR 2 5 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Janis Kaighn, Gregory R. Kaighn<br><br>    Plaintiffs,<br>vs.<br><br>United States of America, State of Arizona, City of Prescott, Yavapai County, Prescott City Court, Sheila Polk, Yavapai County Attorney in her official capacity, Jon Paladini, Prescott City Attorney in his official capacity, Glenn Savona, Prescott Deputy City Attorney in his official capacity, Andy Reinhardt, City of Prescott Deputy Police Chief in his official capacity,<br><br>    Defendants. | CASE NO: CV-16-08079-PCT-SPL<br><br>(PROPOSED) ORDER GRANTING TEMPORARY RESTRAINING ORDER STOPPING ALL PENDING PROSECUTIONS AND ENJOINING THE FILING OF ANY CRIMINAL CHARGES AGAINST PLAINTIFFS |

    The Court has received and considered Plaintiff's Ex Parte Motion For Temporary Restraining Orders stopping the pending criminal prosecution and enjoining defendants from pursuing any criminal charges against plaintiffs. The Court finds that good cause exists for lack of notice to adverse parties. The Court finds that irreparable harm to plaintiffs federally protected rights is likely to result in the absence of an injunction. Plaintiffs have satisfied their burden of demonstrating that their federally protected rights cannot be protected in state court.

    The Court hereby enjoins and restrains defendants from pursuing the pending criminal charges against plaintiff Gregory R. Kaighn. The Court further enjoins defendants from initiating any criminal charges against either Plaintiffs without a prior

1  order from this Court. Defendants shall file any opposition to Plainitffs Motions for
2  Preliminary Injunctions on or before _____.
3        Dated:
4                                                          By
5                                                             Judge of the District Court