1  -Gregory R. Kaighn
   Janis Kaighn
2  861 Crystal View Drive
   Prescott, AZ 86301
3  telephone: (928) 227-3729
   email: greg.kaighn@gmail.com
4
   Plaintiffs in pro per
5

FILED ___ LODGED
___ RECEIVED ___ COPY
APR 2 5 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

6

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF ARIZONA

9  Janis Kaighn, Gregory R. Kaighn        )    CASE NO:  CV-16-08079-PCT-SPL
                                          )
10              Plaintiffs,               )
        vs.                               )
11                                        )    PLAINTIFFS MOTION(S) FOR
   United States of America, State of     )    PRELIMINARY INJUNCTIONS,
12 Arizona, City of Prescott, Yavapai     )    PERMANENT INJUNCTIONS, AND
   County, Prescott City Court, Sheila Polk,)  DECLARATIONS OF JUDGEMENT
13 Yavapai County Attorney in her official )   OF UNCONSTITUTIONALITY OF
   capacity, Jon Paladini, Prescott City  )    FEDERAL AND ARIZONA
14 Attorney in his official capacity, Glenn )   STATUTES; TEMPORARY
   Savona, Prescott Deputy City Attorney in )  RESTRAINING ORDERS,
15 his official capacity, Andy Reinhardt,  )    PRELIMINARY AND PERMANENT
   City of Prescott Deputy Police Chief in )    INJUNCTIONS STOPPING ALL
16 his official capacity,                  )    CRIMINAL PROSECUTIONS OF
                                          )    PLAINTIFF(S); MEMORANDUM OF
17                                        )    POINTS AND AUTHORITIES
                                          )
18              Defendants.                    Oral Argument Requested By
   _____            Telephone (Local Rule 7.2 (f) and (h))

19

20

21

22

23

24

25

26

27

28

**PLAINTIFFS MOTION(S) FOR PRELIMINARY AND PERMANENT INJUNCTIONS,**
**DECLARATIONS OF JUDGEMENT**

COMES NOW Plaintiffs Janis Kaighn and Gregory R. Kaighn who hereby move this Court pursuant to Federal Rule of Civil Procedure 65 for Preliminary (and Permanent) Injunctions, and Declarations of Judgement as hereinafter set forth.  This Motion is based on this notice, the Memorandum of Points and Authorities filed herewith, the Declaration of Janis Kaighn filed herewith  including exhibits attached thereto,  the Verified Complaint filed in this case, and Plaintiffs Ex Parte Application for Temporary Restraining Orders.

1. Plaintiffs seek Temporary Restraining Orders, Preliminary and Permanent Injunctions stopping the pending criminal charges from being prosecuted.  Plaintiffs will suffer irreparable harm under circumstances where an injunction is necessary to protect plaintiffs Federal rights.  Plaintiffs further seek Orders preventing any future criminal prosecutions by these defendants.

2. Plaintiffs seek Preliminary Injunctions, Permanent Injunctions and Declarations of Judgement that the Federal Statutes at issue are Unconstitutional as a matter of law.

3. Plaintiffs seek Preliminary Injunctions, Permanent Injunctions and Declarations of Judgement that the Arizona Statutes at issue are Unconstitutional as a matter of law.

4. Pursuant to the Voting Rights Act,  Plaintiffs seek the immediate appointment of Federal Observers and the taking of complete jurisdiction over the entire State of Arizona elections process by the Federal Courts.

5. For such other and further relief as may be just and proper under the circumstances.

Dated: April 25, 2016

By _____
Gregory R. Kaighn
Janis Kaighn

1

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

The world has seen this 'bad movie script' before.  The similarities between the rise to power of Adolph Hitler and the reaction of the United States government to the September 11, 2001 terrorist attacks have been obvious to many Americans.   On February 27, 1933 the Reichstag Building, which housed the German Parliament, was destroyed in a massive fire caused by an  inside job terrorist attack.  Hitler blamed Communists and used "The Reichstag Fire Decree" to suspend the civil liberties of the German people.  Dozens of people were arrested based on the exact notion of "terrorism" that became part of the American vocabulary after September 11, 2001.

Adolph Hitler  sought enhanced powers from the German Parliament.   On March 24, 1933 Hitler passed the "German Enabling Act" with a four year 'sunset' clause. Hitler promised that the "enhanced powers" would only be used in the event of a National Emergency.  This exact scenario occurred again in the United States with respect to the passage of the Patriot Act. The American people were promised that the "worst case scenario" would never occur. The law was supposedly "necessary" to protect the American people from foreign terrorists.  The "sunset" clause in the Patriot Act was a fraud.

