FILED ___ LODGED ✓
RECEIVED ___ COPY

APR 2 5 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Janis Kaighn, Gregory R. Kaighn<br><br>Plaintiffs,<br><br>vs.<br><br>United States of America, State of Arizona, City of Prescott, Yavapai County, Prescott City Court, Sheila Polk, Yavapai County Attorney in her official capacity, Jon Paladini, Prescott City Attorney in his official capacity, Glenn Savona, Prescott Deputy City Attorney in his official capacity, Andy Reinhardt, City of Prescott Deputy Police Chief in his official capacity,<br><br>Defendants. | CASE NO: CV-16-08079-PCT-SPL<br><br>(PROPOSED) ORDER GRANTING PLAINTIFFS MOTIONS FOR PRELIMINARY INJUNCTIONS |

Plaintiffs Janis Kaighn and Gregory R. Kaighn's Motions For Preliminary Injunctions enjoining further enforcement of various Federal and Arizona statutes as set forth in the Verified Complaint filed in this case having been fully brief by the parties and duly considered by the Court, the Court finds that plaintiffs have met their burden of establishing their right to preliminary injunctions. Plaintiffs are likely to prevail on the merits and it is very likely that Court will find the statutes at issue to be unconstitutional. Defendants are enjoined from any further enforcement of the following statutes pending final judgement in this action.

1. Presidential Directive 51
2. The National Emergencies Act
3. The Homeland Security Act

   4. The Patriot Act

   5. The Federal Reserve Act

   6. Arizona Revised Statutes 16-579, 16-452, 16-166F, 11-1051B, Arizona Constitution Article 30, and Arizona Constitution Article 2, Section 3

   7. Pursuant to the Voting Rights Act, the Court appoints Federal Observers and hereby enjoins the State of Arizona from 'splitting the ballot' and limiting the voting rights of citizens that have registered to vote using the Federal Voter Registration forms. The Court further orders that the Department of Justice take jurisdiction over the entire State of Arizona elections process.

   Dated:

                                          By
                                              Judge of the District Court