1   Gregory R. Kaighn
    Janis Kaighn
2   861 Crystal View Drive
    Prescott, AZ 86301
3   telephone: (928) 227-3729
    email: greg.kaighn@gmail.com
4
    Plaintiffs in pro per
5

6

7               UNITED STATES DISTRICT COURT

8                     DISTRICT OF ARIZONA

9   Janis Kaighn, Gregory R. Kaighn      )   CASE NO:   CV-16-08079-PCT-SPL
                                         )
10              Plaintiffs,              )
         vs.                             )
11                                       )
    United States of America, State of   )   DECLARATION OF JANIS KAIGHN
12  Arizona, City of Prescott, Yavapai   )   IN SUPPORT OF PLAINTIFFS
    County, Prescott City Court, Sheila Polk, ) MOTION(S) FOR TEMPORARY
13  Yavapai County Attorney in her official )  RESTRAINING ORDERS,
    capacity, Jon Paladini, Prescott City )    PRELIMINARY INJUNCTIONS,
14  Attorney in his official capacity, Glenn ) PERMANENT INJUNCTIONS, AND
    Savona, Prescott Deputy City Attorney in ) DECLARATIONS OF JUDGEMENT
15  his official capacity, Andy Reinhardt, )
    City of Prescott Deputy Police Chief in )  Oral Argument Requested By
16  his official capacity,               )   Telephone (Local Rule 7.2 (f) and (h))
                                         )
17                                       )
                Defendants.              )
18

19  I, Janis Kaighn declare as follows:

20      1. I am one of the plaintiffs in this action. I make this declaration based on my own

21  personal knowledge and under penalty of perjury under the laws of the United States and the

22  State of Arizona. If called as a witness I can and will provide competent testimony in this matter.

23      2. Exhibit 1 to this Declaration are two pages that my husband received in the mail from

24  the **City of Prescott and postmarked April 18, 2016**. I opened the mail and saved the

25  envelope. The envelope from the City of Prescott is attached and included as part of Exhibit 1.

26      3. Exhibit 2 to this Declaration are the documents purporting to be "the police report."

27

28                                      1

1    These were emailed to me by the City Attorney's Office on April 21, 2016. I requested the

2    documents in person on April 20, 2016 but there was no report available at that time.

3        4.  Exhibit 3 to this Declaration is a true and correct copy of the on line information from

4    Wells Fargo Bank concerning the deposit. My husband and I downloaded this document on

5    3/24/16 as noted in the upper left hand portion.  Later that same day Wells Fargo terminated all

6    of our on line access.  The documents very clearly show a check properly written for $200.00 and

7    a deposit credit of only $20.00.  Our Wells Fargo account is a JOINT ACCOUNT and I have full

8    authority with respect to any matter.

9        5.  Exhibit 4 attached hereto is a true and correct copy of a letter we received dated March

10   25, 2016.  Wells Fargo has decided to close our bank accounts.

11       6.  Exhibit 5 attached hereto is a true and correct copy of a letter we received from Wells

12   Fargo dated April 13, 2016.  Wells Fargo finally admits the obvious; the documents prove that

13   my husband and I were right all along.

14       7.  I was present during this entire incident.  My husband and I went into the bank and

15   were greeted by a very obnoxious young lady.   She was not a bank teller, she was just greeting

16   customers as they entered the bank.  We were told to wait in the lobby for the bank manager and

17   we did so.  The surveillance video will show that to be true.  When the young lady got "mouthy"

18   the bank manager charged at us from the back of the bank.  It was very clear that he already knew

19   who we were.  Instead of talking to us about a mishandled check in private, the bank manager

20   caused a confrontation in public.  He slapped at the documents that we had and he threw us out

21   of the bank.  The bank manager was in total control at all times and that is why he wont produce

22   the video.

23       8.  This case and this police report are false and outrageous.  Officer Carroll was abusive

24   at best.  Three officers came to our home in full flack jackets and were hiding at the front door as

25   if to 'break it down.'  Officer Carroll said that "if it were up to me, you (Greg) would be in the

26   back of the car."   He clearly did not have anything upon which to arrest my husband and no

27

28                                          2

1   citation was ever written.  The Officers did not leave the first two times that my husband and I

2   told them too.  The delay between March 22, 2016 and April 18, 2016 shows how "trumped up"

3   these charges are.

4     9.  The Officers also questioned the validity of our marriage.  I have never heard of any

5   law enforcement officer making a point over whether or not someone is legally married.  These

6   Officers were all about harassment and nothing else.  The Officers did not know that I was

7   present with my husband throughout the incident.  They refused to relent even when it was clear

8   that the bank manager was lying.  The Officers took no notes and just stood at our front door and

9   their hands near their guns ready to kill us.

10    10.  These police officers are very dangerous, especially Officer Carroll.  He knows that

11  this whole thing is a fraud.  The envelope containing these "bogus charges" was mailed by the

12  City Attorney and not the Court.  Everyone knows better than that.  I was at the Courthouse and

13  saw the Court Clerks.  Yavapai County and Judge Mary Hamm fully intend to allow this

14  fraudulent process to continue.  County Attorney Sheila Polk fully intends to allow this process

15  to continue.

