Gregory R. Kaighn
Janis Kaighn
861 Crystal View Drive
Prescott, AZ 86301
telephone: (928) 227-3729
email: greg.kaighn@gmail.com

Plaintiffs in pro per

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Janis Kaighn, Gregory R. Kaighn

        Plaintiffs,

vs.

United States of America, State of Arizona, City of Prescott, Yavapai County, Prescott City Court, Sheila Polk, Yavapai County Attorney in her official capacity, Jon Paladini, Prescott City Attorney in his official capacity, Glenn Savona, Prescott Deputy City Attorney in his official capacity, Andy Reinhardt, City of Prescott Deputy Police Chief in his official capacity,

        Defendants.

CASE NO: CV-16-08079-PCT-SPL

PLAINTIFFS MOTION SEEKING THE ISSUANCE OF ARREST WARRANTS

(Federal Rules of Criminal Procedure 3 and 4)

    Plaintiffs Janis Kaighn and Gregory R. Kaighn hereby request the issuance of arrest warrants pursuant to Federal Rules of Criminal Procedure 3 and 4. This Request is based on the Verified Complaint and other pleadings filed in this action.

    Rule 3 defines a 'complaint' to be a written statement of the essential facts constituting the offense charged. The complaint must be made under oath and before a magistrate judge. A district judge also had the same powers as a magistrate judge in this respect. The verification of plaintiffs' pleadings satisfies this requirement.

    Rule 4 specifically contemplates the filing of criminal complaints by non U.S. Attorney's. The statute draws a clear distinction between filings made by 'an attorney for the government' and filings made by 'anyone else.' The Federal Rules of Criminal

1 Procedure contemplate the exact situation that exists in this case.

2 Plaintiffs do not know or know very much about Mr. Leonardo, the U.S. Attorney for the District of Arizona. We have not researched the judicial history of Judge Leonardo while serving in Pima County. Plaintiffs years of experience with this case leads to the clear conclusion that Mr. Leonardo is unable to act on his own. Mr. Leonardo is constrained by the combination of "local politics" and "national politics."

3 Plaintiffs therefore file this criminal complaint themselves. Rule 4 states "If the complaint or one or more affidavits filed with the complaint establish probable cause to believe that an offense has been committed and that the defendant committed it, the judge must issue an arrest warrant to an officer authorized to execute it."

4 The Verified Complaint and other pleadings clearly establish probable cause to arrest many people. The Federal criminal investigation into the conduct of former Maricopa County Attorney Andrew Thomas and Maricopa County Sheriff Joe Arpaio has been pending for some time. Exhibit 5 to the Verified Complaint very clearly establishes the elements of criminal racketeering as defined in the RICO Statutes, 18 U.S.C.§ 1961 et. seq. In fact, most of the evidence has been assimilated by others and is in the public domain. Plaintiffs are simply "connecting the dots."

5 Andrew Thomas was disbarred over these facts, and Sheriff Joe Arpaio has almost no chance at an acquittal. Both Andrew Thomas and Joe Arpaio stand to spend the rest of their lives in prison based on the facts contained in the record of this case. Nearly all of the facts are alleged in the Verified Complaint are beyond dispute. All of nearly all of Exhibit 5 is beyond any factual dispute. This Court can and should consider hearsay in issuing the warrants plaintiffs request.

6 This outrageous conspiracy is certainly larger than Andrew Thomas and Joe Arpaio. That said, Thomas and Arpaio are the two most dangerous criminals in the State of Arizona. Both are a threat to the public safety of any citizen that disagrees with either person. Both are a threat to the public safety of Arizonans in general.

7 Sheriff Arpaio has been the most powerful politician in the State of Arizona for

many years. He has more power as the Maricopa County Sheriff than does the Governor of Arizona. Sheriff Arpaio is also the "lightening rod" that gave cover to Andrew Thomas and still gives cover to law enforcement personnel throughout the State of Arizona. Similarly, local prosecutors are still 'beholden to the Cabal.'

This is the rare situation in which the arrest of two individuals in a much larger conspiracy can make a huge difference in terms of public safety. Thomas and Arpaio are so well known that no one dares challenge either . . . until they are both arrested. In terms of the physical safety of the people of the State of Arizona, these two arrests will stop other Arizona law enforcement agencies from continuing this sort of conduct. The evidence is overwhelming, this is as "easy" a RICO prosecution as one could possibly ever find, and there is virtually no chance of an acquittal. Andrew Thomas and Joe Arpaio need to arrested immediately and held without bail. The murder of Supreme Court Justice Antonin Scalia should be 'the last straw' for everyone.

The City of Prescott and Yavapai County law enforcement officials and government lawyers involved in the pursuit of this political vendetta must be arrested. 18 U.S.C. 241 and 242 are the criminal statutes the apply to the obvious conspiracy to interfere with plaintiffs civil rights and to do so under color of law and by way of conspiracy. The list of 'defendants' includes the entire City Council, the City Manager, the County Board of Supervisors, and others in addition to the named defendants in this case.

Plaintiffs hereby request the issuance of these arrests warrants pursuant to the above legal authorities.

Respectfully submitted,

Dated: April 25, 2016

By /s/ Gregory R. Kaighn

Gregory R. Kaighn
Janis Kaighn