# Public Access to Court Information - Case Search

## Case Information

| | | | |
|---|---|---|---|
| **Case Number:** | M-1343-CM-2016000300 | | |
| **Title:** | STATE OF ARIZONA VS GREGORY | **Category:** | Criminal |
| **Court:** | Prescott Municipal | **Filing Date:** | 4/11/2016 |
| **Judge:** | N/A | **Disposition Date:** | |

| **GREGORY KAIGHN**   DEFENDANT  -  D 1 | | | | Date of Birth: 11/1959 | |
|---|---|---|---|---|---|
| **Citation** | **Count** | **Description** | **Disp. Date** | | **Disposition** |
| 013L/F | 1 | THREAT-INTIM CAUSING PHYSICAL INJURY TO PRSN OR PR | | | * |

## Case Activity

| Date | Description | Party |
|---|---|---|
| 4/18/2016 | LONG FORM ARRAIGNMENT SCHEDULED ON 05/03/2016 AT 9:30AM IN | D 1 |
| 4/18/2016 | HEARING VACATED: 05/03/2016 AT 9:30AM IN COURT ROOM | D 1 |
| 4/18/2016 | ARRAIGNMENT SCHEDULED ON 06/01/2016 AT 9:20AM IN COURT R | D 1 |
| 4/18/2016 | SUMMONS | D 1 |
| 4/11/2016 | LONG FORM COMPLAINT FILED | D 1 |
| 4/11/2016 | LONG FORM COMPLAINT FILED | D 1 |
| 4/11/2016 | Folder Created | D 1 |

**NOTES:**

**Internet Explorer 10 Users: Case details will not display properly unless you switch to Compatibility View.  How?**

**The following case types are excluded from search results:** sealed cases, cases involving un-served Orders of Protection, mental health and probate cases, victim and witness data. Juvenile incorrigible/delinquency case information also cannot be viewed on this website; however other types of cases in which juveniles are parties, such as traffic cases, may be displayed. Certain administrative functions carried out by superior court clerk's offices in each county are not included in this website, such as passport application processing and private process server registration. **Charges stemming from local ordinance violations are not included.**

**Please be aware of the following limitations of the case records displayed:**

• The information may not be a current, accurate, or complete record of the case.
• The information is subject to change at any time.
• The information is not the official record of the court.
• Not all cases from a participating court may be included.
• The information should not be used as a substitute for a thorough background search of official public records.

**The user is responsible for verifying information provided on this website against official court information filed at the court of record.** Use of this website shall indicate agreement by the user that the Arizona judiciary, including its courts, divisions, officers, and employees, shall not be liable for any loss, consequence, or damage resulting directly or indirectly from the use of any of the information available through this website and that the Arizona judiciary does not provide any warranty, express or implied, that the information provided is accurate, current, correct, or complete.

Data available on this web site is updated frequently and can be provided via electronic media for an annual subscription fee. If interested, please Contact Us.

**Case info is updated on this website weekly. Information is updated each Friday to reflect case information through the Wednesday of the same week.**