The criminals that hijacked the United States and Arizona after 2001 followed the Hitler 'playbook.' very closely.  The formula includes false elections, false prosecutions, trumped up charges, control of the legal profession, and inside job terror attacks. Presidential Directive 51 is the American equivalent of Adolph Hitler's enhanced powers under the German Enabling Act.

Presidential Directive 51 derives it's statutory authority from the National Emergencies Act.  The attempt at a "legalized dictatorship" will not survive a constitutional challenge.   The United States Constitution is stronger than the terrorists and gives individual rights to American citizens like the plaintiffs.   Adolph Hitler made

1   no secret about his need for total control over German society.  Conversely, the 911
2   terrorists "hide in the shadows" and are engaging in a "silent coup" that is selectively
3   enforced throughout the United States.  The 911 terrorists lack the courage to tell the
4   American people the truth about Martial Law in America.  The American people will
5   laugh at the concept of a silent coup in 2016 and will demand justice.  This coup will end
6   with public disclosure and public scrutiny.

7        The false prosecutions initiated in Arizona by Maricopa County Sheriff Joe Arpaio
8   and former Maricopa County Attorney Andrew Thomas are well documented and a
9   matter of public record.  Both need to be arrested and charged in the interests of public
10  safety.  Andrew Thomas and others in his office were disbarred by the Arizona Supreme
11  Court.  The "911 Conspiracy" is not limited to the September 11, 2001 terrorist attacks.
12  The "911 Conspiracy" includes the on going 'coup' formalized in Presidential Directive
13  51.  A long standing legal concept about conspiracies is "in for a dime, in for a dollar."
14  Anyone who joins a conspiracy is liable for the acts of the entire conspiracy.  The issue is
15  not limited to whether Andrew Thomas or Joe Arpaio were part of the original conspiracy
16  to destroy the World Trade Center.  Both 'public servants' joined a conspiracy to
17  overthrow the duly elected government of the United States of America.

18        This case proves that the politically motivated vendettas and false prosecutions are
19  not over.  The shameful conduct of Yavapai County officials and City of Prescott officials
20  literally chooses the side of Adolph Hitler's Nazi Germany over the people the live, work,
21  and pay taxes  in Prescott Arizona.  A City Attorney mailing a Court issued summons is
22  disgustingly transparent.  That stunt has undoubtedly been used on other people and is
23  now exposed.  All of the Yavapai County and City of Prescott officials involved in this
24  matter should be arrested, prosecuted, and removed from office pursuant to Arizona
25  statute.

26        This case demonstrates just how wise the Founding Fathers of this Country were in
27  drafting the United States Constitution.  The same legal document that  established our

28                                              3

1  Country over 200 years ago is the basis upon which two private citizens restore our
2  Republic by enforcing their own individual rights

## II. Legal Standard For Injunctive Relief

4          In *Winter v. Natural Resources Defense Council, Inc. 555 U.S. 7 (2008)*, the
5  United States Supreme Court clarified or reiterated the requirements for a preliminary
6  injunction.  A plaintiff must show that  (1) he or she is likely to prevail on the merits, (2)
7  he or she is likely to suffer irreparable harm in the absence of preliminary relief; (3) that
8  the equities balance in plaintiffs favor; and (4) that an injunction is in the public interest.
9  This case very easily meets the required standards.

10          Plaintiffs will clearly prevail with respect to the outrageously corrupt criminal
11  charges that were filed. The United States is indisputably in a "secret state of Martial
12  Law" that cannot possibly be constitutional.  Arizona's conduct with respect to elections
13  is beyond outrageous.  Splitting the ballot is un American.  Plaintiffs and every member
14  of the general public face irreparable harm if Martial Law continues.  Plaintiff Gregory R.
15  Kaighn will suffer irreparable harm if the pending criminal charges are not enjoined. The
16  equities clearly balance in plaintiffs' favor; the defendants are engaged in a scheme to
17  overthrow the duly elected government of the United States.  For the same reason, it is
18  most certainly in the public interest that injunctions issue.

## III. The Roles Of Congress and the President In The American Democracy

20          The duly elected government of the United States has been 'hijacked' and stolen
21  through a series of outrageous criminal 'legal manipulations' of Federal Law.  The last
22  four Presidential elections have been nullified.   Unlike the forms of government in many
23  other countries, the United States Constitution has always been intended to limit the
24  powers of government, particularly the Federal Government.