16    11.  The Court needs to protect both my husband and me.  This nightmare started because

17  law enforcement refused to honor my domestic violence restraining orders.  I want every single

18  law enforcement person involved in this case arrested.  I could be the next person that sees

19  completely corrupt criminal charges.  Both our lives are in very grave danger and these people

20  have proven themselves to be capable of any level of criminal conduct, including murder.

21    Dated:  April 25, 2016

22         By  *Janis Kaighn*

23         Janis Kaighn

24

25

26

27

28          3

677b

**PHONE (928) 777-1283**

**PRESCOTT CITY COURT, ROOM 103, YAVAPAI COUNTY COURTHOUSE, P.O. BOX 2059, PRESCOTT, AZ 86302**

| STATE OF ARIZONA vs.<br>**GREGORY KAIGHN**<br>**861 Crystal View Dr.**<br>**Prescott, AZ 86301**<br><br>——————**DEFENDANT** | CASE NO.<br>*M1343 CM 2016 000300* | **SUMMONS** |

**THE STATE OF ARIZONA TO DEFENDANT:**

      A complaint has been filed against you in this Court charging that in Prescott, Yavapai County, Arizona, you committed the crime of:

**Threats and intimidation, in violation of Section 13-1202(A)(1), Arizona Revised Statutes, a Class 1 misdemeanor**

YOU ARE SUMMONED to appear before this Court at the above address within 30 days of service on a Tuesday or Wednesday at 9:00 AM. IF YOU FAIL TO APPEAR AS REQUIRED, A WARRANT WILL BE ISSUED FOR YOUR ARREST. Requests for reasonable accommodations for persons with disabilities must be made to the Court by parties at least three (3) working days in advance of a scheduled court proceeding.

DATED: _April 11, 2016_        _Mary E. Hamm_
                                                  Judge/Clerk

---

**CERTIFICATE OF PERSONAL SERVICE**

STATE OF ARIZONA     )
COUNTY OF _____ ) ss.

I swear that I personally served this document as follows:

Date Received _____ Date Served _____ Time Served _____

Person Served _____

Location Where Served _____

_____ Precinct, _____ County

                                       Officer Serving Document

SUBSCRIBED AND SWORN to before me this date: _____

      My Commission Expires: _____

                                             Notary Public

---

**CERTIFICATE OF SERVICE BY MAILING**

I certify that a copy of this document was sent by U.S. mail, to Defendant at the above-listed address.

DATED: _4-18-16_        _KB_
                                             Clerk

☐ (If applicable) Prosecutor notified of non-service on _____
                                    (date)

DR#16-8437

EX 1

FILED

APR 11 2016

PRESCOTT JUSTICE/CITY COURT
BY_____

1  PRESCOTT CITY PROSECUTOR
   221 S. Cortez
2  Prescott, Arizona 86303
      (928) 777-1283

3  GLENN A. SAVONA
   Az. State Bar No.: 011969

IN THE CITY COURT OF THE CITY OF PRESCOTT

COUNTY OF YAVAPAI, STATE OF ARIZONA

STATE OF ARIZONA            )   No. M1343CM201600300
                            )
            Plaintiff,      )
                            )
      -vs-                  )   COMPLAINT
                            )
GREGORY KAIGHN,             )
                            )
            Defendant       )
_____)

The Complainant, _DET. GLADSTEIN_ herein personally appears and being first duly sworn, complains (on information and belief as investigated by the Prescott Police Department) against Gregory Kaighn, charging that:

On or about March 22, 2016, in Prescott, Yavapai County, Arizona, the defendant did threaten or intimidate by word or conduct to cause physical injury to another person or serious damage to the property of another, to wit: Defendant threatened and/or intimidated the other employee(s) located at the place where the incident occurred and threatened the victim M.U., in violation of Section 13-1202A1, Arizona Revised Statutes, a Class 1 misdemeanor.

GLADSTEIN  3/6
Prescott Police Department

Subscribed and sworn to before me this 11 day of April, 2016.

Mave E. Hamm
Judge of Prescott City Court

CITY OF PRESCOTT
*Everybody's Hometown*
ARIZONA

201 S. CORTEZ STREET
PRESCOTT, ARIZONA 86303

RETURN SERVICE REQUESTED

1001800

Gregory Kaighn
861 Crystal View Dr
Prescott AZ 86301

UNITED STATES POSTAGE
PITNEY BOWES

02 1P     $ 000.465
0003189520     AUG 10 2016
MAILED FROM ZIP CODE 86303



CITY OF PRESCOTT
ARIZONA
Everybody's Hometown

# PUBLIC RECORDS INSPECTION/COPY REQUEST
## CITY OF PRESCOTT, ARIZONA

Fax to (928) 777-1255 or Email dana.delong@prescott-az.gov

**Date:** 4-20-2016 **Name:** Janis Kaighn
**Address:** 861 Crystal View Dr.
**Phone:** 213-675-7387 **Email Address:**

## I.   PURPOSE: NON-COMMERCIAL
Charges for copies are $.25 per page plus mailing (additional charges may apply).

I hereby request (check the appropriate box)
☐ Record Inspection Only   ☐ Paper Copies   ☐ Computer Printout   ☐ Electronic Copies

of the following records:

DR# 16-8437

By signing here, you are certifying that this request is for <u>non-commercial</u> purposes unless Section II is completed below; and that you have read and understand the contents of ARS §39-121.03 which is printed on the REVERSE SIDE of this form

Signature

## II.   PURPOSE: COMMERCIAL
Charges for commercial requests are based on the value of the information requested plus $.25 per page, plus postage and handling if applicable.

**VERIFICATION:**  Specifically state the purpose of your request:

I, _____ declare that I have read ARS §39-121.03, which is printed on the REVERSE SIDE of this form, and understand the contents therein.

Signature

| FOR CITY USE ONLY | | | |
|---|---|---|---|
| Date Rec'd | Rec'd By | Dept App'l | Legal App'l |
| No. of Copies | Amount Charged | Date Provided | RECEIVED |

APR 2 0 2016

EX 2

Dissemination is restricted to
Criminal Justice Agencies ONLY
PRESCOTT POLICE DEPARTMENT
RELEASE TO:
CITY PROSECUTOR

## PRESCOTT POLICE DEPARTMENT OFFENSE REPORT   AZ 0130700

| REPORT TYPE: | FELONY ☐ | ATTEMPTED ☐ | CLASS CODE: | STATUTE: | D.R. CASE #: |
|---|---|---|---|---|---|
| *DISORDERLY CONDUCT* | MISD. ☐ | COMPLETED ☒ | 2430 | 13-2904A3 | 16-8437-000 |

**LOCATION OF OCCURRENCE (FULL ADDRESS) & (BUSINESS NAME IF APPLICABLE)** | LOCATION TYPE: | CONNECTING REPORT:

*3186  WILLOW CREEK RD PRESCOTT,AZ District/Zone: 22* | 02 |

**S U S P E C T**

NAME: LAST, FIRST, MIDDLE

*KAIGHN, GREGORY*

| DOB | AGE |
|---|---|
| *11/19/1959* | *56* |

| SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| *M* | *W* | ☐ HISPANIC  ☐ NON-HISPANIC | *5'09"* | *165-180* | *BLU* | *BLN* |

SUSPECT HOME PHONE | SUSPECT OCCUPATION

*UNK - (928) 830-2040*

ADDRESS:

*861  CRYSTAL VIEW DR PRESCOTT,AZ 86301*

PLACE OF EMPLOYMENT | EMPLOYER ADDRESS

EMPLOYER PHONE NUMBER | SUSPECT RELATIONSHIP TO VICTIM

*Victim Was Stranger*

RELATIONSHIP/SUSPECT TO OTHER OFFENSES (List Other Offenses)

*DIS CONDUCT/DISTURB THE PEACE*

| ADULT - ARRESTED | BOOKED | CITATION ☐ |
|---|---|---|
| YES ☐ |  |  |
| NO ☒ |  | CITATION # |

| JUVENILE - ARRESTED | REFERRAL | CITATION ☐ |
|---|---|---|
| YES ☐ |  |  |
| NO ☐ |  | CITATION # |

| OFFENDER  ALCOHOL | ☐ | IF CRIMINAL DAMAGE |  |
|---|---|---|---|
| USED:  DRUGS | ☐ | WAS IT GRAFFITI?  YES ☐ |  |
| COMPUTER EQUIPMENT ☐ | | NO ☐ |

PERSON REPORTING

*U.     M.*

PERSON REPORTING ADDRESS: | CITY | RESIDENCE PHONE: | EMPLOYER: | BUSINESS PHONE:

**V I C T I M**

NAME: LAST, FIRST, MIDDLE (OR FIRM NAME IF A BUSINESS)

*U.     M.*

| DOB | AGE |
|---|---|

| SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| *M* | *W* | ☐ HISPANIC  ☒ NON-HISPANIC | | | | |

VICTIM HOME PHONE | VICTIM OCCUPATION

ADDRESS:

PLACE OF EMPLOYMENT | BUSINESS PHONE

EMPLOYER ADDRESS

VICTIM RELATIONSHIP TO OFFENDER

*Victim Was Stranger*

| RELATIONSHIP/VICTIM TO OTHER OFFENSES (List Other Offenses Below) | 03/22/2016 | 09:11 |
|---|---|---|
| OTHER ASSLT/INTIMIDATION | 03/22/2016 | 09:11 |
|  | 03/22/2016 | 09:11 |