25          A similar theme exists throughout the Federal Constitutional issues raised in this
26  case.   The statutes at issue are generally unconstitutional because Congress never had the
27  legal authority to pass these kinds of laws.  The authority of the United States Congress is

28                                             4

1   set forth in Article I Section 8 of the Constitution.  This provision both defines and limits

2   the authority of Congress.  Simply stated  "if it's not in Article I Section 8, then Congress

3   can't do it."

4        The only potential "wiggle room" is found in the 'necessary and proper' clause at

5   the end of Article 1, Section 8.  The 'necessary and proper' clause permits Congress to

6   pass legislation that is related to other permissible and constitutional legislation within the

7   scope of Congress' powers.  For that clause to be applicable Congress must have been

8   acting within the scope of it's legal  authority in passing the related legislation.  In the

9   present case, the legislation at issue was never within the Constitutional limits of

10  Congressional power and therefore cannot be saved by the 'necessary and proper' clause.

11       Article 1, Section 8 of the United States Constitution states as follows:

12
13      The Congress shall have power to lay and collect taxes,
    duties, imposts and excises, to pay the debts and provide for
    the common defense and general welfare of the United States;
14  but all duties, imposts and excises shall be uniform
    throughout the United States;

15      To borrow money on the credit of the United States;

16      To regulate commerce with foreign nations, and among the
    several states, and with the Indian tribes;
17
18      To establish a uniform rule of naturalization, and uniform
    laws on the subject of bankruptcies throughout the United
    States;
19
20      To coin money, regulate the value thereof, and of foreign
    coin, and fix the standard of weights and measures;

21      To provide for the punishment of counterfeiting the securities
    and current coin of the United States;
22
23      To establish post offices and post roads;

24      To promote the progress of science and useful arts, by
    securing for limited times to authors and inventors the
    exclusive right to their respective writings and discoveries;
25
26      To constitute tribunals inferior to the Supreme Court;

27      To define and punish piracies and felonies committed on the
    high seas, and offenses against the law of nations;

28                                 5

To declare war, grant letters of marque and reprisal, and make rules concerning captures on land and water;

To raise and support armies, but no appropriation of money to that use shall be for a longer term than two years;

To provide and maintain a navy;

To make rules for the government and regulation of the land and naval forces;

To provide for calling forth the militia to execute the laws of the union, suppress insurrections and repel invasions;

To provide for organizing, arming, and disciplining, the militia, and for governing such part of them as may be employed in the service of the United States, reserving to the states respectively, the appointment of the officers, and the authority of training the militia according to the discipline prescribed by Congress;

To exercise exclusive legislation in all cases whatsoever, over such District (not exceeding ten miles square) as may, by cession of particular states, and the acceptance of Congress, become the seat of the government of the United States, and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the erection of forts, magazines, arsenals, dockyards, and other needful buildings;--And

To make all laws which shall be necessary and proper for carrying into execution the foregoing powers, and all other powers vested by this Constitution in the government of the United States, or in any department or officer thereof.

These are the limits of Congressional authority in the United States of America. The Congress has no legal authority to grant "enhanced powers" to the President of the United States. The United States Constitution specifically prevents the Congress from "passing any law it chooses."

The Constitutional powers and authority of the President of the United States are derived from Article II of the Constitution. The powers of the President are both defined and limited by Article II of the Constitution. In the American Democracy, the President does not "make the laws." The Congress is the legislative branch of government and it

"makes the laws." The President is the 'commander in chief' of the armed forces but there is no language in Article II of the Constitution that gives any President the right to enact laws.

The Congress and the President cannot exchange their various powers with each other. The Constitution is the result of a "three way bargain" between the Federal Government, the States, and the people of the United States. Both the President and the Congress are bound by the limits of the original agreement as set forth in the United States Constitution. The purpose of the Constitution is to limit the government not the people.

## IV. The Terrorism Related Post 911 Legislation is Unconstitutional

### A. Presidential Directive 51

Presidential Directive 51 has been very well hidden from the general public. The same "directive" is also known as the "Continuity of Government Plan" and is also referred to as "Executive Orders 51 and 20." This lawsuit seeks a Temporary Restraining Order, Preliminary and Permanent Injunctions and a Declaration of Judgement as to every possible name ascribed to Martial Law in America.

Presidential Directive 51 contains no specifics about what our government is actually doing. The American people are left with the vague and constitutionally inadequate language of a hidden coup d'etat. Presidential Directive 51 defines an "Enduring Constitutional Government" as a cooperative effort among the executive, legislative, and judicial branches of government. THAT LANGUAGE ESTABLISHES MARTIAL LAW IN AMERICA DISGUISED IN LEGALESE.