DATE OF BIRTH: | AGE

**VEHICLE**

| COLOR | YEAR | MAKE | MODEL | STYLE | LICENSE # | LICENSE STATE | YEAR |
|---|---|---|---|---|---|---|---|

NUMBER OF PREMISES ENTERED

METHOD OF ENTRY

☐ FORCED   ☒ NOT FORCED

**SYNOPSIS:**

*3-24-16ose*

*Routing to City Prosecutor*

*On 3/22/2016 at approximately 0911 hours, M      U      reported that Gregory Kaighn*

| TOTAL VALUE STOLEN: | TOTAL VALUE RECOVERED | PROPERTY CODE: | PROPERTY DAMAGE ☐ | CHECK IF MEDICAL EXAMINER NOTIFIED ☐ |
|---|---|---|---|---|
| *$0.00* | *$0.00* | *DOCUMENTS* | PROPERTY STOLEN ☐  VALUE *$0.00* | |

| Medical Information | ATTENDING PHYSICIAN: | HOSPITAL/MORTUARY: | AMBULANCE SERVICE/HOW TRANSPORTED: |
|---|---|---|---|

CASE STATUS:  ☐ INVESTIGATION CONTINUED   ☐ INVESTIGATION CONTINUED/ADULT PROCESSED   ☐ COMPLETED   ☐ CLEARED

| CLEARANCE STATUS | ☐ EXCEPTIONALLY CLEARED - ADULT | ☐ CLEARED ARREST - EXCEPTIONAL | ☐ UNFOUNDED | CLEARANCE DATE: *03/22/2016* |
|---|---|---|---|---|
| | ☐ CLEARED JUVENILE ARREST | ☐ CLEARED ARREST - EXCEPTIONAL | | |

| COPY TO: | ☒ CITY PROSECUTOR | ☐ JUVENILE PROBATION | ☐ LIQUOR CONTROL | ☐ PROPERTY & EVIDENCE | VICTIM'S RIGHTS FORM PROVIDED ☐ |
|---|---|---|---|---|---|
| | ☐ COUNTY ATTORNEY - ADULT | ☐ COUNTY ATTORNEY - JUVENILE | ☐ ADULT PROBATION | ☐ OTHER | PROSECUTION DESIRED ☐ |

| CLERK | SUPERVISOR'S APPROVAL | REPORTING OFFICER | ID # | PERSON REPORTING SIGNATURE |
|---|---|---|---|---|
| | *cl r40* | *CARROLL,TERRY* | *425* | |

859-101 | Revised 05/01/2008

**PRESCOTT POLICE DEPARTMENT OFFENSE REPORT**   AZ0130700

| NARRATIVE | 03/23/2016   13:05 | 16-8437-000 | 2 |

became disorderly while at the Wells Fargo bank located at 3186 Willow Creek Rd. Kaighn was contacted at his residence and provided a conflicting story.  Report will be long-formed to City Prosecutor for review. Investigation continues.

Narrative :

On 3/22/2016 at approximately 0911 hours, I was dispatched to the Wells Fargo bank located at 3186 Willow Creek Rd. for a disorderly male subject inside the bank. While en route to the bank I was advised by dispatch that the male subject in question had left the scene in a Grey passenger vehicle. Dispatch also advised me the male subject had also called in to dispatch  and was on the line. I advised dispatch to ask Kaighn to return to the bank in order to sort out the issue. Dispatch advised me that Kaighn refused to return to the bank.

Upon arrival to the bank I met and spoke with Breeana Summers who was a Personal Banker on scene when the incident occurred. Summers stated that a male subject came into the bank and deposited a check into the bank's ATM machine. Summers further stated that the male subject later identified as Gregory Kaighn became angry when he realized that the ATM machine read the check wrong. Summers stated that the check was written for  $200.00, however, the ATM machine read it  incorrectly for $20.00. Summers stated that she was attempting to explain to Kaighn that it was a common mistake and could be corrected. Summers stated that Kaighn began to raise his voice at her saying "Fuck you and  this bank", and that she was as " tasteful as a 4 dollar bill." Summers stated that she wanted to aid in prosecution for Kaighn  yelling at her and making her fearful for her  safety.   Summers provided a hand written statement that will be placed into evidence.

An additional employee identified as Chrystian Martinez also provided a hand written statement entailing what she heard from her desk. Martinez advised me that she heard a man yelling inside the bank and "Making threats." Martinez advised that she was unable to see the incident as it occurred. Martinez also stated that she would like to aid in prosecution. Martinez's statement will also be placed into evidence.

After speaking with Summers and Martinez,  I contacted M          U       who was the Branch manager and complainant. U      stated that he was confronted by Kaighn who was angry regarding the discrepancy with the ATM deposit. U       stated that Kaighn wanted to close his account due to the mistake. U      advised that he was trying to explain to Kaighn that there was a process involved in getting his money back and that it was not an uncommon issue. U       stated that Kaighn would not listen and would not  accept the fact that he(U     ' was unable to give the money back immediately and closing the account could delay the process further. U     advised me that Kaighn began to "Yell" and state " I'm going to fucking kill you." U      also advised me that Kaighn stated that the Wells Fargo bank was involved in conspiracies and he( Kaighn) was aware of it.