Presidential Directive 51 was signed on May 4, 2007 and allegedly published on May 9, 2007. The only "national emergency" that existed in May of 2007 was the imminent election of Democrats. Presidential Directive 51 is an attempt to replicate Adolph Hitler's "legalized power grab" from 1933. Using the word "constitutional" in Presidential Directive 51 does not make this "directive" lawful or Constitutional in any

respect.  This outrageous power grab emasculates any legitimate purpose for any
Continuity of Government plan.  The concept of Continuity of Government arises from a
decades old concern of President Reagan that a nuclear attack could wipe out the entire
government all at the same time.  Those are NOT the facts that the United States faces or
has faced.  The entire program is an abuse of power that is used to target political dissent.
This is a disguised coup d'etat.

Presidential Directive 51 violates Article II of the Constitution.  The President
does not have the legal authority to enact this "directive."  Neither President Bush nor
President Obama have ever had the constitutional authority to extend a 'silent' martial
law decree.  Any purported grant of authority by Congress violates Article I, Section 8 of
the Constitution.   Presidential Directive 51 violates the privileges and immunities clause,
the equal protection clause, and the due process clause of the 5th Amendment to the
Constitution.  The application of Presidential Directive 51 in Arizona violates the 14th
Amendment to the Constitution for all of the same reasons.

There is no possible Constitutional basis for Martial Law in America.

**B.  The National Emergencies Act**

The National Emergencies Act was enacted in 1976 and is found at 50 U.S.C. §
1601-1651.  50 U.S.C. §§ 1621 and 1622 are the statutory basis for Presidential Directive
51 as well as the statutory basis upon which President's Bush and Obama have continued
the Martial Law decree.  The National Emergencies Act is Unconstitutional on it's face
and as applied to the facts.

50 U.S.C. § 1621 purports to grant the President the authority to declare any
national emergency.  Article I, Section 8 of the Constitution does not grant Congress the
authority to give the President the unilateral right to declare a national emergency.
Similarly, Article II of the Constitution does not give the President the power to enact any
laws related to any "national emergency."

50 U.S.C. 1622 is even more problematic.  The termination methods for a declared

1  national emergency are a farce.  First, the statute is "backwards."  It calls for a declared

2  emergency to remain in effect forever unless terminated.  A permanent emergency is an

3  oxymoron.  A joint resolution of Congress is impossible in the United States at this point.

4  President Bush was forced to sign Presidential Directive 51 because of the imminent

5  election of Democrats and President Obama has been forced to continue the hidden state

6  of Martial Law in America.  Nice try, but this is exactly what the Founding Fathers

7  intended to prevent and did prevent in drafting the Constitution.

8       No one person not even a President can unilaterally declare Martial Law in

9  America forever.  The Constitution vests the legislative authority with the Congress.

10  Neither the President nor the Congress could ever possibly "suspend" the Constitution.

11  The Constitution creates the Federal Government, and the suspension of the Constitution

12  terminates all rights of the Federal Government.  Suspension of the Constitution is

13  impossible.  The National Emergencies Act is unconstitutional on it's face and as applied.

14   There is no national emergency and the American people have already endured far too

15  many years of this corruption.

16       **C. The Patriot Act**

17       The Patriot Act is found at 50 U.S.C. 1801-1885c.  The chapter name of the

18  legislation is "Foreign Intelligence Surveillance."  There is nothing at all about the Patriot

19  Act that authorizes it's use on private American citizen who happen to be either

20  Democrats or anti war or both.  This has been an outrageous abuse of power built on a

21  criminal set of lies.  Article I, Section 8 does not grant Congress the authority to pass the

22  Patriot Act.  Article II of the Constitution does not grant any President the legal right to

23  implement the Patriot Act.

24       The scare tactics are exposed.  Osama bin Laden could never have attacked

25  America from a cave in Afghanistan.  Immediately after the September 11, 2001 attacks,

26  President Bush blamed "Islamic terrorists" just like Adolph Hitler blamed "the

27  Communists" for the Reichstag Fire.  (Plaintiffs again note that President Bush was

28                                  9

1   forced and is personally a victim of this criminal enterprise.)  The idea of terrorist attacks
2   on government buildings is right out of the "Hitler playbook."  Congress cannot suspend
3   the Constitution for any reason and certainly not as part of a conspiracy to overthrow the
4   duly elected government of the United States.

5          The Patriot Act violates most of the Constitution.  It violates the first amendment
6   in terms of freedom of speech.  It violates the fourth, fifth, sixth, and fourteenth
7   amendments to the Constitution with respect to due process, search and seizure, equal
8   protection, privileges and immunities, and right to counsel  There is no use of the Patriot
9   Act against private citizens that is lawful or constitutional.  The use of the Patriot Act as a
10  part of a larger plan to subvert the Constitution and overthrow the duly elected
11  government of the United States is also unconstitutional as a matter of law.