I asked U'    if the bank had any video surveillance that I would be able to view and obtain a copy of. U    stated that the bank did not have audio but did have

PRESCOTT POLICE DEPARTMENT OFFENSE REPORT   AZ0130700

| NARRATIVE | 03/23/2016  13:05 | 16-8437-000 | 4 |

859-101

Revised 05/01/2008

**PRESCOTT POLICE DEPARTMENT OFFENSE REPORT   AZ0130700**

| NARRATIVE | 03/23/2016  13:05 | 16-8437-000 | 3 |
|---|---|---|---|

video. U    also stated that he did not have access to this video because it had to be cleared from cooperate security before accessing it. U    advised me that if I needed it, he would be able to obtain it at a later time. I advised U    to contact me in the event he had any additional information or evidence.

After obtaining statements, myself as well as Ofc. Jennison and Ofc. Clemens drove to the address given by dispatch utilizing the vehicle license plate number. The address was 861 Crystal View in Prescott. Upon arrival I knocked on the front door  and  contacted Gregory Kaighn. I advised Kaighn that I was there to discuss what occurred at the Wells Fargo bank. Kaighn stated that the Bank was being controlled by foreign entities and that  he was a victim of this. A female  later exited the home and was identified as the spouse Janis Kaighn. Janis stated that she was with Kaighn during the incident. Janis stated that the staff of the bank were rude and seemed to not care about their needs. Janis advised me that her husband "did not do anything wrong" and remained outside during the contact with Kaighn.

I asked Kaighn to explain what happened and how the situation evolved to the point that  Police had to be called. Kaighn  explained the situation regarding the  ATM machine making  the mistake and that he asked to speak to the manager regarding it. Kaighn appeared very agitated  and  kept insisting that there was a "hit out" on him for uncovering  government conspiracies.   I advised Kaighn that I needed the events that occurred at the bank and that the other issues were not my focus at the moment. Kaighn stated that he was a lawyer and "Knows what was going on" Kaighn stated that I needed to call the Chief of Police because the "Chief was aware of everything." Kaighn consistently wanted to discuss a conspiracy and kept attempting to hand me documents that allegedly confirmed this conspiracy. Kaighn would avoid answering questions and kept returning to the topic of conspiracy.

Kaighn was asked if he ever raised his voice and/or threatened anyone inside the bank during the incident. Kaighn stated the he never made any threats and that "They are lying and involved with the conspiracy along with the FBI." Kaighn stated that the bank staff treated him unfairly and that the "Chief knows the whole story and that the Chief was going to have to come back from vacation early to meet with him." I advised Kaighn that I would document the statements he provided.   It should be noted that Kaighn would become agitated very easily when asked questions regarding any statements that he made inside the bank. Kaighn was asked on several occasions to lower his voice and refrain from yelling while speaking with us. Kaighn stated that he was not yelling and that he wanted us to leave his residence. Janis Kaighn stated that "This is bullshit," and that her husband "never yelled or threatened anyone."

This report will be long-formed to the City Prosecutor for review.

Nothing further at this time.

INVESTIGATION CONTINUES

FORWARD TO CITY PROSECUTOR.

859-101                                                                                              Revised 05/01/2008

# PRESCOTT POLICE DEPARTMENT
## PERSON SUPPLEMENTAL

| Page 5 of 7 | CASE NO. | 16 | 16-8437-000 |
|---|---|---|---|

### Victims

| Name | | | Address | | | | | |
|---|---|---|---|---|---|---|---|---|
| SUMMERS, BREENA | | | | | | | | |
| Home Phone | Cell Phone | Employer Phone | Employer Name / Address | | | | | |
| Date of Birth | Social Security Number | Sex F | Race W | Age | Build | Height | Weight | Hair | Eyes |
| School Name / Address | | | Weapons | | | | | |
| Arrest # | Arrest Date | Arrest Time | Arrest Location | | | | | |
| Arrest Charges | | | Injury Type | | | | | |

### Victim

| Name | | | Address | | | | | |
|---|---|---|---|---|---|---|---|---|
| MARTINEZ, CHRYSTIAN | | | | | | | | |
| Home Phone | Cell Phone | Employer Phone | Employer Name / Address | | | | | |
| Date of Birth | Social Security Number | Sex F | Race W | Age | Build | Height | Weight | Hair | Eyes |
| School Name / Address | | | Weapons | | | | | |
| Arrest # | Arrest Date | Arrest Time | Arrest Location | | | | | |
| Arrest Charges | | | Injury Type | | | | | |