12         **D.  The Homeland Security Act**

13         The Homeland Security Act is found at Title 6 of the United States Code, 6 U.S.C.
14  §§ 101-1405.  The legislation was enacted in response to an "inside job terrorist" and is
15  part of a larger plan to overthrow the duly elected government of the United States.  The
16  last four Presidential elections have been nullified.  Congress did not have the
17  constitutional authority to pass the Homeland Security Act and there is no provision of
18  Article I, Section 8 of the Constitution that can "save" this legislation.  The 'necessary
19  and proper' clause cannot apply since there is no underlying legal or constitutional basis
20  for the legislation.  Moreover, there is no "related" legislation that falls within the
21  legitimate constitutional authority of Congress.

22         **E.  The Federal Reserve Act of 1913**

23         The Federal Reserve Act is found at 12 U.S.C §§ 221-521.  The Federal Reserve
24  Act and the Federal Reserve System is the single biggest source of the structural problems
25  faced by the United States.  Congress NEVER had the authority to pass the Federal
26  Reserve Act.  Article I, Section 8 does not give the Congress the power to delegate
27  control over the money supply to others.  The Constitution does not permit Congress to

28                                              10

1   create a private corporation to control our money supply.

2       The language in Article I, Section 8 granting Congress the authority to borrow

3   money on the credit of the United States does not permit the creation of a privately owned

4   "central bank." Congress is also permitted to "coin money" but there is no provision of

5   the Constitution that permits the delegation of that responsibility to a private corporation

6   or anyone else. The 'necessary and proper' clause is inapplicable. It is neither

7   'necessary' nor 'proper' for Congress to delegate the authority to coin money to a

8   privately held banking conglomerate. For these reasons, the Federal Reserve Act is

9   unconstitutional on it's face.

10      The Ninth Circuit Court of Appeals has already correctly ruled that the Federal

11  Reserve is a private corporation. *Lewis v. United States, 680 F.2d 1239 (1982)* arose in

12  the context of a Federal Tort Claim but the factual analysis of the Ninth Circuit of

13  Appeals is applicable to the present facts. The Federal Reserve is a private corporation

14  based on the facts related to how it operates. The *Lewis* Court addressed the legislative

15  history of the Federal Reserve and the lack of control retained by Congress. The Lewis

16  Court examined the operations of the boards of directors and the daily operations of the

17  banks themselves. The fact that the Federal Reserve regulates it's member banks does

18  not transform the banks or the Federal Reserve into public agencies. The *Lewis* Court did

19  everything except hold the statutes unconstitutional. The issue of Constitutionality was

20  not present in Lewis, and plaintiffs therefore raise the identical factual and legal

21  arguments in this case.

22      The Federal Reserve Act is also unconstitutional as applied to the facts of this

23  case. The Federal Reserve as a 100 year history of financing both sides of the Wars that

24  have entangled the American people. The Federal Reserve financed the 911 attacks on

25  American soil. The Federal Reserve "nuked" New York City. The Federal Reserve is the

26  major engineer of this conspiracy to overthrow the duly elected government of the United

27  States. The Federal Reserve is a "killing machine" that has killed every politician that has

28                                              11

1  ever dared to challenge it's constitutional legitimacy.  International Bankers have been
2  involved in every Presidential assassination in American history.  Abraham Lincoln was
3  the first President known to be assassinated by the International Bankers.

4      Andrew Jackson, our seventh President, fought the International Bankers, and
5  survived the first Presidential assassination attempt in American history on January 30,
6  1935.   President James A. Garfield opposed the International Bankers and was
7  assassinated on September 19, 1881, six months after taking office.  Three other
8  Presidents died under suspicious circumstances during the 1840's.  President William
9  Henry Harrison, President Zachary Taylor, and President James K. Polk all died of
10  mysterious stomach related aliments.

11      President William McKinley opposed the International Bankers and was
12  assassinated on September 6, 1901.  On June 4, 1963 President Kennedy signed
13  Executive Order 1110.  Executive Order 1110 has never been repealed to our knowledge.
14  President Kennedy gave the Department of Treasury the power to issue silver certificates.
15  President Kennedy gave the United States the ability to print it's own money shortly
16  before his assassination.

17      The history of the Federal Reserve and the International Bankers that own it is
18  very grim.  If the Federal Reserve were constitutional in any respect, then America would
19  not have a "killing field" full of Presidents.