### Witness / Other / Unknown

| Name | | | Address | | | | | |
|---|---|---|---|---|---|---|---|---|
| KAIGHN, JANIS | | | 861 CRYSTAL VIEW ST. | | | | | |
| Home Phone | Cell Phone (928) 480-5967 | Employer Phone | Employer Name / Address | | | | | |
| Date of Birth 01/20/1969 | Social Security Number | Sex | Race | Age 47 | Build | Height | Weight | Hair | Eyes |
| School Name / Address | | | Weapons | | | | | |
| Arrest # | Arrest Date | Arrest Time | Arrest Location | | | | | |
| Arrest Charges | | | Injury Type | | | | | |

| Name | | | Address | | | | | |
|---|---|---|---|---|---|---|---|---|
| Home Phone | Cell Phone | Employer Phone | Employer Name / Address | | | | | |
| Date of Birth | Social Security Number | Sex | Race | Age | Build | Height | Weight | Hair | Eyes |
| School Name / Address | | | Weapons | | | | | |
| Arrest # | Arrest Date | Arrest Time | Arrest Location | | | | | |
| Arrest Charges | | | Injury Type | | | | | |

# PRESCOTT POLICE DEPT PROPERTY SUPPLEMENTAL

| Page 6 of 7 | Report Type: DIS CONDCT | | | | Case No. 16 16-8437-000 000 |
|---|---|---|---|---|---|

Date/Code: F - Found    B - Burned    C - Counterfeit    D - Damaged    R - Recovered    L - Lost    S - Stolen    O - Other/Unknown    E - Evidence    PP - Personal Property

| ID No. | Code | Quantity | Item Name | Serial Number | Value | | |
|---|---|---|---|---|---|---|---|
| 425-001 | E | | DOCUMENTS  STATEMENTS | | 0.00 | | |
| Comments: | | | | | | | |
| Description: WITNESS/VICTIM STATEMENTS COLLECTED ON SCENE | | | | | | | |
| Comments: | | | | | | | |
| Description: | | | | | | | |
| Comments: | | | | | | | |
| Description: | | | | | | | |
| Comments: | | | | | | | |
| Description: | | | | | | | |
| Comments: | | | | | | | |
| Description: | | | | | | | |
| Comments: | | | | | | | |
| Description: | | | | | | | |
| Comments: | | | | | | | |
| Description: | | | | | | | |
| Comments: | | | | | | | |
| Description: | | | | | | | |
| Comments: | | | | | | | |
| Description: | | | | | | | |
| Comments: | | | | | | | |
| Description: | | | | | | | |
| Comments: | | | | | | | |
| Description: | | | | | | | |
| Comments: | | | | | | | |
| Description: | | | | | | | |

Total Value $0.00

# PRESCOTT POLICE DEPARTMENT
## OFFENSE SUPPLEMENTAL

| Page | 7 | of | 7 | CASE NO | 16 | 16-8437-000 |

| Offense Code | Offense Description | | | Completed? | State Code | | State Code Description | | |
|---|---|---|---|---|---|---|---|---|---|
| 0905 | OTHER ASSLT/INTIMIDATION | | | YES | 13-1202A1 | | THREAT-INTIM W/INJ-DMGE PROP | | |

| Loc of Occurrence | | City, State, Zip | | | | District | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3105 WILLOW CREEK RD PRESCOTT AZ District/Zone 22 | | PRESCOTT AZ 86301 | | | | 22 | | | |

| | UCR | NIBRS | Location Type and Description |
|---|---|---|---|
| | 4500 | | 02 – BANK/SAVINGS AND LOAN |

| Occurred Between | | | | Premises Entered | Force | Home Invasion | Lighting | | Weather |
|---|---|---|---|---|---|---|---|---|---|
| 03/22/2016 - 03/22/2016 | | | | | NO | NO | | | |

| Point of Entry | Dir of Entry | Point of Exit | Dir of Exit | Means of Entry | Tools Used |
|---|---|---|---|---|---|
| | | | | | |

| Weapons | Auto | Weapons | Auto | Weapons | Auto | Additional Information |
|---|---|---|---|---|---|---|
| 99 | | | | | | ☐ Consumed Alcohol  ☐ Photo/Video  ☐ Used Computer  ☐ Used Drugs  ☐ Prints Lifted |

| Type Criminal Activity | | | | | |
|---|---|---|---|---|---|
| ☐ Buying/Receiving | ☐ Cultivation/Manufacturing/Publishing | ☐ Distributing/Selling | ☐ Exploiting Children | ☐ Operating/Promoting/Assisting |
| ☐ Possessing/Concealing | ☐ Transporting/Transmitting/Importing | ☐ Using/Consuming | ☐ Poss with Intent to Sell | ☐ Other |

---

| Offense Code | Offense Description | | | Completed? | State Code | | State Code Description | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Loc of Occurrence | | City, State, Zip | | | | District | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| | UCR | NIBRS | Location Type and Description |
|---|---|---|---|
| | | | |

| Occurred Between | | | | Premises Entered | Force | Home Invasion | Lighting | | Weather |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Point of Entry | Dir of Entry | Point of Exit | Dir of Exit | Means of Entry | Tools Used |
|---|---|---|---|---|---|
| | | | | | |

| Weapons | Auto | Weapons | Auto | Weapons | Auto | Additional Information |
|---|---|---|---|---|---|---|
| | | | | | | ☐ Consumed Alcohol  ☐ Photo/Video  ☐ Used Computer  ☐ Used Drugs  ☐ Prints Lifted |

| Type Criminal Activity | | | | | |
|---|---|---|---|---|---|
| ☐ Buying/Receiving | ☐ Cultivation/Manufacturing/Publishing | ☐ Distributing/Selling | ☐ Exploiting Children | ☐ Operating/Promoting/Assisting |
| ☐ Possessing/Concealing | ☐ Transporting/Transmitting/Importing | ☐ Using/Consuming | ☐ Poss with Intent to Sell | ☐ Other |