20  **V.  The Arizona Statutes At Issue Are Unconstitutional As A Matter Of Law**

21      **A.  Election And Voting Issues**

22      In *Arizona et. al. v. The  Inter Tribal Council of Arizona, Inc. et. al. 133 S. Ct.*
23  *2247 (2013)*, the United States Supreme Court specifically held that Arizona's proof of
24  citizenship requirement in order to register to vote is unconstitutional as applied the
25  Federal Voter Registration forms authorized by law.  The Supreme Court invited the State
26  of Arizona to apply for a formal waiver as other states have done.  The astonishing
27  response of the State of Arizona to an adverse ruling from the United States Supreme

28                                   12

1  Court was to "split the ballot" such that persons registering to vote in Arizona using the
2  Federal forms could not vote in state level elections.
3        The very act of "splitting the ballot" violates the rule of law set forth by the
4  Supreme Court in the very same case.  Arizona has intentionally created it's own
5  quagmire. The issue now before this Court is the unconstitutionality of the State of
6  Arizona voter registration forms and related statutes. Splitting the ballot violates the
7  privileges and immunities clause, the due process clause, and the equal protection clause
8  of the 14th Amendment to the Constitution.  "Splitting the ballot" renders any
9  requirement of proof of citizenship to register to vote unconstitutional.  Arizona cannot
10 create separate classes of voters with different legal rights.   Arizona Revised Statute
11 16-166F is unconstitional as a matter of law.
12       Proposition 200 is the ballot initiative approved in the disputed 2004 election that
13 approved the conept of Voter I.D. at the polls.  Proposition 200 also contained the "proof
14 of citizenship" requirement discussed above.  Arizona Revised Statute 16-579 is the law
15 purportedly passed by the voters.  Subsection A.1. is directly on point.  The issue for
16 many voters on election day is not limited to the Photo I.D. itself.  Arizona recognizes
17 that not all voters have Photo identification as specified.  A.R.S. 16-579 allows alternative
18 identification in the form of ***two different items that contain the name and address of***
19 ***the elector that reasonably appear to be the same as the name and address in the***
20 ***precinct register."***
21       The State of Arizona has actually implemented a different set of laws than
22 contained in A.R.S. 16-579 and has abused the "pre clearance" of the Voting Rights Act
23 for many years in the process.   Arizona Revised Statutes 16-452 has historically been
24 part of the pre clearance process of the Voting Rights Act.  Any changes that were
25 formerly subject to pre clearance were to be submitted to the Department of Justice for
26 approval. Arizona used this process to implement the far more restrictive set of voting
27 requirements.  The actual list of alternative identification is found in a 400 page Secretary

28                                       13

1  of State's Election Procedures Manual.  A true and correct copy of the 2014 version is

2  Exhibit 1 to this brief.

3      Exhibit 1 is NOT what Proposition 200 provided.   This entire "scheme" is

4  intentionally confusing and unconstitutional as a matter of law.  It violates the equal

5  protection clause and the privileges and immunities clauses of the 14th Amendment.

6  Arizona election officials have brazenly changed State law through an 'illegal back door'

7  in order to suppress the vote.  Both statutes and the Secretary of State's Election

8  Procedures Manual violate the Voting Rights Act.   A.R.S.16-579 and 16-452 are both

9  unconstitutional as a matter of law.

10      **B. Supremacy Clause and Separation of Powers Issues**

11      A common theme exists among several of the constitutional challenges plaintiffs

12  raise with respect to Arizona law.  There are two Arizona Constitutional amendments at

13  issue and one Arizona Statute.

14      Arizona Constitution Article 30 violates the United States Constitution.  The

15  Supreme Court decision in *Obergefell v. Hodges, 576 U.S. ___ , 135 S. Ct. 2584 (2015)*

16  resolved the issue of 'gay marriage' nationwide.  The Arizona Constitutional

17  provision fails as matter of law.

18      Arizona Constitution Article 2, Section 3 is unconstitutional as a matter of law.

19  The Arizona "sovereignty" amendment misunderstands the nature of the "three way

20  bargain" made at statehood in 1912.  The State of Arizona derives it's limited

21  constitutional authority from a "three way deal" executed in 1912 when Arizona became a

22  state.  The Arizona Constitution cannot be amended to give Arizona any authority over

23  the Federal Government. The voters of Arizona cannot go back on the underlying deal

24  that created statehood.  The issue of "who checks whose balance" is part of that original

25  deal. This not a proper subject of legislation, state constitutional amendments, or ballot

26  initiatives.  The individual states never owned the full sovereignty, **the people own the**

27  **underlying sovereignty**. A proper distinction between the people of the state of Arizona

28

1   and the legal entity the "State of Arizona" is the key to a proper analysis.