---

| Offense Code | Offense Description | | | Completed? | State Code | | State Code Description | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Loc of Occurrence | | City, State, Zip | | | | District | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| | UCR | NIBRS | Location Type and Description |
|---|---|---|---|
| | | | |

| Occurred Between | | | | Premises Entered | Force | Home Invasion | Lighting | | Weather |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Point of Entry | Dir of Entry | Point of Exit | Dir of Exit | Means of Entry | Tools Used |
|---|---|---|---|---|---|
| | | | | | |

| Weapons | Auto | Weapons | Auto | Weapons | Auto | Additional Information |
|---|---|---|---|---|---|---|
| | | | | | | ☐ Consumed Alcohol  ☐ Photo/Video  ☐ Used Computer  ☐ Used Drugs  ☐ Prints Lifted |

| Type Criminal Activity | | | | | |
|---|---|---|---|---|---|
| ☐ Buying/Receiving | ☐ Cultivation/Manufacturing/Publishing | ☐ Distributing/Selling | ☐ Exploiting Children | ☐ Operating/Promoting/Assisting |
| ☐ Possessing/Concealing | ☐ Transporting/Transmitting/Importing | ☐ Using/Consuming | ☐ Poss with Intent to Sell | ☐ Other |

---

| Offense Code | Offense Description | | | Completed? | State Code | | State Code Description | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Loc of Occurrence | | City, State, Zip | | | | District | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| | UCR | NIBRS | Location Type and Description |
|---|---|---|---|
| | | | |

| Occurred Between | | | | Premises Entered | Force | Home Invasion | Lighting | | Weather |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Point of Entry | Dir of Entry | Point of Exit | Dir of Exit | Means of Entry | Tools Used |
|---|---|---|---|---|---|
| | | | | | |

| Weapons | Auto | Weapons | Auto | Weapons | Auto | Additional Information |
|---|---|---|---|---|---|---|
| | | | | | | ☐ Consumed Alcohol  ☐ Photo/Video  ☐ Used Computer  ☐ Used Drugs  ☐ Prints Lifted |

| Type Criminal Activity | | | | | |
|---|---|---|---|---|---|
| ☐ Buying/Receiving | ☐ Cultivation/Manufacturing/Publishing | ☐ Distributing/Selling | ☐ Exploiting Children | ☐ Operating/Promoting/Assisting |
| ☐ Possessing/Concealing | ☐ Transporting/Transmitting/Importing | ☐ Using/Consuming | ☐ Poss with Intent to Sell | ☐ Other |



M.        .U.
Branch Manager
NMLSR ID: 776469

Willow Creek & Sandretto Office
MAC S4454-011
3186 Willow Creek Rd.
Prescott, AZ 86301
Tel:  928 771 3770
Fax:  928 771 3773
800 TO WELLS

Wells Fargo Bank, N.A.

cm

3/22/16

Chrystian martinez

A couple walked in as soon as we
opened requesting to talk to a manager.
I stepped to the back and told m
that a couple needed to talk to him.

we were in the middle of working
with another customer, when Breanna
went to the lobby and tried to
assit the customers. from the back
we could hear him going off on her.
once we were done m went to
the lobby and I went to my desk.
there was some back and forth between
the two of them.

I heard the customer as he was leaving
making threats to the branch manager
such as he's a dead man and that
the whole community would come
against wells fargo employees and
that we are all goners.

Christin sutz.

I would like to aid

Breeana Summers                  03/22/2016
personal banker


Mr & Mrs. Kaighn came into the branch & abruptly approached me as I went to the lobby. They asked some questions, but got hostile when trying to explain how to correct their problem. I explained a few options & was told I was as "tasteful as a $4 bill" Mr. Kaighn accused me of being "snotty" & I explained it was not my intention, but that he needed to calm down. He said his wife was his witness that he was " not being rude" Mr Kaighn approached my manager the same way when he entered the lobby. M   tried to explain options & mr Kaighn yelled he had been "jerked around" & that he wanted to close his accts. M    tried to assist with this request after they refused to work with me & Mr. Kaighn then started to yell. He swore at M    at least 3 times before threatening to kill M   & WF employees & that the way we handled him was how people get shot.

Mr & Mrs Kaighn were exiting as they said this & they swore several times at M    on the way out. They drove off aggressively.