2   The same analysis applies to the last remaining piece of the "papers please" law.

3   Arizona Revised Statute 11-1051(B) is unconstitutional both on it's face and as applied. The

4   'papers please' law is federally preempted and violates the separation of powers clauses.

5   In this regard, plaintiffs legal argument has not been previously raised as far as we know.

6   Any constitutional issue related to sovereignty, federal pre emption, or separation of

7   powers was effectively decided at statehood.  These issues cannot be "changed" by the

8   State of Arizona.  The Constitution is certainly subject to further interpretation by the

9   Courts; and federal law is subject to further amendment by Congress.  The State of

10   Arizona has no role in such matters and cannot "make changes."

11   The people of Arizona have a contract that granted the Federal Government

12   exclusive authority over immigration enforcement.  The original contract in a

13   representative democracy conveyed the right to the federal government and federal courts

14   to determine legal and constitutional issues.  The people of the State of Arizona already

15   decided these issues 1912 when the contract was made at statehood.  Separation of

16   powers has already been decided and is not up for negotiation or legislation.   The

17   Supremacy Clause and separation of powers are part of the inherent bargain that goes

18   with being one of the fifty states.

19   **VI. Arizona's Mischief Triggers The Full Protections Of The Voting Rights Act**

20   The Voting Rights Act, 52 U.S.C.§ 10101(a)(1) is the federal statute defining

21   voting rights.  Simply stated "all citizens of the United States qualified to vote shall be

22   entitled to vote without distinct of race, . . . .any constitution, law, custom, usage, or

23   regulation of any State."  Qualified to vote means eligible to register.  52 U.S.C. § 10101

24   (a)(2)(a) requires that voting laws must be uniform throughout the State.  "Splitting the

25   ballot" because of  a legal dispute with the highest court in the land and punishing

26   innocent voters in the process, is a clear violation of the Voting Rights Act.  Arizona's

27   malicious conduct triggers Federal Observers under the Voting Rights Act and a take over

28

1  by the Federal Government of Arizona's election process.   52 U.S.C. §10101C permits
2  injunctive and preventative relief.   Plaintiff Janis Kaighn has not yet registered to vote.

**VII.  Plaintiffs Are Entitled To Immediate Injunctive Relief Barring Criminal**
**Charges**

5  Both plaintiffs meet the legal standards to prospectively enjoin future criminal
6  charges. Plaintiff Gregory R. Kaighn meets the legal standards a Temporary Restraining
7  Order and Preliminary Injunction stopping the pending criminals charges.  The fact that
8  such frivolous and petty charges have been filed shows that virtually everything that we
9  say in this case is true.   The material allegations are beyond dispute.

10  In order to obtain the equitable relief sought, plaintiffs must fall within an
11  exception to the "Anti Injunction Act," 28 U.S.C. § 2283.  Section 2283 states: "A court
12  of the United States may not grant an injunction to stay proceedings in a State court
13  except as expressly authorized by Act of Congress, or where necessary in aid of its
14  jurisdiction, or to protect or effectuate its judgments."

15  In *Mitchum v. Foster, 407 U.S. 225 (1972)*, the United States Supreme Court
16  considered the Anti Injunction Act in connection with a Civil Rights Claim brought under
17  42 U.S.C. § 1983.  The Court expressly held that a claim under the Civil Rights Act falls
18  within an exception to the Anti Injunction Act.  There is no legal barrier to injunctive
19  relief.

20  The *Mitchum* Court resolved the apparent conflict between the Anti Injunction Act
21  and the Supreme Court decision in *Younger v. Harris, 401 U.S. 37 (1971)* and approved
22  the *Younger* standard.  A plaintiffs seeking an injunction against pending state criminal
23  proceedings must show that a state court defense will not adequately protect his federal
24  rights because of bad faith, harassment, or other unusual circumstance.  The *Mitchum*
25  noted "this Court long ago recognized that federal injunctive relief against a state court
26  proceeding can, in some circumstances, be essential to prevent great, immediate, and
27  irreparable loss of a person's constitutional rights." (citations not repeated)

28  16

1    The pending criminal charges are less than petty, completely false, and politically

2    motivated.  The police report, Exhibit 2 to the Declaration of Janis Kaighn shows a phone

3    number for plaintiff of 928-830-2040.  That phone number has been out of service for

4    eight years and was previously used for politics.  Neither plaintiff has had any prior

5    contact with the City of Prescott police.  There is no question that "the old cell phone

6    number" came from the elections process.  There is no question that these politically

7    moti8vated charges violate plaintiffs constitutional and civil rights.  Defendants conduct

8    violates the due process, equal protection, and privileges and immunities clauses

9    applicable through the 14th Amendment to the Constitution of the United States.