3/24/2016 Wells Fargo Deposited Item Details

 **Wells Fargo Online®**

## Deposited Item Details

**Deposit to CUSTOM MANAGEMENT(RM) XXXXXX8222**

| Deposit Date | Description | Amount | Status |
|---|---|---|---|
| 03/22/16 | ATM CHECK DEPOSIT ON 03/22 3186 N WILLOW CREEK RD PRESCOTT AZ 0006713 ATM ID 9961X CARD 5555 | $20.00 | Posted 03/22/16 |

Deposit Item (1 of 1)

| Item # | Bank | Account # | Check # | Amount |
|---|---|---|---|---|
| 1 | UMB BK NA | XXXXXXXXX1975 | Not Available | $20.00 |

**Note:** The account number, signature, and endorsement may be removed from the image(s) for security reasons. To obtain a full copy of the image, please send us a secure email or call us at 1-800-956-4442, 24 hours, 7 days a week.

GREGORY KAIGHN
2730 VIA VILLAGGIO
SACRAMENTO, CA 95864

139
25-182/440

_3/22/16_ Date

Pay to the
Order of _GreKaighn_ ............................ $ _200⁰⁰/100_

_Atts Kingkill ↑_ ............................ Dollars

**Morgan Stanley**

For

🏠 **Equal Housing Lender**

© 1995 - 2016 Wells Fargo. All rights reserved.

_EC3_



**Wells Fargo Bank**
N9777-112-PRO
P.O. Box 5106
Sioux Falls, SD  57117-5106

March 23, 2016

GREG KAIGHN
861 CRYSTAL VIEW DR
PRESCOTT, AZ 86301-6696

Subject: Your account ending in 8222 will be closed on April 25, 2016 — action may be needed

Dear GREG KAIGHN:

Based on interactions you've had with our team members, we want you to know we can no longer maintain an account relationship with you and we are closing your account on April 25, 2016 as permitted by the terms of your account agreement. We're providing information below about what you can expect and next steps you may need to take.

**About the account closure**

- If you prefer, you can close your account before April 25, 2016.
- We will mail a cashier's check for any money remaining in the account to the address we have on file for you within five business days from April 25, 2016.
- Before your account closes, we will pay checks up to the amount of the money available in the account. Checks processed after the closing date will be returned unpaid.
- Do not make any more deposits, write checks, or make electronic payments. If you use this account to send or receive automatic payments, they will no longer be processed, so please make other arrangements.
- If applicable, your safe deposit box will be closed as permitted by the terms of your lease. To retrieve the contents of your box and return the keys, schedule an appointment with the bank before April 25, 2016. If you do not access your safe deposit box before your account is closed, arrangements will be made with a bonded, reputable outside source to assist bank staff with drilling your safe deposit box open. Under the supervision of two Wells Fargo Bank employees, your contents will be inventoried, placed in a sealed bag, and transferred to a centralized repository in accordance with Wells Fargo security procedures. We will continue to hold your contents securely, at your expense. The State may eventually require us to submit the contents of your box, or the proceeds from the sale of the contents, as unclaimed property.[1]

**What you need to know**

You are not permitted to visit the Willow Creek & Sandretto store at 3186 Willow Creek Rd, Prescott, AZ, except for the purpose of closing your account and safe deposit box, if applicable. We may end our relationship before April 25, 2016 if you visit the bank for any other purpose or create a disturbance, and we will notify law enforcement of unauthorized visits or disruptions.

Once your account is closed, you are not permitted to visit any Wells Fargo location. If you have questions about another Wells Fargo account, such as a home mortgage or a credit card, contact the appropriate customer service team.

It's important that you comply with all requests in this letter, or we may take additional action.

---

[1] The contents of a safe deposit box are not insured by the FDIC or by Wells Fargo Bank, N.A.

Ex 4

If you have questions, please call me at (602) 246-9884, Monday – Friday, 8:00 a.m. to 5:00 p.m. Pacific Time.

Thank you.

Sincerely,


Walter O'Neal
Security Agent
Wells Fargo Bank Corporate Security



**WELLS FARGO**

ATM Claims Department
P.O. Box 563966
Charlotte, NC 28256-3966
Fax 1-866-519-3576

04/13/16

005651 L2TDW104.
GREG KAIGHN
861 CRYSTAL VIEW DR
PRESCOTT, AZ 86301-6696

Subject: Cashier's check to reimburse you for ATM/Debit card transaction
Claim #: 70322160170

Dear GREG KAIGHN:

We have completed our research of your inquiry about an ATM/Debit card transaction and are crediting you for $180.00, which includes any related fees and interest, as applicable. Since your account is now closed, we will mail a cashier's check for this amount to your address above.

If you have questions or would like to take advantage of your right to request copies of documents used in making our decision, please call us at 1-877-230-8708, option 3, Monday through Friday, 7:00 a.m. to 8:00 p.m.* or Saturday, 8:00 a.m. to 7:00 p.m. Eastern Time.

Thank you.

Sincerely,

Eileen F. Henry

Eileen F. Henry
Operations Manager
ATM Operations

* Arizona does not observe Daylight Saving Time. From November to March, our weekday hours are 7:00 a.m. to 7:00 p.m. Eastern Time.

MNC/dat

Wells Fargo Bank, N.A.

CSCK.v6