10    The problem is not defending against frivolous charges or allegations.  The

11    problem is being physically harmed or killed either in Court or on the way.  On July 19,

12    2015, a taser was pulled on plaintiff by a Sheriffs Deputy during oral argument in what

13    should have been a routine law and motion matter in Sacramento, California.  The

14    purpose of these petty misdemeanor and corruptly false charges IS NOT to cause a

15    criminal record. The purpose IS NOT to cost plaintiffs substantial money.  The purpose

16    IS NOT a maximum six month jail sentence and $2500 fine.  The purpose is to stop this

17    lawsuit.  The purpose is to cause bodily harm. The purpose is to continue to use

18    prosecutorial power for political vendettas.   The pending criminal case must be stopped

19    immediately in order to avoid irreparable harm.  Wells Fargo knows that the Federal

20    Reserve Act is unconstitutional.  Respectfully submitted,

21    Dated: April 25, 2016

22

23    By

24    Gregory R. Kaighn
      Janis Kaighn
25

26

27

28                                                17

Exhibit A, from the 2014 version of the Secretary of State Election Procedures
Manual

The elector shall present acceptable identification that:

      1. bears the name, address, and photograph of the elector (see
      List 1 below) or
      2. two different forms of identification that bear the name and
      address of the elector (see List 2 below) or
      3. one form of acceptable photo identification with one form of
      non-photo identification that bears the name and address of the
      elector (see List 3 below)

An elector who does not provide acceptable proof of identification
shall not be issued a regular ballot, but shall receive a conditional
provisional ballot. If the elector identifies himself or herself as a
Native American, the elector shall be processed under the section
of this procedure titled "Identification Requirements for Native
American Electors." All others shall be processed under the
section of this procedure titled "Conditional Provisional Ballot for
No Identification."

Acceptable proof of identification includes but is not limited to the
sources listed below. Other forms of identification not on this list must
be deemed acceptable by the county election official in charge of
elections and must establish the identity of the elector in accordance
with the requirements of

List 1 - Acceptable Forms of Identification with Photograph, Name, and
Address of the Elector

Valid Arizona driver license
Valid Arizona nonoperating identification license
Tribal enrollment card or other form of tribal identification
Valid United States federal, state, or local government issued
identification
An identification is "valid" unless it can be determined on its face that
it has expired.

List 2 - Acceptable Forms of Identification Without a Photograph
that Bear the Name and Address of the Elector (Two Different

Forms Required; May Be Presented in Paper and/or Electronic
Format)
Utility bill of the elector that is dated within 90 days of the date
of the election. A utility bill may be for electric, gas, water, solid
waste, sewer, telephone, cellular phone, or cable television
Bank or credit union statement that is dated within 90 days of
the date of the election
Valid Arizona Vehicle Registration
Indian census card
Property tax statement of the elector's residence
Tribal enrollment card or other form of tribal identification

Arizona vehicle insurance card, Recorder's Certificate,
Valid United States federal, state, or local government issued
identification, including a voter registration card issued by the
County Recorder

Any mailing to the elector marked "Official Election Material"
An identification is "valid" unless it can be determined on its face
that it has expired. All items from List 2 may be presented to the
poll workers in electronic format, including on a smart phone or
tablet.

List 3 - Acceptable Forms of Identification, One Identification
with Name and Photo of the Elector Accompanied By One Non-
Photo Identification with Name and Address

Any valid photo identification from List 1 in which the address
does not reasonably match the precinct register accompanied by a
non-photo identification from List 2 in which the address does
reasonably match the precinct register

U.S. Passport without address and one valid item from List 2
U.S. Military identification without address and one valid item
from
List 2
Arizona vehicle insurance card
Recorder's Certificate

Valid United States federal, state, or local government issued
identification,

including a voter registration card issued by the County Recorder

Any mailing to the elector marked "Official Election Material"

An identification is "valid" unless it can be determined on its face that it has expired. All items from List 2 may be presented to the poll workers in electronic format, including on a smart phone or tablet.

List 3 - Acceptable Forms of Identification, One Identification with Name and Photo of the Elector Accompanied By One Non-Photo Identification with Name and Address

Any valid photo identification from List 1 in which the address does not reasonably match the precinct register accompanied by a non-photo identification from List 2 in which the address does reasonably match the precinct register

U.S. Passport without address and one valid item from List 2. U.S. Military identification without address and one valid item from List 2  An identification is "valid" unless it can be determined on its face that it has expired.